**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 15 2003

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

SCOTT O'GRADY,

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 5:02CV173

Plaintiff,

v.

"JURY"

TWENTIETH CENTURY FOX FILM
CORPORATION
and DISCOVERY COMMUNICATIONS, INC.,

JUDGE DAVID FOLSOM

Defendants.

## JOINT FINAL PRE-TRIAL ORDER

This cause came before the Court at a pre-trial management conference held on _____,

2003 pursuant to Local Rule CV-16 and Rule 16 of the Federal Rules of Civil Procedure.

### A.   COUNSEL FOR THE PARTIES

Plaintiff Scott O'Grady:

George E. Bowles  (Attorney in Charge)
C. W. Flynn
Roy W. Hardin
W. Scott Hastings
Stephen D. Wilson
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201-6776
Telephone (214) 740-8000
Facsimile (214) 740-8800

G. William Lavender
LAVENDER LAW FIRM
P. O. Box 1938
Texarkana, Arkansas 75504
Telephone (870) 773-3187
Facsimile (870) 773-3181

Defendants Twentieth
Century Fox Film Corp.:

Charles L. Babcock (Attorney in Charge)
Nancy W. Hamilton
Cedric D. Scott
JACKSON WALKER L.L.P.

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By

#150364v1
68326:83360 : DALLAS : 1234053.5

1401 McKinney, Suite 1900
Houston, Texas  77010
Telephone (713) 752-4200
Facsimile (713) 752-4221

George L. McWilliams
Sean F. Rommel
PATTON, HALTOM, ROBERTS,
McWILLIAMS & GREER, LLP
2900 St. Michael Drive, 4th Floor
Texarkana, Texas  75503
Telephone (903) 334-7000
Facsimile (903) 334-7007

Defendant Discovery
Communications, Inc.:

Laura R. Handman (Attorney in Charge)
Constance M. Pendleton
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W., Suite 450
Washington, D.C.  20005-1272
Telephone (202) 508-6600
Facsimile (202) 508-6699

Gary L. Bostwick
DAVIS WRIGHT TREMAINE LLP
865 Figueroa Street
24th Floor
Los Angeles, CA  90017-2566
Telephone (213) 633-6800
Facsimile (213) 533-6899

Victor Hlavinka
ATCHLEY, RUSSELL, WALDROP
& HLAVINKA, L.L.P.
1710 Moores Lane – P.O. Box 5517
Texarkana, Texas 75505-5517
Telephone (903) 792-8246
Facsimile (903) 792-5801

## B.    STATEMENT OF JURISDICTION

Jurisdiction in this case is based upon 28 U.S.C. §§ 1331, 1338, and 15 U.S.C. § 1121 as

this is a civil action arising under the Lanham Act, 15 U.S.C. § 1051, *et seq.*.  This Court also has

subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as there is complete diversity among the

2

parties to this suit and as the amount in controversy exceeds $75,000, exclusive of interest and

costs. This Court has supplemental jurisdiction of claims arising under state law pursuant to 28

U.S.C. §§ 1338(b) and 1367. Jurisdiction is not disputed.

## C.     NATURE OF ACTION

This case involves allegations of false advertising, false endorsement, misappropriation

and unfair competition in violation of the federal Lanham Act or under Texas common law.

Plaintiff is Scott O'Grady, a former U.S. Air Force pilot who was shot down over Bosnia

in 1996 and rescued six days later by the U.S. Marines. Defendants are Twentieth Century Fox

Film Corporation ("Twentieth Century Fox"), a movie studio, and Discovery Communications,

Inc. ("Discovery"), a cable television network which operates the Discovery Channel.

Beginning in 1997, one of the programs Discovery has aired on the Discovery Channel is

a documentary about O'Grady's experience and rescue in Bosnia called *Behind Enemy Lines:*

*The Scott O'Grady Story* (the "Documentary").

Twentieth Century Fox produced a movie, entitled *Behind Enemy Lines*, released in

theaters in late November 2001, starring Owen Wilson and Gene Hackman (the "Movie").

O'Grady contends that Twentieth Century Fox and Discovery used his name likeness,

and image to advertise, promote, and endorse the Movie on a version of the broadcast of the

Documentary on the Discovery Channel on November 28, 2001. O'Grady further contends that,

on the November 28, 2001 broadcast, Defendants falsely promoted the Movie to consumers as if

the Movie was O'Grady's story.

Defendants deny liability in this case. Twentieth Century Fox and Discovery contend

that, on the November 28, 2001 broadcast, O'Grady's name or likeness was used only in

connection with Discovery's Documentary about O'Grady and not to promote the Movie. They

also contend that the Movie was not advertised or promoted on November 28, 2001 as being O'Grady's actual story or represent that O'Grady had endorsed the Movie.

## D.   CONTENTIONS OF THE PARTIES

### Plaintiffs' Contentions

Scott O'Grady is a former United States Air Force fighter pilot who was shot down while flying a mission over Bosnian airspace in 1995. He evaded capture for six days before being rescued by the Marines. O'Grady has written books regarding his experiences, and he has been the subject of documentaries and many news stories. O'Grady currently makes his living by delivering motivational speeches to groups across the United States.

In late 2001, Defendant Twentieth Century Fox Film Corporation released the feature film entitled *Behind Enemy Lines*. Although that film was inspired by the events that happened to Scott O'Grady, *Behind Enemy Lines* is a work of fiction that was not intended to portray actual events or real live persons. Indeed, in the credits to its film, Fox disclaimed any connection between its film and real people or events.

Fox originally intended to release *Behind Enemy Lines* in theaters in early 2002. After the tragic events of September 11, 2001, however, Fox decided to move up the release date of its film to take advantage of the moment, including the renewed interest in everything patriotic in the United States. That led to an additional problem: Fox had a fictional film. Test audiences indicated that they would prefer to see something more realistic.

After learning of its problem, Fox made a few changes to the film, to try to make it more realistic. Fox also decided upon a promotional campaign for the film that included tie-ins to the United State military. O'Grady contends that, as part of its promotional campaign to capitalize

4

upon patriotic events and real heroes, Fox decided to use Scott O'Grady and the events concerning his downing and rescue in Bosnia to promote Fox's movie.

Defendant Discovery Communications, Inc. presented Fox with the opportunity to advertise its film as part of an event night featuring a docu-drama regarding Scott O'Grady that was entitled *Behind Enemy Lines: the Scott O'Grady Story*. Fox provided Discovery with promotional materials for its movie. Discovery then edited the docu-drama to intentionally inter-twine the documentary and Fox's movie to create a new program that was aired on November 28, 2001, just two days before the critical opening weekend for *Behind Enemy Lines*. O'Grady contends that Defendants took these actions, and created and aired the November 28 version of the docu-drama for a commercial purpose, to promote Fox's movie and earn additional profits. That November 28 version of the docu-drama was not created for a newsworthy or incidental purpose.

O'Grady contends that Defendants violated the Lanham Act and Texas common law when they created and aired the November 28, 2001 version of *Behind Enemy Lines: the Scott O'Grady Story*. In particular, Defendants inter-twined Discovery's docu-drama and Fox's film in such a manner that it conveyed a false message to consumers that Fox's film *Behind Enemy Lines* was Scott O'Grady's true story. Moreover, Defendants presented that docu-drama in a way that made it appear to consumers that O'Grady had participated in and/or endorsed Fox's movie. O'Grady contends that Defendants' actions subject them to liability for false advertising and false endorsement under the Lanham Act, and for misappropriation of name, likeness, or image, and for unfair competition under Texas law. O'Grady did not consent to Defendants' use of O'Grady as part of the promotional campaign for *Behind Enemy Lines*. At the time the movie was released in theaters, Defendants had not even asked.

5

O'Grady contends that Defendants should be held liable for damages resulting from their unlawful actions. In particular, Defendants should be required to pay O'Grady the reasonable value of the use of O'Grady's name, likeness, image, and endorsement to promote *Behind Enemy Lines*. Furthermore, Defendants should be required to pay O'Grady the earnings that are attributable to their use of O'Grady and his story. Because Defendants acted together to cause O'Grady's injury, Defendants should be held jointly liable for those damages.

## Defendant Twentieth Century Fox Film Corporation's Contentions

Defendant Twentieth Century Fox Film Corporation ("Twentieth Century Fox") is a producer and distributor of motion pictures. Twentieth Century Fox produced the movie, entitled *Behind Enemy Lines*, starring Owen Wilson and Gene Hackman, as a work of fiction about an American pilot who was shot down over Bosnia (the "Movie"). The original script for the Movie was conceived in 1995, with inspiration from the real life events involving the survival and rescue of Plaintiff Scott O'Grady ("O'Grady").

O'Grady is a former United States Air Force fighter pilot who was shot down while flying a mission in an F-16 over Bosnian airspace in 1995. He evaded capture without incident for six days before being rescued by the Marines six days later. Shortly thereafter, O'Grady left active military duty and began a career as a motivational speaker. O'Grady has co-authored two books, *Return With Honor* and *Basher Five-Two*, regarding his experiences and been interviewed in conjunction with another book describing the details of his rescue. In 1996, O'Grady's literary agency, International Creative Management ("ICM") sold the film and television rights to *Return With Honor* under a five-year option to Orion Pictures Corporation ("Orion"), a movie studio, for $250,000, plus another $150,000, if a movie based on his book went into production, and another $50,000 to O'Grady as a consultant if the movie was made, plus an additional

6

percentage of profits. Despite the fact that draft screenplays were written, that movie was never made because the production company disbanded. O'Grady is not aware of any other reason why that movie was not made. O'Grady specifically admits that he knows of no evidence suggesting that Twentieth Century Fox had anything to do with Orion's decision not to make that movie. In January 2001, after the option on that movie deal lapsed, the rights to *Return With Honor* reverted to O'Grady. O'Grady kept the $250,000 option fee. Neither O'Grady nor his agents made any effort to sell the movie rights to his story after it was clear that Orion would not make a movie of O'Grady's story. If O'Grady wishes to make a movie with another company, he must reimburse Orion $717,000, the amount of money Orion advanced to O'Grady and others in connection with the production, plus interest.

O'Grady has also been the subject of documentaries and many news stories. The news coverage of O'Grady's ordeal was extensive. One documentary detailing O'Grady's downing and rescue was produced by the British Broadcasting Corporation (the "BBC"). The BBC produced an in-depth documentary about O'Grady, interviewing O'Grady, his family, his fellow pilots, Marine rescuers and their commanding officer (the "BBC Documentary"). The BBC Documentary included portions of these interviews as well as re-enactments of the real events using an actor recreating O'Grady's experience in Bosnia between June 2 and June 8, 1995. O'Grady and his father and sister signed releases granting the BBC, and all licensees and assigns, "ALL RIGHTS" to the BBC documentary without limitation, "FOR ALL PURPOSES EVERYWHERE," specifically agreeing to use of their name, likeness and "contribution" for "trailers" (*i.e.*, promos) and for "promotional...purposes" (the "BBC/O'Grady Release(s)").

The Movie was prompted by Twentieth Century Fox's desire to make a movie that could be loosely based on the events covered on the news involving the downed pilot, O'Grady. The

7

Movie's director was interested in making a film that would address the Bosnian civil wars and the lack of intervention by European countries as well as the ethnic cleansing. Twentieth Century Fox secured the assistance of the U.S. military in the making of the Movie. The U.S. Department of Defense and the U.S. Navy provided technical assistance in connection with the script and the filming of the Movie.

Twentieth Century Fox received a proposal from Discovery Communications, Inc. ("Discovery") for broadcasting a special programming event involving the Movie on the Discovery Channel. In its proposal to Twentieth Century Fox, Discovery noted that similarities existed between the Movie and the BBC Documentary, which had been licensed by Discovery and re-titled "Behind Enemy Lines: The Scott O'Grady Story" (the "Discovery Documentary"). Having already purchased $275,000 of advertising time on the Discovery Channel to reach its targeted audience for the Movie, Twentieth Century Fox approved the special programming event proposed by Discovery and agreed to purchase to purchase an additional $125,000 of air time for advertisements created by Twentieth Century Fox for the Movie (the "Twentieth Century Fox – created advertisements"). Twentieth Century Fox and Discovery chose to air the Discovery Documentary twice on November 28, 2001 (the "November 28 Broadcast"). The Twentieth Century Fox-created advertisements were broadcast on the Discovery Channel over the course of several weeks, but only two aired alongside the November 28 Broadcast. Twentieth Century Fox did not pay for the air time for the November 28 Broadcast and did not pay any production costs associated with it. Twentieth Century Fox's total advertising budget for the Movie was $30 to $40 million. The total amount ($125,000) spent by Twentieth Century Fox to air the Twentieth Century Fox-created advertisements for the Movie during the November 28 Broadcast represents .313% to .417% of Twentieth Century Fox's $30 to $40 million budget

8

for the Movie. Twentieth Century Fox promoted the Movie using footage shot during the Movie's premiere at the Naval Air Station in San Diego and on the Fox Cable Channel with 30 second spots airing 50 times per day, which began two weeks before the premiere. None of these promotions used O'Grady's name or likeness. Twentieth Century Fox also promoted the movie by sponsoring NASCAR events on NBC and TNT as well as on Fox owned and operated television stations and cable channels. Neither O'Grady's name nor his likeness were used in any of these promotions.

In connection with the November 28 Broadcast, Discovery agreed to produce and broadcast new material to insert into the breaks in the Discovery Documentary called "Interstitials." Discovery also produced material encouraging viewers to watch the special programming event referred to as "Tune-Ins." The Tune-Ins were created from material from the Discovery Documentary to promote the program and encourage viewers to watch. The Tune-Ins were aired "one to two weeks prior" to November 28, 2001 and informed the viewing public that the November 28, 2001 broadcast of the Discovery Documentary would be sponsored by the Movie. The Interstitials, Tune-Ins and Twentieth Century Fox-created advertisements (collectively, the "Challenged Material") are the only "advertising" complained of by O'Grady. The Challenged Material did not expressly state that the Movie was O'Grady's actual story or that the Movie was authorized or endorsed by O'Grady. O'Grady's name and likeness do not appear in any of the Twentieth Century Fox-created advertisements nor any promotions for the Movie.

Prior to the theatrical release of the Movie on November 30, 2001, O'Grady attended a screening of the Movie and participated in media coverage surrounding the Movie, including appearances on nationally syndicated television programs, *Hot Ticket* and *Entertainment*

9

*Tonight,* and interviews with print media. O'Grady was paid $1,200 for his appearance on *Hot Ticket* on November 26, 2001, at which time he rated the Movie as "Hot". Although he saw the November 28 Broadcast on the Discovery Channel within a few days of its broadcast, O'Grady never requested the producers to remove or retract his positive comments regarding the Movie. Twentieth Century Fox contends that it did not misappropriate O'Grady's name or likeness in the Challenged Material. O'Grady's name and likeness were not used to advertise or promote the Movie. Any reference to O'Grady's name or likeness was in an incidental manner or for a newsworthy purpose, and not for a commercial purpose, since the Movie was inspired in part by the historical events surrounding O'Grady's life. Twentieth Century Fox also contends that O'Grady consented to the use of his name and likeness and relinquished his rights to further approval in connection with the BBC Documentary and all future licensed broadcasts, including the November 28 Broadcast with the Challenged Material. By signing the BBC/O'Grady Release, O'Grady granted to all licensees and assigns (including Discovery), "ALL RIGHTS" ... without limitation, "FOR ALL PURPOSES EVERYWHERE," specifically agreeing to use of his name, likeness and "contribution" for "trailers" and for "promotional...purposes."

It is well established that motion pictures, documentaries and television programs are protected speech under the First Amendment to the United States Constitution and the Texas Constitution. Accordingly, Twentieth Century Fox contends that the Movie and the November 28 Broadcast with the Challenged Material are protected speech. Twentieth Century Fox further contends that no statements were broadcast during the November 28 Broadcast that falsely stated that the Movie was O'Grady's actual story or that O'Grady endorsed the Movie. Twentieth Century Fox also contends that the Challenged Material was not intended to convey a message to the viewing public that the Movie was O'Grady's actual story or that O'Grady endorsed the

10

Movie. Twentieth Century Fox further contends that it did not engage in unfair competition nor did it enter into a conspiracy with Discovery that resulted in harm to O'Grady.

## Defendant Discovery Communications, Inc.'s Contentions

Defendant Discovery Communications, Inc. ("Discovery") is a non-fiction cable network which operates the Discovery Channel. The Discovery Channel airs non-fiction educational programs on science, technology, engineering, natural history, history, military history, adventure and exploration.

Plaintiff Scott O'Grady was a U.S. Air Force pilot whose F-16 was shot down over Bosnia on June 2, 1995. He evaded capture without any interaction with hostile forces and was rescued six days later. He left active duty a few months after his return and has since pursued a career as a motivational speaker.

The news of O'Grady's six days behind enemy lines was widely reported. The British Broadcasting Corporation (the "BBC") produced an in-depth documentary about O'Grady, interviewing O'Grady, his family, his fellow pilots, Marine rescuers and their commanding officer (the "BBC Documentary"). The BBC Documentary included portions of these interviews as well as re-enactments of the real events using an actor and O'Grady's father and sister to recreate the six days he was behind enemy lines.

O'Grady and his family signed releases granting the BBC, and all licensees and assigns, "ALL RIGHTS" to the BBC documentary without limitation, "FOR ALL PURPOSES EVERYWHERE," specifically agreeing to use of their name, likeness and "contribution" for "trailers" (*i.e.*, promos) and for "promotional…purposes" (the "BBC/O'Grady Release(s)").

The BBC licensed the BBC Documentary through a chain of agreements to Discovery. The Discovery Channel first broadcast the documentary under the title, *Behind Enemy Lines: The*

11

*Scott O'Grady Story* (the "Documentary"), in June 1997, after which it aired 31 times over four years under the same title.  Discovery contends:

1. That Discovery had the contractual right to broadcast the Documentary.  O'Grady admits this.

2. That O'Grady registered no complaint about the Documentary before November 28, 2001, the broadcast in issue.  O'Grady admits this.

3. That Discovery had the contractual right to use O'Grady's name and likeness in reference to the Documentary and to encourage viewers to tune in to the Documentary.  O'Grady admits this.

4. That O'Grady has no claims arising out of the content or the title of the Documentary.  O'Grady admits this.

5. That O'Grady wrote to the BBC to praise its Documentary.  O'Grady admits this.

6. That O'Grady lists the Discovery Documentary in biographical materials distributed to promote his activities as a speaker by his speakers' agency, the Washington Speakers Bureau.  O'Grady admits this.

7. That O'Grady does not have exclusive ownership of the events of his six days behind enemy lines and those events could be used as the basis for a factual documentary without his permission.  They could also be the basis for a fictional movie inspired by O'Grady's story.  O'Grady admits this.

The Discovery Channel regularly runs special programming events in conjunction with the release of new movies by motion picture studios.  When a motion picture studio makes a substantial commitment to buy advertising space on the network, the Discovery Channel on occasion broadcasts an evening of one or more hours of factual programming on topics

thematically-related to the film. The evening typically includes additional educational material as well as a sneak preview, behind-the-scenes footage and interviews with the stars and production personnel from the film, usually taken from the studio's electronic press kit that the studio distributes to hundreds of media outlets.

In the Fall of 2001, Discovery submitted a proposal to defendant Twentieth Century Fox Film Corporation ("Twentieth Century Fox") for a special programming event centered around a broadcast of the Documentary and Twentieth Century Fox's soon-to-be-released feature film, *Behind Enemy Lines* (the "Movie"), a fictional film inspired by O'Grady's experiences in Bosnia. Discovery called Twentieth Century Fox's attention to the similarity of the titles and themes of the Movie and the Documentary, both about downed American pilots in Bosnia rescued by the Marines. Twentieth Century Fox bought air time for the advertisements it created for the Movie but did not pay for the air time for the special programming event nor any of the production costs.

Discovery created new material to insert into the breaks in the Documentary (called "interstitials") and created material encouraging viewers to watch the special programming event (called "tune-ins"). The interstitials and tune-ins described the Documentary and the Movie and added new educational, scientific and historical information. Discovery paid $27,065 in production costs for the interstitials and tune-ins. Twentieth Century Fox approved the material created for the special programming event.

The interstitials and tune-ins stressed the difference between the "fact" of the Documentary and the "fiction" of the Movie, "the fact and fiction of true survival." For example, the opening draws a contrast between the Movie and the Documentary with this text:

13

> Plus, we'll take a behind the scenes look and get a sneak peek at Twentieth Century Fox's new film "Behind Enemy Lines," a detailed look at the fact and fiction of true survival.

When the word "fact" is heard, the viewer sees a portion of the Documentary where the actor who recreated O'Grady's ordeal is shown. When the word "fiction" is spoken, an image of "Chris Burnett," the fictional pilot played by actor Owen Wilson appears on the viewer's screen in a scene from the Movie.

Since the Documentary had aired many times before, the Documentary was updated and enhanced by including material called "factoids." One factoid states: "Like Scott O'Grady, Owen Wilson's character, Naval Aviator Chris Burnett, runs into some challenges once his plane is down." Wilson's character is shown evading capture and trying to convince Bosnian villagers that he is their friend, not foe. In fact, it is widely known and shown in the Documentary that O'Grady himself did not encounter any Bosnians. His "major challenge," shown in a "factoid," was "finding food for survival . . . Just how safe are tree leaves, bugs and rainwater? The nutritional facts when we return to *Behind Enemy Lines: The Scott O'Grady Story* on the Discovery Channel." The factoid provides the viewer with information about the iron, vitamins, protein and carbohydrates of insects and the importance of water to maintain the body. Another "factoid" provides information about U.S. military survival training like O'Grady would have received, and a third "factoid" called attention to the fact that the U.S.S. *Carl Vinson*, the aircraft carrier shown in the Movie, was at that time engaged in the conflict in Afghanistan. This scientific, educational information – content of interest to the core Discovery Channel viewer – is exactly what the Discovery Channel is best known for.

O'Grady challenges material broadcast on the Discovery Channel, including the tune-ins aired in the week before the event, the interstitial material, including the educational factoids

68326:83360 : DALLAS : 1234053.5

relating to the Documentary, the sneak preview of scenes from the Movie, behind-the-scenes footage of the making of the Movie, interviews with the actors, producer and director of the Movie, and the two Twentieth Century Fox-created advertisements for the Movie broadcast on November 28, 2001 ("November 28 Broadcast").  None of the November 28 Broadcast used O'Grady's name or likeness in reference to the Movie.  O'Grady's name and likeness were used in the interstitials and tune-ins only in reference to the Documentary.  None of the November 28 Broadcast said or suggested that the Movie, as contrasted with the Documentary, is a true account of O'Grady's six days behind enemy lines.  None of the November 28 Broadcast said that O'Grady "endorsed," "authorized" or "participated in" the Movie or that the Movie was "made in cooperation with" him.

Discovery contends that it did not violate the Lanham Act or Texas common law when it rebroadcast the Documentary on November 28, 2001 because, among other things:

1.      O'Grady, in signing the BBC/O'Grady Release, consented to the use of his name and likeness in connection with all future licensed broadcasts of the BBC Documentary and relinquished his rights to further approval of all future airings, including the November 28 Broadcast.

2.      O'Grady's name or likeness was used in the Documentary and in the additional material for a newsworthy, educational purpose, and not for a commercial purpose.  Any reference to O'Grady was incidental to the Documentary and the very public events in which O'Grady was involved.

3.      The Documentary and the Movie are works protected by the First Amendment and the Texas Constitution.  Similarly, November 28 Broadcast relating to the Documentary and the Movie are protected by the First Amendment and the Texas

15

Constitution. Any reference to O'Grady was to contrast "the fact and fiction of true survival" since the Documentary was about O'Grady's story and the Movie was inspired by O'Grady's experience.

4.    Discovery did not represent or advertise that the Movie was O'Grady's actual story or that O'Grady endorsed or authorized the Movie at any point in the November 28 Broadcast.

5.    Discovery did not broadcast a false or misleading statement of fact which deceived or influenced movie goers to buy tickets to the Movie.

6.    Discovery did not intend to imply or otherwise knowingly broadcast any false statement that the Movie was O'Grady's story or that O'Grady endorsed the Movie. Instead, the Discovery Channel included words and visual cues to distinguish its fact-based Documentary about O'Grady from the fictional story and character of Chris Burnett in the Movie.

7.    Discovery did not engage in unfair competition nor in any unlawful conspiracy with Twentieth Century Fox resulting in any harm to O'Grady.

If O'Grady were to succeed in proving his claims, O'Grady seeks two types of damage: the value of his name or likeness to Discovery for its use in the November 28 special programming event and profits attributable to that use. The value to Discovery for the use of O'Grady's name and likeness in the November 28 Broadcast is measured by what Discovery would have paid had it engaged O'Grady to participate in the one-hour special programming event. Discovery would have paid him between zero and $7,500 – the range typically paid by Discovery to scientists or other persons with relevant knowledge who host or otherwise participate in such special programming events.

16

Discovery's revenues attributable to the November 28 Broadcast were $125,000, the amount paid by Twentieth Century Fox for advertising time it purchased on the Discovery Channel because of the special programming event. Of that revenue, Discovery's profits were approximately $70,000. Discovery did not participate in or receive any of Twentieth Century Fox's profits from the Movie. In any event, O'Grady can not be awarded Discovery's profits because Discovery did not act willfully in broadcasting any false advertisement.

Because Discovery did not make the Movie, damages measured by the value of O'Grady's life rights for the Movie, the value of advertising for the Movie as his story or the value of his endorsement of the Movie are not recoverable from Discovery.

O'Grady has not lost any speaking engagements as a result of the November 28, 2001 Broadcast. Since the November 28, 2001 Broadcast, his speaker's fees and the number of speaking engagements have increased, totaling over 70 appearances for $657,000 in 2002.

An award for both the value of O'Grady's name and likeness and Discovery's and Twentieth Century Fox's profits would result in double recovery.

Exemplary damages against Discovery are unwarranted because Discovery did not act knowingly and with malice (that is, ill will, bad or evil motive) but, instead, was acting to provide information of interest to Discovery Channel viewers.

## E.    STIPULATIONS AND UNCONTESTED FACTS

1. Plaintiff Scott O'Grady is a former United States Air Force fighter pilot who was shot down over Bosnia in 1995.

2. He evaded capture for six days and survived by drinking rainwater and eating insects, before being rescued by the United States Marines.

3. Between June 2 and June 8, 1995, the events involving O'Grady were the dominant news story in the United States and indeed, throughout the world.

4. Since 1996, O'Grady's primary occupation has been as a motivational speaker affiliated with the Washington Speakers Bureau.

17

5. O'Grady has written two books, entitled <u>Return with Honor</u> (with Jeff Coplon) and <u>Basher 52</u> (with Michael French), which is a book for young adults. O'Grady has also been the subject of other books, documentaries, and news stories.

6. Following his rescue, O'Grady participated in many news conferences and interviews.

7. O'Grady was hosted by President Clinton at a White House luncheon.

8. O'Grady also agreed to be interviewed for a book about his rescue by author Mary Pat Kelly, who conducted taped conversations with O'Grady about his experiences. She included some of these conversations in the book *Good to Go*, published in 1996.

9. One of the documentaries O'Grady appeared in was the documentary entitled *Missing in Action*, about O'Grady's experience in Bosnia between June 2 and June 8, 1995. That documentary was created and produced by the British Broadcasting Corporation (the "BBC") (the "BBC Documentary").

10. In June 1996, O'Grady gave an on-camera interview for the BBC Documentary.

11. O'Grady's father, Dr. William O'Grady, and his sister, Stacy O'Grady, also gave on-camera interviews and participated in reenactment scenes for the BBC Documentary, recreating their experiences during the six days O'Grady was missing and their receipt of the news of his rescue.

12. In addition, the BBC conducted on-camera interviews of O'Grady's fellow pilots and several of the Marines and their commanding officer who participated in his rescue.

13. An actor recreated O'Grady's six days in Bosnia.

14. Defendant Discovery Communications, Inc. ("Discovery") entered into a series of agreements with the BBC to obtain a license to air the BBC documentary in the United States. Discovery's rights in that documentary are governed by the terms of the agreements between Discovery and the BBC.

15. Discovery is a cable network which operates 12 channels, including Discovery Channel, TLC (The Learning Channel), Animal Plant, Discovery Health, Travel Channel, Discovery Times, Discovery Kids, Science Channel, Home & Leisure, Discovery Wings, Discovery en Espanöl, and HD Theater.

16. Defendant Twentieth Century Fox Film Corporation ("Twentieth Century Fox") produced a movie entitled *Behind Enemy Lines*, that is a work of fiction about an American pilot who was shot down over Bosnia (the "Movie"). The Movie was filmed in the Czech Republic.

17. Originally, Twentieth Century Fox scheduled the release of the Movie for early in the year 2002.

18

18. After September 11, 2001, Twentieth Century Fox decided to move up the release date of the Movie to November 30, 2001.

19. In the Fall of 2001, when Discovery learned about Twentieth Century Fox's upcoming move, Discovery submitted a proposal to Twentieth Century Fox for a special programming event involving the Movie. From its files of military-related factual programming, Discovery selected *Behind Enemy Lines: the Scott O'Grady Story* (the "Documentary") for the proposed special programming event.

20. In its proposal to Twentieth Century Fox, Discovery noted the similarity of the stories between the Movie and the Documentary, both about downed American pilots in Bosnia rescued by the Marines, both having *Behind Enemy Lines* in their title, but with the Documentary bearing the tag line: "*The Scott O'Grady Story.*"

21. Twentieth Century Fox gave approval to the special programming event.

22. Discovery and Twentieth Century Fox agreed that Discovery would air the special programming event for the Movie twice on the night of November 28, 2001, two days before the opening weekend for the Movie.

23. Twentieth Century Fox's advertising budget for the Movie was $30 to $40 million.

## F.   CONTESTED ISSUES OF FACT AND LAW

### Plaintiff's Statement of Contested Issues of Fact

1. Whether the November 28 Rebroadcast is an advertisement.

2. Whether the November 28 Rebroadcast was created to promote Fox's movie, *Behind Enemy Lines*.

3. Whether the November 28 Rebroadcast was created to propose a commercial transaction, that is to sell tickets to *Behind Enemy Lines*.

4. Whether the November 28 Rebroadcast was created by DCI to earn a commercial profit.

5. Whether Fox was motivated by commercial interests, such as the desire to link its fictional movie, *Behind Enemy Lines*, with a real-life hero, when it agreed to participate in the creation and airing of the November 28 Rebroadcast.

6. Whether Fox paid DCI money to create and air the November 28 Rebroadcast.

7. Whether the DCI docu-drama entitled *Behind Enemy Lines: the Scott O'Grady Story* is inextricably intertwined with Fox's *Behind Enemy Lines*.

8. The reasons why Defendants decided to tie *Behind Enemy Lines* to O'Grady.

9. The reasons why Defendants decided to move the opening day for the movie *Behind Enemy Lines* and the airing date of DCI's docu-drama with Fox's interstitials up to November, 2001.

10. The extent of the relationship between the DCI docu-drama entitled *Behind Enemy Lines: the Scott O'Grady Story* and Fox's *Behind Enemy Lines*.

11. The extent of the relationship, if any, between *Behind Enemy Lines* and O'Grady.

12. Whether the November 28 Rebroadcast is false and misleading in that represents, either expressly or by implication, that O'Grady endorsed or collaborated in the making of *Behind Enemy Lines*.

13. Whether the November 28 Rebroadcast is false and misleading in that it represents, either expressly or by implication, that *Behind Enemy Lines* is O'Grady's true story.

14. Whether the November 28 Rebroadcast is a compare and contrast piece comparing Fox's movie and DCI's docu-drama.

15. Whether there is commercial value associated with O'Grady's name, likeness, or image.

16. Whether the November 28 Rebroadcast uses O'Grady's name, likeness, or image for a commercial purpose.

17. Whether Defendants created the November 28 Rebroadcast for a commercial purpose.

18. Whether the November 28 Rebroadcast uses O'Grady's name, likeness, or image for a newsworthy purpose or in an incidental manner.

19. Whether the use of O'Grady in advertisements and promotions for *Behind Enemy Lines* is "incidental" to the movie.

20. Whether the advertisements and promotions for *Behind Enemy Lines* are incidental to the airing of DCI's docu-drama about O'Grady.

21. Whether Defendants received a benefit from the use of O'Grady's name, likeness, or image.

22. Whether Defendants received value by tying the fictional movie *Behind Enemy Lines* to a real person and real-life event.

23. Whether O'Grady consented to Defendants' use of his name, likeness, or image in the November 28 Rebroadcast.

24. Whether Defendants contacted O'Grady regarding his participation in the November 28 Rebroadcast.

68326:83360 : DALLAS : 1234053.5

25. Whether the release O'Grady signed with the BBC granted BBC the right to use O'Grady's name, likeness, or image to endorse commercial products other than the BBC's own program.

26. What is the scope of the rights that DCI acquired from the BBC?

27. Whether the November 28 Rebroadcast delivers a false and misleading message.

28. Whether the November 28 Rebroadcast either deceived, or had the capacity to deceive, a substantial segment of potential customers.

29. Whether Defendants' deception is material.

30. Whether Defendants acted willfully, intentionally, and/or in bad faith when they created the November 28 Rebroadcast.

31. Whether O'Grady suffered injury as a result of Defendants' actions.

32. Whether Defendants' actions interfered with O'Grady's ability to conduct business.

33. Whether O'Grady is a competitor of Defendants.

34. Whether Defendants engaged in a conspiracy.

35. The value of O'Grady's name, likeness, image, and endorsement.

36. The amount of earnings or revenue Fox received from the movie *Behind Enemy Lines*.

37. The amount of profit Fox earned from the movie *Behind Enemy Lines*.

38. The amount of earnings or revenues Fox received from *Behind Enemy Lines* that are attributable to the events alleged in this lawsuit.

39. The amount of profit Fox earned from *Behind Enemy Lines* that is attributable to the events alleged in this lawsuit.

40. the amount of earnings that DCI received from the creation and airing of the November 28 version of *Behind Enemy Lines: the Scott O'Grady Story*

41. The amount of profit DCI earned from the creation and airing of the November 28 version of *Behind Enemy Lines: the Scott O'Grady Story*.

42. The amount of damages that should be awarded to O'Grady.

## Defendants' Statements Regarding Contested Issues of Fact

It is the position of Twentieth Century Fox and Discovery that there are no contested issues of fact as set forth in Defendants' Motions for Summary Judgment, still pending.

Twentieth Century Fox and Discovery assert that the following facts are undisputed:

1. Plaintiff, Scott O'Grady, is a former United States Air Force fighter pilot who was shot down over Bosnia in 1995.

2. O'Grady evaded capture for six days and survived by drinking rainwater and eating insects.

3. Between June 2 and 8, 1995, the events involving O'Grady were "the dominant news story in the United States and indeed, throughout the world."

4. Four months after his rescue, in October 1995, O'Grady left full-time active duty and, since February 2001, has been on inactive reserve status.

5. Since 1996, O'Grady's primary occupation has been as a motivational speaker affiliated with the Washington Speakers Bureau, for which audiences are charged $10,000 to $15,000 per appearance.

6. O'Grady has co-authored two books about his experiences entitled Return with Honor and Basher 52, a book for young adults which is basically the same story as Return with Honor. O'Grady has also been the subject of other books, documentaries, and news stories.

7. Following his rescue, O'Grady participated in "many news conferences and interviews."

8. O'Grady was hosted by President Clinton at a White House luncheon.

9. O'Grady also agreed to be interviewed for a book about his rescue by author Mary Pat Kelly, who conducted taped conversations with O'Grady about his experiences. She included some of these conversations verbatim in the book Good to Go, published in 1996.

10. Good to Go used seven photographs of O'Grady, including his name and picture on the book's cover. The full title was "Good to Go: The Rescue of Scott O'Grady From Bosnia." One of the images used in the book was an artist's rendering of O'Grady's rescue scene which was commissioned by Sikorsky Aircraft Corporation and used as a promotional advertisement. O'Grady never sought compensation for the use of his photograph in the painting, nor did he complain to the artist or to Sikorsky Aircraft Corporation.

11. O'Grady did not receive any compensation with respect to Good to Go, and did not seek any.

12. O'Grady and Ms. Kelly discussed a movie deal regarding Good to Go, but it never came to fruition.

68326:83360 : DALLAS : 1234053.5

13. O'Grady also granted extensive interviews to The History Channel, which produced a one-hour special entitled: "Escape! Escape From Bosnia: The Scott O'Grady Story." O'Grady's name is used to advertise this product which is sold over the Internet. He never received compensation for this program.

14. O'Grady also accurately reported his experiences in military and "extensive" government debriefings following his rescue. He was aware of, but did not participate in, a Congressional investigation regarding the incident which resulted in a publicly available transcript detailing O'Grady's experiences and those of his rescuers. The Congressional Hearings were conducted between June 7, 1995 and September 25, 1996, in ten different sessions.

15. In addition, various agencies of the U.S. Government gave press briefings regarding O'Grady's experiences, and there were many documents posted on the Internet from participants in the events.

16. The numerous news articles, press conferences and hearings about O'Grady's downing and rescue in Bosnia include: Congressional hearings on June 7, 1995 and July 11, 1995; Department of Defense briefings including a News Briefing (on June 2, 1995), two News Briefings, a Press Advisory, and two News Releases (all on June 8, 1995); an Allied Forces Southern Europe News Release (on June 8, 1995); numerous newspaper articles, including those in the *Los Angeles Times, New York Times, New York Post, Washington Post,* the *Atlanta Journal-Constitution* and other major newspapers; lengthy magazine articles in *Time Magazine, Newsweek Magazine* and *U.S. News & World Report* in June, 1995; numerous television broadcasts on ABC, CBS, and NBC including a 45-minute broadcast on ABC's *Nightline* on June 8, 1995. O'Grady was not paid by any of these media organizations for the news coverage.

17. In 1996, O'Grady's literary agency, ICM, sold the rights to O'Grady's story, *Return with Honor,* for film and television to Orion Pictures Corporation, a movie studio, for $250,000, for a five-year option on the rights to his book, plus another $150,000, if the movie went into production, and $50,000 to O'Grady as a consultant if the movie was made, plus a percentage of profits.

18. Although draft screenplays were written for that movie, the movie of *Return with Honor* was never made because the production company disbanded. The movie deal lapsed and, in January 2001, the movie rights to *Return with Honor* reverted to O'Grady. O'Grady kept the $250,000 option fee.

19. Neither he nor his agents made any effort to sell the movie rights to his story after it was clear that Orion would not make a movie of O'Grady's story.

20. O'Grady is not aware of any other reason why that movie was not made. O'Grady specifically admits that he knows of no evidence suggesting that Fox Film had anything to do with Orion's decision not to make that movie.

21. If O'Grady wishes to make a movie with another company, he must reimburse Orion $717,000, the amount of money Orion advanced to O'Grady and others in connection with the production, plus interest.

22. The working title for O'Grady's proposed movie was: *Return with Honor*.

23. One of the documentaries O'Grady appeared in was a documentary entitled *Missing in Action*, about O'Grady's experience in Bosnia between June 2 and June 8, 1995, created and produced by the British Broadcasting Corporation (the "BBC") ("BBC Documentary").

24. A year after he was rescued, in June 1996, O'Grady gave an extended on-camera interview for the BBC Documentary, for which $500 was paid by the BBC. He also posed for the BBC Documentary in an F-16, the plane he flew when he was shot down.

25. O'Grady's father, Dr. William O'Grady, and O'Grady's sister, Stacy O'Grady, an aspiring actress, also gave on-camera interviews and participated in reenactment scenes for the BBC Documentary, recreating their experiences during the six days O'Grady was missing and their receipt of the news of his rescue.

26. O'Grady's father and sister were each paid $75 for their participation in the BBC Documentary.

27. In addition, the BBC conducted on-camera interviews of O'Grady's fellow pilots and several of the Marines who participated in his rescue and their commanding officer.

28. An actor also reenacted O'Grady's six days in Bosnia.

29. The U.S. military cooperated with the BBC in the filming of several scenes in the BBC Documentary.

30. O'Grady did not ask to approve the BBC Documentary or any title for the Documentary prior to its being broadcast. Nor did he, or his father or sister, place any express restrictions on where it could be broadcast.

31. The payment of $500 by the BBC was made pursuant to a 1996 agreement executed between the BBC and O'Grady (the "BBC/O'Grady Release").

32. O'Grady's father and sister also signed releases with the BBC relating to the BBC Documentary.

33. The BBC Documentary was referred to in the BBC/O'Grady Releases as *999 Special*.

34. In the BBC/O'Grady Releases, O'Grady and his father and sister relinquished any rights they had in their interviews and participation in the BBC Documentary and granted the

24

BBC and its licensees and assigns the right to broadcast the Documentary anywhere in the world.

35.   The BBC/O'Grady Releases say that the BBC and "its licensees and assigns" shall be entitled to "ALL RIGHTS" in the material O'Grady and his family contributed to the BBC Documentary "without limitation." "FOR ALL PURPOSES EVERYWHERE" including, but not limited to, "all television . . . pay cable television and basic cable television" rights.

36.   The BBC/O'Grady Release granted, in the case of educational programs, the right "to adapt and modify and make other use of any material and scripts supplied by [O'Grady and his family] for promotional and/or educational and/or demonstration purposes.

37.   The executed releases provided that BBC and BBC Worldwide Limited and their licensees and assigns could, without further payment, broadcast extracts from O'Grady and his family's contributions to the BBC Documentary for trailers for use for promotion of the BBC Documentary.  Trailers are tune-ins for television programs or previews for movies.

38.   O'Grady and his family agreed that the BBC and its licensees "shall be entitled to edit the contributions(s)" to the BBC Documentary of O'Grady and his family.

39.   The BBC/O'Grady Releases also allowed the BBC and "its licensees and assigns," such as Discovery Communications, Inc. ("Discovery"), to adapt or modify the program and said that the "program titles and the date and time" of its broadcast could be "changed at the discretion of the BBC."

40.   The BBC/O'Grady Release O'Grady signed in 1996 "establishes the scope of rights O'Grady granted to the BBC."

41.   In the BBC/O'Grady Release, O'Grady also gave up the right to complain about the editorial treatment of the BBC Documentary and, in fact, he never did complain to the BBC.

42.   The BBC Documentary was licensed to Discovery.

43.   Discovery's rights in the Documentary are governed by the terms of a series of agreements, beginning with the BBC/O'Grady Release.

44.   Discovery is a non-fiction cable network which operates 12 channels, including Discovery Channel, TLC (The Learning Channel), Animal Planet, Discovery Health, Travel Channel, Discovery Times, Discovery Kids, Science Channel, Home & Leisure, Discovery Wings, Discovery en Espanõl, and HD Theater.

45.   Discovery paid $100,000 for the license to broadcast the Documentary.

46.   After purchasing the license to the BBC Documentary in 1997, Discovery changed the title from *Missing in Action* to *Behind Enemy Lines: The Scott O'Grady Story.*

47.   Otherwise, Discovery made no editorial change to the BBC Documentary other than to cut some footage to allow for commercial breaks.

48.   Discovery had the right to re-title and edit the BBC Documentary and to use portions of the Documentary for promotions under the licenses from the BBC.

49.   Between mid-1997 and 2001, Discovery broadcast the documentary in the United States under the title *Behind Enemy Lines: The Scott O'Grady Story* (the "Discovery Documentary" or the "Documentary") over 30 times.

50.   O'Grady was aware that Discovery aired the Discovery Documentary in the United States under the title *Behind Enemy Lines: The Scott O'Grady Story*, and never objected or complained about Discovery's broadcast of the Documentary or choice of that title in the 4 ½ years it aired before November 2001.

51.   A letter "From the desk of Scott O'Grady," bearing O'Grady's signature, dated June 10, 1997, eight days after the Documentary first aired on the Discovery Channel, addressed to Sally Dyas, the BBC Researcher and Assistant Producer who worked on the BBC Documentary, says: " 'MISSING IN ACTION' is a hit!  Everyone I have spoken with has made a comment on how well it was done.  I am very pleased with the results.  Thank you for all your hard work.  I hope you are doing [well].  CONGRATULATIONS." (emphasis in the original.)

52.   O'Grady's family and military colleagues wrote letters to Sally Dyas of the BBC praising the Documentary.

53.   O'Grady's promotional web page and marketing materials for the Washington Speakers Bureau, O'Grady's agent for speaking engagements, refer to the Discovery Documentary repeatedly.

54.   Defendant Twentieth Century Fox Film Corporation ("Twentieth Century Fox") produced a movie, entitled *Behind Enemy Lines*, which is a work of fiction about an American pilot who was shot down over Bosnia (the "Movie").  The Movie was filmed in the Czech Republic.

55.   The title *Behind Enemy Lines* has been used in more than 30 books, movies and other literary works beginning in 1946 and continuing to this date.

56.   Some of the books and movies that have used the title are:  "*Behind Enemy Lines: Heroic Missions of WWII*" (1998 Moviecraft Inc. documentary); "*Behind Enemy Lines*" starring Robert Patrick (1988 Eastern Film Management Corporation movie); "*Fortress Europe – Behind Enemy Lines on D-Day*" (International Historic Films, Inc. documentary); "*Behind Enemy Lines*" starring Thomas Ian Griffith (Orion home video

26

movie); *"Recon Marine – Behind Enemy Lines"* (Tully Entertainment movie); *"Behind Enemy Lines"* from *"Escape Stories: Amazing Tales of Wartime Escapes"* (2003 Discovery Communications, Inc. documentary); *"Behind Enemy Lines: The True Story of a French Jewish Spy in Nazi Germany"* by Marthe Cohn, Wendy Holden (2002 Harmony Books); *"Road to Baghdad: Behind Enemy Lines: The Adventure of an American Soldier in the Gulf War"* by Martin Stanton (2003 Presidio Press book); *"Commandos Behind Enemy Lines"* (Interactive Video); *"Behind Enemy Lines"* (Computer Game on CD); *"SPYS/Behind Enemy Lines"* (Music CD) *"Behind Enemy Lines – Civil War Spies, Raiders, and Guerillas"* by Wilmer L. Jones (2003 Taylor Publishing Book); *"Behind Enemy Lines"* by Cindy Dees (2002 Silhouette book); *"Behind Enemy Lines"* A Field Manual for God's Army by Chuck Dean (1997 WordSmith Publishing book)

57. The original script for the Movie was conceived by John Davis in 1995 and was titled *Behind Enemy Lines*. The idea for the Movie was inspired by Scott O'Grady's experiences being downed and rescued in Bosnia.

58. O'Grady's hard cover book, published in 1995, *Return With Honor*, did not contain the phrase "Behind Enemy Lines" in the title or anywhere in the text of the book.

59. O'Grady's paperback book, published in 1997, added an overline to the title which stated: "An American Fighter Pilot's Heroic Tale of Survival Behind Enemy Lines."

60. O'Grady has no registered copyright for the overline:   "An American Fighter Pilot's Heroic Tale of Survival Behind Enemy Lines."

61. O'Grady's literary agent recognized that there is no protected right in a title when she was confronted with a complaint from a Vietnam Veteran and former POW who was a pilot shot down behind enemy lines and who authored a book titled *"Return with Honor,"* the same title later used by O'Grady for his book.

62. O'Grady's book publisher responded to the complaint about use of the title *Return With Honor* by stating:   "It is well established that titles are not entitled to copyright protection.

63. O'Grady does not claim copyright or trademark protection for the title: *Behind Enemy Lines*.

64. The Movie was prompted by Twentieth Century Fox's desire to make a movie that could be loosely based on the events that Twentieth Century Fox and the independent film producer, John Davis, and others had seen on the news, that being a pilot who was shot down, Scott O'Grady.

65. Mr. Davis retained Jim and John Thomas to write a script, which Mr. Davis received in 1995. The script was originally titled "Behind Enemy Lines."

66.   The Movie's director, John Moore, was interested in making a movie about the Bosnian civil wars and about the lack of European intervention, the subsequent ethnic cleansing and the massacre in Srebrenica.

67.   The script of the Movie went through several revisions and was presented to John Moore in September 1999.

68.   The script, as finally approved, has similarities to O'Grady's real life experiences, but "the script of the [Twentieth Century] Fox movie is not Captain O'Grady's actual story."

69.   The similarities between the Movie and O'Grady's life story are: (i) an American fighter pilot shot down by a surface to air missile; (ii) while on a peace-keeping mission over Bosnia; (iii) who must eject from an exploding aircraft and float down in broad daylight behind enemy lines; (iv) who must hide from armed Bosnian Serbs searching for the pilot for several days; (v) radio communications between the rescuers and the pilot play an important role; (vi) Marine rescuers launch off a Navy ship to rescue him in daylight; and (vii) enemy forces fire upon the helicopters as they carry the pilot to safety.

70.   All of the above-claimed similarities were available in the public record shortly after the incident in contemporaneous news articles, press conferences conducted by the U.S. government and NATO, and public documents such as the Congressional Record.

71.   In addition to the well-documented details of O'Grady's situation, two other airmen were shot down over Bosnia, one evaded capture for several days and both were rescued in a similar way. One rescue (of a British pilot on April 16, 1994) preceded O'Grady's and the other (of an American. pilot on March 27, 1999) post-dated it.

72.   In a 1999 news broadcast titled "Behind Enemy Lines," ABC News reported on the American pilot (not O'Grady) shot down over Bosnia who ejected from his plane and evaded Serbian forces before he was rescued by helicopter. The name of the American pilot shot down and rescued in 1999 was David Goldfein. The American pilot – "Hammer 34" – "bailed out of his crippled jet fighter and was prone in a pitch-black, thickly wooded area trying to conceal his whereabouts from Serbian troops," according to the American Forces Information Service. "Hammer 34, who... was later plucked out of enemy territory in a daring pre-dawn rescue effort."

73.   While the Movie shares these common, publicly-available, factual elements with O'Grady's experience, it also was a work of fiction, the product of the Twentieth Century Fox creative process. In fact, the main themes and subplots of the Movie move beyond O'Grady's experiences because in the Movie, unlike real life, the lead character is initially disenchanted with the military but, by the end of the Movie, has changed his mind. The theatrical work also raises a conflict over the desire to save one person (the pilot), as advocated by the U.S. military officer played by actor Gene Hackman, against the concern that the rescue effort would endanger the entire peace process, a view held by a French NATO officer (Hackman's superior) who refused to authorize the rescue. The Movie also had several sub-plots: the consequences of disobeying orders in an effort to

28

save an American soldier, and the heroic efforts of the character played by Owen Wilson, to retrieve surveillance film showing Serbian atrocities. None of these creative conflicts were present in O'Grady's life story. Nor did O'Grady experience the many action scenes portrayed by the Owen Wilson character.

74. The Movie was made with the cooperation of the U.S. military. The U.S. Department of Defense and the U.S. Navy reviewed the script and commented on it extensively, providing detailed factual information.

75. Originally, Twentieth Century Fox scheduled the release of *Behind Enemy Lines* for early in the year 2002.

76. After September 11, 2001, Twentieth Century Fox decided to move up the release date of its Movie to November 30, 2001.

77. Like many other television networks, the Discovery Channel regularly runs special programming events in conjunction with the release of new movies by motion picture studios. When a motion picture studio has made a substantial commitment to buy advertising space on the network, the Discovery Channel often will broadcast an evening, composed of one or more hours of documentaries or other factual programming, on topics thematically-related to the movie. The evening usually includes additional educational material as well as a sneak preview, behind-the-scenes footage from the movie and interviews with the stars and production personnel from the movie, usually taken from the studio's electronic press kit that the studio distributes to hundreds of media outlets.

78. In the Fall of 2001, when Discovery learned about Twentieth Century Fox's upcoming movie *Behind Enemy Lines*, Discovery submitted a proposal to Twentieth Century Fox for a special programming event involving Twentieth Century Fox's Movie. From its files of military-related factual programming, Discovery selected the Documentary for the proposed special programming event.

79. In its proposal to Twentieth Century Fox, Discovery noted the similarity of the stories between the Movie and the Documentary, both about downed American pilots in Bosnia rescued by the Marines, both having *Behind Enemy Lines* in their title, but with the Documentary bearing the tag: *The Scott O'Grady Story*.

80. Twentieth Century Fox had already bought $275,000 of advertising time on the Discovery Channel to run advertisements created by Twentieth Century Fox for the Movie ("Twentieth Century Fox-Created Advertisements"). Twentieth Century Fox gave approval to the special programming event and agreed to purchase an additional $125,000 in air time for Twentieth Century Fox-Created Advertisements for the Movie to broadcast on the Discovery Channel over the course of several weeks.

68326:83360 : DALLAS : 1234053.5

81.   Discovery and Twentieth Century Fox agreed that Discovery would air the Discovery Documentary twice on the night of November 28, 2001, two days before the opening weekend for Twentieth Century Fox's Movie ("the November 28 Broadcast").

82.   Twentieth Century Fox advertised the Movie on the Discovery Channel to reach its target audience (males between the ages of 18 and 49) because  the Discovery Channel's viewers are predominantly male.  The Discovery Channel guaranteed Twentieth Century Fox  25.5 million predominantly male viewers between ages 18 and 49.  This was Twentieth Century Fox's target audience for the Movie and the core audience of the Discovery Channel.

83.   Twentieth Century Fox spent approximately $400,000 to air Twentieth Century Fox-Created Advertisements for the Movie on the Discovery Channel over a period of several weeks.

84.   Only $125,000, or about one-third, of that money was spent on advertising attributable to the one-time special programming event.

85.   Only two Twentieth Century Fox-Created Advertisements aired on November 28, 2001 in conjunction with the Discovery Documentary.

86.   Twentieth Century Fox did not pay for the air time for the special programming event and did not pay the production costs associated with it.

87.   Twentieth Century Fox's total advertising budget for the Movie was $30 to $40 million.

88.   The total $125,000 Twentieth Century Fox spent to air Twentieth Century Fox-Created Advertisements for the Movie attributable to the special programming event represents .313% to .417% of Twentieth Century Fox's $30 to $40 million total advertising budget for the Movie.

89.   In connection with the special programming event, the Discovery Channel also agreed to produce and air new material to insert into the breaks in the Discovery Documentary known as "Interstitials."  The Discovery Channel also produced material encouraging viewers to watch the special programming event, known as "Tune-Ins."  The Interstitials and Tune-ins described the Discovery Documentary and the Movie and added new educational, scientific and historical information.

90.   The Interstitials consisted of the opening introduction, elements called "bump-ins" leading from the program into advertising, and "bump-outs" leading from the advertising back into the programming, and "a sneak peak" of the Movie.  The Interstitials included, in part, material provided by Twentieth Century Fox as part of its "electronic press kit" of interviews with the actors and trailers from the Movie which were edited by Discovery. Additional elements of the Interstitials included "factoids," which were educational elements, about pilots, the aircraft carrier U.S.S. *Carl Vinson* used in the Movie, survival training and the nutritional value of eating bugs and leaves.

30

91.   Discovery paid $27,065 in production costs for the Interstitials and Tune-ins.

92.   Twentieth Century Fox reviewed the Interstitials and Tune-Ins and approved the material created for the special programming event.

93.   A "Tune-In," or "promo," is created from material from the program that is being promoted. Tune-Ins are intended to encourage viewers to watch the program and are typically aired "one to two weeks prior to the event." Here, the Tune-Ins showed clips for the Discovery Documentary and stated that the November 28, 2001 airing would be sponsored by the Movie.

94.   Tune-ins for the November 28, 2001 special programming event began airing on the Discovery Channel on Wednesday, November 21, 2001, the week before the special programming event.

95.   The Discovery Channel aired the special programming event twice, broadcasting the Discovery Documentary on November 28, 2001 at 8:00 p.m. EST and at 12:00 a.m. EST.

96.   The November 28, 2001 special programming event as aired included the Discovery Documentary, the Interstitials, Twentieth Century Fox-Created Advertisements for the Movie, promotions for other Discovery programming, and advertisements for products unrelated to the Movie, such as PetSmart, Kay Jewelers and Dell Computers.

97.   The text of the opening of the special programming event starts with scenes from the Movie and then signals the viewer the segue to the Discovery Documentary from the Movie by using the tag line "before you cross the line in theaters" accompanied by the flash of the Discovery Channel logo. The text then says "how did America respond to the real thing?" This is followed by "The Discovery Channel remembers one hero's true story," text, accompanied by images from the Discovery Documentary. The opening also includes President Clinton in contemporaneous news footage from the time referring to O'Grady. The opening further states:

> Plus, we'll take a behind the scenes look and get a sneak peek at Twentieth Century Fox's new film "Behind Enemy Lines," a detailed look at the fact and fiction of true survival.

Accompanying the words "the fact" is an image of the actor recreating O'Grady's ordeal in the Documentary. The visual accompanying "the fiction" is an image of the Movie's character Chris Burnett, played by actor Owen Wilson.

98. The Discovery Documentary had aired many times before to diminishing audiences.

99.   The Documentary was updated with "factoids." One factoid stated: "Like Scott O'Grady," Owen Wilson's character, naval aviator Chris Burnett, runs into some challenges once his plane is down." The challenge is shown – Wilson's character evading capture trying to convince Bosnian villagers that he is their friend, not foe.

31

O'Grady himself did not encounter any Bosnians. His "major challenge" and the subject of the factoid: "finding food for survival . . . Just how safe are tree leaves, bugs and rainwater? The nutritional facts when we return to *Behind Enemy Lines: The Scott O'Grady Story* on the Discovery Channel." The factoid answers its own question with information about the iron, vitamins, protein and carbohydrates of insects and the importance of water to maintain the body. Another factoid was about U.S. military survival training such as O'Grady would have received, and a third referenced the fact that the U.S.S. *Carl Vinson*, the aircraft carrier used in the Movie, was also engaged in the conflict in Afghanistan in 2001.

100. Scientific, educational information is content of interest to the core Discovery Channel viewer and is consistent with promoting the Discovery Channel brand and its fact-based programming.

101. During the special programming event, the Discovery Channel logo appeared throughout the Discovery Documentary in the lower right-hand corner of the screen.

102. The portions of the Interstitials promoting the Discovery Documentary were introduced or cued by the display of a larger logo for the Discovery Channel.

103. Flashes of light appeared between each promotion for Twentieth Century Fox's Movie and the promotion for Discovery's Documentary.

104. The Movie's title, *Behind Enemy Lines*, was shown in the November 28, 2001 Broadcast in light blue in a block lettering style.

105. The Discovery Documentary's title, *Behind Enemy Lines: The Scott O'Grady Story*, was shown in gold and white with two white stars and a Times Roman style font.

106. One voice, who at the time read all of Discovery's scripts and was the voice of Discovery, narrated the Tune-ins, the Interstitials, including the references to the Movie and the Discovery Documentary, as well as tune-ins for other upcoming programs on the Discovery Channel.

107. None of the Twentieth Century Fox-Created Advertisements or promotions for the Movie on the Discovery Channel or elsewhere used Plaintiff's name or likeness.

108. Neither the Twentieth Century Fox-Created Advertisements for the Movie nor the Tune-Ins nor Interstitials aired on the Discovery Channel expressly state that O'Grady authorized or endorsed the Movie.

109. Neither the Twentieth Century Fox-Created Advertisements for the Movie nor the Tune-Ins nor the Interstitials expressly state that the Movie is O'Grady's actual story.

110. The Challenged Material, consisting of (1) the Twentieth Century Fox-Created Advertisements for the Movie aired during the November 28 special programming event,

(2) the Interstitials, and (3) the Tune-Ins, is the only "advertising" of the Movie that is complained of in Plaintiff's First Amended Complaint.

111. Discovery attempted to contact O'Grady by calling his agent for speaking engagements at the Washington Speakers Bureau to see if he would be willing to host or participate in the November 28, 2001 special programming event before it aired.

112. Discovery was told that O'Grady's schedule conflicted.

113. Had Discovery used a host for the special programming event, Discovery would have paid the host between zero and $7,500, the range Discovery typically pays scientists or persons with relevant knowledge who host or participate in special programming events.

114. The November 28, 2001 special programming event failed to deliver the audience The Discovery Channel had guaranteed to Twentieth Century Fox, adults, particularly males, age 18 to 49, by over 4 million.

115. Because of this underdelivery, the Discovery Channel gave Twentieth Century Fox free advertising for its subsequent advertising campaign for Twentieth Century Fox's movie *Ice Age*, which ran during another Discovery Channel special programming event called *Engineering the Impossible*.

116. The value of the free advertising Discovery gave Twentieth Century Fox to make up for the underdelivery was $27,112.

117. Because of the free advertising Discovery had to give Twentieth Century Fox and the production costs of the event, Discovery's estimated profit from the special programming event was approximately $70,823.

118. O'Grady attended a screening of the Movie on November 26, 2001.

119. O'Grady participated in media coverage regarding the Movie, including appearances on the nationally-syndicated television programs *Hot Ticket* and *Entertainment Tonight*, and through interviews with the print media.

120. O'Grady taped appearances appearing on *Hot Ticket* on November 26, 2001 and on *ET* on December 1, 2001. He was paid $1,200 for his appearance on *Hot Ticket*.

121. O'Grady saw a videotape of the November 28 Broadcast on the Discovery Channel within a few days of its airing.

122. O'Grady never asked the producers of *Hot Ticket* or *ET* to remove or retract his endorsement of the Movie.

33

123. On October 22, 2001, a representative of Fox Television Studios ("Fox Television") sent O'Grady a letter inquiring whether O'Grady would be interested in a "Film for Television."

124. There were communications between Fox Television and O'Grady, but the project never materialized because O'Grady seemed uninterested.

125. O'Grady concedes that he is not aware of any offers made to him by Fox Television nor is he sure if he would have accepted any offer if made.

126. No discussions were held between Twentieth Century Fox and Fox Television relating to the made-for-television movie offer proposed by Fox Television to O'Grady.

127. Twentieth Century Fox created an Electronic Press Kit to promote the Movie.

128. The Electronic Press Kit did not use O'Grady's name or likeness.

129. Twentieth Century Fox also shot film at the premiere of the Movie at the Naval Air Station in San Diego.

130. The footage from the premiere was used to promote the Movie and contained footage of the crowd consisting of mostly military personnel cheering when the Movie came on. O'Grady's name and/or likeness was not used.

131. Twentieth Century Fox shot promotional film on the U.S.S. *Nimitz* which consisted of interviews with Owen Wilson. O'Grady's name and/or likeness was not used.

132. Twentieth Century Fox promoted the Movie on the Fox Cable Channel with 30 second vignettes, which aired 50 times per day, beginning two weeks before the premiere. None of the vignettes used O'Grady's name or likeness.

133. Twentieth Century Fox promoted the Movie by sponsoring NASCAR events with vignettes, logos, on air promotions, billboards, race promos, all on NBC and TNT. None of the promotions used O'Grady's name or likeness.

134. Twentieth Century Fox promoted the Movie on the Fox Cable News Channel, Fox owned and operated television stations, and the Fox Television Network. Neither O'Grady's name nor his likeness was used in any of these promotions.

135. In the view of O'Grady's various agents for speaking and endorsements, as well as O'Grady's expert on the value of his life rights, the Discovery Documentary would be helpful to his speaking and endorsement career.

136. The number of speaking engagements and hence the total of his fees has increased to a total of approximately $650,000 in the year 2002, an increase of over $150,000 since the release of the Movie and the November 28 Broadcast.

68326:83360 : DALLAS : 1234053.5

137.   No one cancelled any speaking engagements due to the November 28 Broadcast.

138.   O'Grady also has had agents in connection with endorsement opportunities. O'Grady has earned at most $15,000 from endorsements since the events in 1995 that brought him to public attention.

139.   O'Grady anticipated this litigation on November 28, 2001.

140.   O'Grady filed this lawsuit on August 19, 2002.

141.   O'Grady does not contest Twentieth Century Fox's right to make the Movie.

142.   O'Grady does not contest Twentieth Century Fox's right to make a fictional movie inspired by O'Grady's story.

143.   O'Grady does not contest that Discovery had the right to air a factual program describing O'Grady's experience in Bosnia.

144.   O'Grady concedes that the First Amendment protects advertisement of movies and documentaries.

145.   O'Grady does not contest Discovery's right to use his name or likeness and portions of his interview in promotions and advertisements encouraging viewers to watch the Documentary.

146.   O'Grady does not challenge the right of the BBC or Discovery, as it licensee, to broadcast the Documentary.

147.   O'Grady does not challenge and is making no claim as to the 32 broadcasts of the Discovery Documentary prior to its broadcast on November 28, 2001.

148.   O'Grady does not challenge Discovery's right to broadcast the Discovery Documentary on November 28, 2001.

149.   O'Grady also does not challenge the right of Discovery to seek advertising to air along with the Discovery Documentary.

150.   O'Grady does not challenge the content or the title in the Discovery Documentary.

151.   O'Grady is only challenging the November 28 Broadcast with the Challenged Material aired on the Discovery Channel.

35

## Plaintiffs' and Defendants' Joint Statement Regarding Contested Issues of Law

1. Whether the November 28, 2001 version of *Behind Enemy Lines: the Scott O'Grady Story* is commercial speech.

2. Whether and to what extent the First Amendment extends protection for protected works to the promotions for those First Amendment protected works.

3. Whether the November 28, 2001 broadcast of *Behind Enemy Lines: the Scott O'Grady Story* is promotion of protected First Amendment speech.

4. Whether the First Amendment protects Defendants against liability for the actions alleged by O'Grady.

5. Whether Fox is liable for misappropriation.

6. Whether Discovery is liable for misappropriation.

7. Whether the use of Plaintiff in the November 28 Rebroadcast was for a commercial purpose or whether he was used for newsworthy or educational purposes.

8. Whether O'Grady consented to Defendants' use of O'Grady for the November 28 broadcast of *Behind Enemy Lines: the Scott O'Grady Story*.

9. What is the scope of Discovery's rights in the documentary *Missing in Action*?

10. Whether Twentieth Century Fox is liable for false advertising of the Movie under the Lanham Act.

11. Whether Discovery is liable for false advertising of the Movie under the Lanham Act.

12. Whether Twentieth Century Fox is liable for false endorsement of the Movie under the Lanham Act.

13. Whether Discovery is liable for false endorsement of the Movie under the Lanham Act.

14. Whether Twentieth Century Fox is liable for unfair competition.

15. Whether Discovery is liable for unfair competition.

16. Whether Twentieth Century Fox and Discovery engaged in a civil conspiracy based upon the actions alleged in this lawsuit.

17. Whether O'Grady is entitled to recover the Fox's profits that are attributable to the conduct alleged in this lawsuit.

18. Whether O'Grady is entitled to recover the Discovery's profits that are attributable to the conduct alleged in this lawsuit.

36

19. Whether O'Grady is entitled to an award of treble damages under the Lanham Act.

20. Whether O'Grady is entitled to recovery of exemplary damages.

21. Whether O'Grady should be awarded recovery of his attorneys' fees and costs incurred in prosecuting this lawsuit under the Lanham Act.

22. Whether Twentieth Century Fox should be awarded recovery of its attorneys' fees and costs incurred in defending this lawsuit under the Lanham Act.

23. Whether Discovery should be awarded recovery of its attorneys' fees and costs incurred in defending this lawsuit under the Lanham Act.

24. Whether O'Grady should be entitled to recover both for the value he would have received for his name, likeness, and endorsement under his commercial misappropriation and unfair competition claims and for Twentieth Century Fox's and Discovery's profits under the Lanham Act from that use.

## G.  LIST OF WITNESSES

### Plaintiff's Witnesses

Plaintiff Scott O'Grady will call the following witnesses at trial:

1. Scott O'Grady
2. Gabriel M. Gelb
3. Philip J. Hacker
4. Mark A. Roesler
5. Robert Alan Anderson
6. Patrick Byers
7. Mary Clare Baquet
8. John A. Davis
9. Michelle Marks
10. Beth R. (Luterman) McClinton
11. Jeffrey Godsick
12. Thomas C. Grane
13. John Richard Moore
14. Drew Nielson
15. Julie Nielson
16. Joseph H. Parker
17. Robert Parsons
18. Kelly Patterson
19. Eric Poticha
20. Tom Rothman

O'Grady may call the following witnesses at trial:

1. Corinne Blankenship
2. Allen Silva
3. Diane Cairns
4. Charles Louis Corzine
5. Stacy Dietschak
6. Bill Flanagan
7. David Grant
8. Mary Pat Kelly
9. Thomas R. Mills
10. Esther Newberg
11. Dr. William O'Grady
12. Mary Lou Scardapane
13. Steven Mark Siskind
14. To the extent deemed necessary by the Court in this action, George E. Bowles of Locke Liddell & Sapp LLP, and G. William Lavendar of Lavendar Law will testify as to Plaintiff's attorneys' fees incurred in this matter.

O'Grady may use the following deposition excerpts at trial:

1. Patrick Byers, July 11, 2003
   Page 5, Line 18-24
   Page 10, Line 11-18
   Page 11, Line 12-17
   Page 13, Line 10 to Page 14, Line 7
   Page 17, Line 16 to Page 19, Line 16
   Page 20, Line 23 to Page 21, Line 15
   Page 30, Line 4-11
   Page 36, Line 5-20
   Page 37, Line 16 to Page 38, Line 2
   Page 38, Line 7-11

2. Michelle Marks, May 19, 2003
   Page 6, Line 12-19
   Page 19, Line 20-25
   Page 20, Line 1-8
   Page 25, Line 3-25
   Page 26, Line 1-25
   Page 27, Line 1-25
   Page 28, Line 2-25
   Page 29, Line 1-25
   Page 30, Line 1-25
   Page 31, Line 1-25
   Page 32, Line 1-9
   Page 35, Line 19-25
   Page 36, Line 1-14
   Page 37, Line 4-25

68326:83360 : DALLAS : 1234053.5

Page 38, Line 1-25
Page 39, Line 1
Page 42, Line 15-19
Page 43, Line 13-15
Page 49, Line 9-25
Page 50, Line 1-25
Page 51, Line 1-25
Page 52, Line 1-25
Page 53, Line 1-25
Page 54, Line 1-17
Page 56, Line 4-25
Page 57, Line 1-25
Page 58, Line 1-2
Page 59, Line 7-25
Page 60, Line 1-25
Page 61, Line 1-4
Page 70, Line 3-19
Page 71, Line 1-4
Page 72, Line 18-25
Page 73, Line 1-3
Page 74, Line 19-25
Page 75, Line 1-11
Page 76, Line 24-25
Page 77, Line 1-25
Page 78, Line 1-25
Page 79, Line 1; 20-25
Page 80, Line 1-14
Page 87, Line 20-25
Page 88, Line 1-16; 25
Page 89, Line 1-14
Page 94, Line 20-22; 24
Page 95, Line 1-2; 19-24

3.   Bill Flanagan, July 11, 2003
Page 5, Line 17-18
Page 23, Line 18 to Page 24, Line 20
Page 25, Line 6-8, 17-20
Page 44, Line 21 to Page 46, Line 8
Page 46, Line 12 to Page 47, Line 1
Page 50, Line 19 to Page 51, Line 7

4.   Mary Clare Baquet, May 7, 2003
Page 7, Line 12-13
Page 16, Line 2-7
Page 17, Line 25
Page 18, Line 1-23

68326:83360 : DALLAS : 1234053.5

Page 20, Line 3-11
Page 29, Line 6-15
Page 40, Line 18-20
Page 41, Line 3-4; 9-22
Page 48, Line 12-25
Page 49, Line 1-22
Page 59, Line 2-5
Page 62, Line 18-25
Page 63, Line 1-7
Page 69, Line 8-24
Page 73, Line 24-25
Page 74, Line 1-18
Page 76, Line 17-23
Page 83, Line 22-25
Page 84, Line 1-3
Page 86, Line 14-22
Page 90, Line 2 - Page 91 Line 4

5.  <u>Kelly Patterson, May 1, 2003</u>
Page 11, Line 23-25
Page 13, Line 14-15
Page 19, Line 14-19
Page 20, Line 15-25
Page 21, Line 1-15
Page 22, Line 12-Page 23, Line 6
Page 24, Line 10-Page 25, Line 1-14
Page 27, Line 5-11; 14-Page 28, Line 7
Page 30, Line 9-24
Page 31, Line 6-25
Page 33, Line 12-14
Page 36, Line 4-21
Page 37, Line 18-Page 38, Line 3
Page 38, Line 9-16
Page 39, Line 17-24
Page 42, Line 25-Page 43, Line 1-8
Page 45, Line 1-17
Page 47, Line 3-14
Page 49, Line 4-25
Page 50, Line 1-25
Page 57, Line 10-25
Page 58, Line 1-13; Line 20-25
Page 59, Line 1-3; Line 17-Page 60, Line 1
Page 63, Line 6-24
Page 64, Line 10-16
Page 68, Line 25
Page 69, Line 1-12

40

Page 74, Line 8-25
Page 75, Line 1-17
Page 76, Line 9-11; Line 14-25
Page 77, Line 1-8
Page 78, Line 4-9
Page 79, Line 20-25
Page 80, Line 11-14
Page 81, Line 17-Page 82, Line 1
Page 82, Line 21-25
Page 83, Line 1-6
Page 84, Line 4-22
Page 85, Line 8-Page 86, Line 13
Page 87, Line 7-21
Page 92, Line 18-Page 93, Line 3
Page 94, Line 18-22
Page 97, Line 4-Page 98, Line 25
Page 99, Line 1-19
Page 100, Line 7-22
Page 103, Line 5-19
Page 105, Line 14-22
Page 110, Line 9-19
Page 112, Line 1-Page 113, Line 4
Page 119, Line 1-4; Line 23-25
Page 120, Line 1-25
Page 121, Page 1-23
Page 127, Line 1-21
Page 128, Line 14-Page 129, Line 1
Page 129, Line 2-13
Page 133, Line 10-18
Page 134, Line 25
Page 135, Line 1-11
Page 143, Line 1-25
Page 144, Line 1-9
Page 152, Line 14-Page 153, Line 4
Page 159, Line 1-12
Page 160, Line 5-12; 19-25
Page 161, Line 1-2
Page 163, Line 23-25
Page 164, Line 1; Line 8-25
Page 165, Line 1-17; Line 23-Page 166, Line 1
Page 166, Line 2-9
Page 167, Line 19-Page 168, Line 13
Page 172, Line 5-20
Page 173, Line 8-15
Page 176, Line 1-12
Page 177, Line 6-14

41

6.     Tom Rothman, May 20, 2003
       Page 7, Line 18-20
       Page 8, Line 5-13, 21-25
       Page 9, Line 1
       Page 10, Line 3-25
       Page 11, Line 1-3
       Page 14, Line 18 to Page 15 Line 16
       Page 19, Line 8-24
       Page 23, Line 6 to Page 25, Line 3
       Page 26, Line 9-19
       Page 30, Line 5-21
       Page 35, Line 25 to Page 36, Line 8
       Page 39, Line 16 to Page 44, Line 9
       Page 44, Line 19 to Page 50, Line 10
       Page 52, Line 15 to Page 53, Line 20
       Page 60, Line 18 – 25 (check with G. Bowles)
       Page 66, Line 7 to Page 69, Line 14
       Page 76, Line 4 to Page 80, Line 1

7.     John A. Davis, May 21, 2003
       Page 6, Line 13-22
       Page 8, Line 15-22
       Page 10, Line 19-25
       Page 11, Line 1-25
       Page 12, Line 1-7
       Page 25, Line 17-25
       Page 26, Line 1-25
       Page 27, Line 1-25
       Page 28, Line 1-25
       Page 41, Line 8-25
       Page 42, Line 1-25
       Page 43, Line 1-5
       Page 44, Line 2-25
       Page 45, Line 1-25
       Page 46, Line 2-25
       Page 47, Line 1-15
       Page 62, Line 3-25
       Page 63, Line 1-25
       Page 64, Line 1-5

8.     John Richard Moore,  May 22, 2003
       Page 6, Line 13-19
       Page 8, Line 23-25
       Page 9, Line 1-24
       Page 10, Line 3-9

Page 11, Line 17-25
Page 12, Line 1-25
Page 13, Line 1-14
Page 14, Line 12-25
Page 15, Line 1-4
Page 25, Line  19-25
Page 26, Line 1-2
Page 49, Line 4-11
Page 50, Line 5-23
Page 64, Line 7; 10-25
Page 65, Line 1-22

9.  Robert Alan Anderson, May 7, 2003
Page 7, Line 11-12
Page 8, Line 18-19
Page 11, Line 25
Page 12, Line 11-16
Page 12, Line 19-25
Page 13, Line 1-9
Page 13, Line 14-22
Page 15, Line 6-19
Page 16, Line 5-23
Page 18, Line 11-25
Page 19, 1-4, 25
Page 20, Line 1-16
Page 21, Line 8-25
Page 22, Line 1-25
Page 23, Line 1-22
Page 24, Line 14-29
Page 25, Line 3-24
Page 26, Line 24-25
Page 27, Line 1-12, 20-23
Page 28, Line 25
Page 29, Line 1-7
Page 31, Line 21-25
Page 32, Line 1-4
Page 33, Line 3-25
Page 34, Line 1-18
Page 35, Line 15-20
Page 36, Line 16-25
Page 37, Line 1-12, 19-25
Page 38, Line 1-4
Page 39, Line 16-25
Page 40, Line 1-2
Page 41, Line 1-23
Page 42, Line 17-25

43

Page 43, Line 1-7
Page 44, Line 9-25
Page 45, Line 1-3, 16-25
Page 46, Line 1-25
Page 47, Line 1-25
Page 48, Line 1-11
Page 49, Line 6-12
Page 52, Line 13-17
Page 53, Line 1-20
Page 55, Line 14-24
Page 56, Line 3-5
Page 57, Line 22-25
Page 58, Line 1-4, 24-25
Page 59, Line 1-13
Page 60, Line 7-13
Page 62, Line 12-25
Page 63, Line 1-17
Page 65, Line 18-25
Page 66, Line 1-5
Page 68, Line 23-25
Page 69, Line 1-14, 22-24
Page 70, Line 5-17
Page 76, Line 14-20
Page 84, Line 3-25
Page 85, Line 1-7
Page 102, Line 22-25 to Page 103, Line 1-3

10.   Joseph H. Parker, May 15, 2003
Page 6, Line 12-13, 18-25
Page 17, Line 19-25
Page 18, Line 1-11
Page 22, Line 17-24
Page 23, Line 19-25
Page 24, Line 1-25
Page 25, Line 1-25
Page 26, Line 1-25
Page 27, Line 1-25
Page 28, Line 12-25
Page 29, Line 1-25
Page 30, Line 1-13
Page 39, Line 17-25
Page 40, Line 1-25
Page 41, Line 1-16, 20-25
Page 42, Line 1-25
Page 43, Line 1-25
Page 44, Line 1-25

44

Page 45, Line 1-25
Page 46, Line 1-8, 11-25
Page 47, Line 1-25
Page 48, Line 1-25
Page 49, Line 1-25
Page 50, Line 1-25
Page 51, Line 1-25
Page 52, Line 1-12
Page 56, Line 24-25
Page 57, Line 1-25
Page 58, Line 1-25
Page 59, Line 1-25
Page 60, Line 1-25
Page 61, Line 1-25
Page 62, Line 1
Page 64, Line 2-25
Page 65, Line 1-25
Page 66, Line 1-25
Page 67, Line 1-25
Page 68, Line 1-25
Page 69, Line 1-25
Page 70, Line 1-25
Page 71, Line 1-25
Page 72, Line 1-8
Page 76, Line 1-25
Page 77, Line 1-7

11.   Julie Nielsen, July 22, 2003
      Page 4, Line 24 through Page 5 Line 1-2
      Page 5, Line 20 through Page 7 Line 1-2
      Page 9, Line 9 - 17

12.   Drew Nielsen, July 22, 2003
      Page 5, Line 6-7
      Page 20, Line 2-18
      Page 31, Line 8 through Page 32, Line 1-8
      Page 33, Line 4 through Page 34, Line 1-18
      Page 35, Line 15-24
      Page 36, Line 10-24

13.   Jeffrey Godsick, March 18, 2003
      Page 7, L. 2 to page 9, L.7
      Page 11, L. 22 to page 14, L. 14
      Page 17, L. 15 – to L. 22
      Page 19, L. 13 to page 22, L. 18
      Page 28, L. 1 to page 32, L. 8

45

Page 35, L. 17 to page 43, L. 2
Page 46, L. 10 to page 52, L. 4
Page 56, L. 11 to page 58, L. 14.

14. <u>Tom Grane, March 19, 2003</u>
Page 6, L. 10 to page 8, L. 20
Page 29, L. 20 to page 32, L. 20
Page 33, L. 4 to page 37, L. 24.

15. <u>Eric Poticha, March 17, 2003</u>
Page 6, L. 10 to page 7, L. 24
Page 12, L. 10 to page 13, L. 6
Page 19, L. 21 to page 39, L. 19
Page 41, L. 18 to page 64, L. 6

16. <u>Beth Mcclinton, March 19, 2003</u>
Page 6, L. 10 to page 8, L. 4
Page 12, L.11 to page 48, L. 10

O'Grady's designations above are of those witnesses he may call in his case in chief. O'Grady reserves the right to call any witness previously disclosed by the parties and to use any deposition transcript taken in this case for rebuttal or impeachment purposes.

## Defendant Twentieth Century Fox's List of Witnesses

- **Will be called to testify at trial**

  John A. Davis

  Joseph H. Parker

  Neill W. Freeman

  Herbert "Pete" Lyon

  Philip Johnson

  Alan Goedde

- **May be called to testify at trial**

  Michelle Marks

  Beth McClinton

  Capt. David Kennedy, USN., Ret.

  Colonel David L. Goldfein, USAF

46

Charles L. Babcock, Esq.

George L. McWilliams, Esq.

Custodian of Records, HarperCollins

Custodian of Records, Washington Speakers Bureau

Custodian of Records, Hot Ticket

Custodian of Records, BBC Worldwide Americas

Custodian of Records, Bantam Books

Custodian of Records, Dallas Theological Seminary

Custodian of Records, DoubleDay

Custodian of Records, Bender/Helper Impact

Custodian of Records, Metro-Goldwyn-Mayer Studios, Inc.

Custodian of Records, Naval Institute Press

Custodian of Records, Track Record Entertainment

Custodian of Records, Davis Entertainment

- **May be presented by deposition testimony at trial**

  **<u>Diane Cairns</u>**

  Page 8, lines 21 through 23
  Page 13, lines 13 through 17
  Page 13, line 23 through Page 14, line 15
  Page 18, line 23 through Page 19, line 11
  Page 23, lines 3 through 6
  Page 29, lines 8 through 15
  Page 35, line 7 through Page 36, line 4
  Page 36, lines 10 through 15
  Page 38, lines 8 through 11
  Page 51, lines 15 through 17
  Page 52, lines 5 through 6
  Page 54, lines 2 through 4
  Page 54, lines 8 through 11
  Page 54, lines 15 through 23
  Page 56, lines 6 through 18
  Page 57, lines 3 through 6

Page 19, line 18 through Page 21, line 12
Page 25, lines 17 through 21
Page 27, lines 3 through 11
Page 29, lines 9 through 24
Page 56, lines 14 through 22
Page 57, line 16 through Page 59, line 5
Page 62, line 3 through Page 64, line 5

**Jeffrey Godsick**

Page 6, lines 16 through 17
Page 7, lines 2 through 11
Page 8, line 15 through Page 9, line 2
Page 9, lines 14 through 16
Page 10, lines 14 through 23
Page 11, line 22 through Page 12, line 12
Page 28, lines 1 through 5
Page 31, line 24 through Page 33, line 11
Page 33, line 24 through Page 35, line 3
Page 35, line 20 through Page 36, line 15
Page 37, lines 1 through 22
Page 46, line 23 through Page 47, line 14
Page 51, line 17 through Page 53, line 5
Page 53, line 8 through Page 54, line 3
Page 56, lines 11 through 17

**Thomas C. Grane**

Page 6, lines 10 through 12
Page 7, lines 10 through 25
Page 9, lines 8 through 14
Page 9, line 25 through Page 11, line 11
Page 11, line 25 through Page 12, line 3
Page 12, line 13 through Page 13, line 4
Page 13, line 8 through Page 14, line 12
Page 15, lines 12 through 24
Page 17, lines 1 through 18
Page 20, lines 5 through 25

**Mary Pat Kelly**

Page 5, lines 17 through 18
Page 6, lines 3 through 6
Page 8, lines 17 through 21
Page 11, lines 3 through 7
Page 24, line 24 through Page 25, line 3
Page 26, lines 6 through 9

49

Page 26, lines 17 through 24
Page 30, line 19 through Page 31, line 12
Page 32, lines 18 through 25
Page 61, line 24 through Page 62, line 16
Page 69, lines 3 through 7
Page 90, line 12 through Page 91, line 13

**Thomas R. Mills**

Page 7, line 23 through Page 8, line 11
Page 10, lines 21 through 24
Page 13, line 19 through Page 14, line 10
Page 15, lines 14 through 20
Page 17, lines 4 through 13
Page 30, line 18 through Page 32, line 9
Page 33, line 9 through Page 34, line 8
Page 35, line 19 through Page 37, line 16
Page 38, line 20 through Page 39, line 13
Page 43, line 8 through Page 45, line 16
Page 45, line 23 through Page 46, line 25
Page 52, line 13 through Page 53, line 16
Page 55, lines 4 through 7
Page 60, lines 16 through 19
Page 60, line 24 through Page 61, line 25
Page 77, lines 9 through 13
Page 78, lines 2 through 14
Page 79, line 1 through Page 80, line 6
Page 81, line 21 through Page 82, line 1
Page 82, line 15 through Page 83, line 5
Page 88, lines 3 through 10
Page 88, line 21 through Page 89, line 1
Page 89, lines 21 through 25
Page 106, lines 4 through 7 - stop after "Inc."
Page 115, line 21 through Page 116, line 25

**Esther Newberg**

Page 5, lines 13 through 18
Page 7, line 23 through Page 8, line 10
Page 11, line 10 through page 12, line 3
Page 14, lines 3 through 13
Page 14, lines 22 through 25
Page 15, lines 8 through 11
Page 15, line 18 through Page 16, line 21
Page 17, line 25 through Page 18, line 14
Page 23, lines 18 through 25
Page 24, line 12 through Page 25, line 9

50

## Robert Parsons

Page 7, lines 9 through 14
Page 7, line 17 through Page 8, line 14
Page 12, lines 1 through 6
Page 12, lines 13 through 21
Page 15, lines 3 through 8
Page 15, lines 13 through 18
Page 20, lines 11 through 13
Page 26, lines 7 through 10
Page 26, line 22 through Page 27, line 16
Page 28, lines 11 through 12
Page 28, line 16 through Page 29, line 8
Page 30, lines 7 through 13
Page 30, line 18 through Page 31, line 7
Page 31, line 10 through Page 32, line 3
Page 32, line 9 through Page 33, line 6
Page 33, lines 11 through 13
Page 35, lines 5 through 6
Page 35, line 13 through Page 36, line 8
Page 36, line 18 through Page 37, line 6
Page 37, line 10 through Page 39, line 13
Page 40, lines 12 through 14
Page 40, lines 18 through 22
Page 41, lines 7 through 19
Page 43, lines 11 through 13
Page 43, line 20 through Page 44, line 8
Page 44, line 16 through Page 45, line 15
Page 47, lines 3 through 11
Page 48, line 20 through Page 49, line 2
Page 49, lines 6 through 22
Page 58, line 18 through Page 59, line 11
Page 62, line 18 through Page 63, line 2
Page 71, lines 5 through 17
Page 72, lines 9 through 18
Page 77, lines 6 through 13
Page 87, lines 1 through 9
Page 90, lines 19 through 21
Page 92, lines 6 through 9
Page 93, lines 1 through 21
Page 94, line 16 through page 95, line 3
Page 95, line 14 through page 96, line 15
Page 97, line 4 through Page 98, line 7
Page 102, line 6 through Page 103, line 2

## Steve Siskind

Page 6, lines 4 through 11
Page 8, lines 2 through 5
Page 11, lines 2 through 8
Page 11, line 14 through Page 12, line 3
Page 12, lines 6 through 10
Page 16, lines 12 through 22
Page 17, line 22 through Page 18, line 6
Page 20, lines 21 through 24
Page 21, lines 7 through 13
Page 22, lines 8 through 20
Page 24, lines 8 through 13
Page 26, lines 14 through 20
Page 27, line 22 through Page 28, line 6
Page 33, line 19 through Page 34, line 23
Page 35, lines 8 through 21
Page 38, lines 2 through 20
Page 39, lines 7 through 19

Twentieth Century Fox reserves the right to call any witness previously disclosed by the parties

and to use any deposition transcript taken in this case for rebuttal or impeachment purposes.

**Defendant Discovery Communications, Inc.'s List of Witnesses**

♣    **Will be called to testify at trial**

Scott O'Grady

Kelly Patterson

52

Robert Alan Anderson

Daniel Stanton

Sally Dyas

Franklin R. Johnson

Roger L. Armstrong

Phillip Johnson

♣   **May be called to testify**

Mary Clare Baquet

Vernon G. Chu, Esq.

Mike Quattrone

Michelle Marks

John A. Davis

Beth R. (Luterman) McClinton

Joseph H. Parker

Laura R. Handman

Victor F. Hlavinka

Alan Goedde

Herbert "Pete" Lyon

Custodian of Records, HarperCollins

Custodian of Records, Washington Speakers Bureau

Custodian of Records, Hot Ticket

Custodian of Records, BBC Worldwide Americas, Inc.

Custodian of Records, BBC

53

Custodian of Records, Bantam Books

Custodian of Records, DoubleDay

Custodian of Records, Metro-Goldwyn-Mayer Studios, Inc.

Custodian of Records, Naval Institute Press

Custodian of Records, Track Record Entertainment

♣   **May be presented by deposition testimony at trial**

**Mary Clare Baquet**

7:12-13
9:12-21
14:24-25
16:2-11
16:16-17:16
18:15-23
20:3-11
22:2-6
29:7-15
31:24-33:19
39:78-40:17
51:14-52:12
54:3-9
57:18-59:15
78:1-79:7
80:14-23
81:21-82:21
85:18-86:9
86:14-15
89:10-18

**Diane Cairns**

8:21-23
13:13-14:7
23:3-6
29:8-15
35:9-14
36:10-20
38:20-23
39:7-10
47:8-20

54

49:4-15
50:13-16
50:24-51:1
51:6-11
51:15-17
52:6
54:2-4
54:15-23
56:3-57:2
57:17-58:1
58:4
59:1-4
64:19-65:8

**Charles "Chaz" Corzine**

6:20-7:3
7:10-7:20
23:4-20
24:7-13
50:8-51:12
64:16-65:4

**John Davis**

6:13-14
6:21-24
11:1-12:7
20:9-24:5
25:4-24
26:13-14
28:13-25
29:9-24

**Stacy O'Grady Dietschak**

7:11-13
23:4-6
38:20-39:10
40:13-17
42:13-17
51:3-16
51:24-52:4
55:13-19
56:10-57:4
60:11-15

55

62:16-23
63:22-64:5
64:10-65:6
67:12-14
67:19-22
68:3-5
68:12-69:20
70:19-71:11
71:20-72:12
76:13-22
77:11-78:4
79:18-80:17
91:25-93:18
97:16-20
100:23-101:16
101:23-25
105:5-107:1

**Jeffrey Godsick**

7:2-6
8:15-24
9:18-10:5
10:14-23
11:22-12:12
19:13-16
20:23-21:5
21:20-22:4
47:3-50:3
50:14-21
56:11-57:17

**Thomas Grane**

6:10-12
8:1-6
10:9-11:10
11:25-12:3
12:22-13:4
20:11-25
29:20-31:10
33:4-9

**Michelle Marks**

6:12-13

56

6:17-19
11:3-21
12:1-21
33:19-38:18
43:9-15
58:3-7
59:4-17
62:20-63:14
64:6-15
65:2-9
65:16-24
68:12-23
69:22-71:8
88:22-89:14

**Thomas Mills**

7:23-8:13
13:19-14:10
33:19-35:9
37:3-16
44:5-12
46:9-48:4
52:13-56:3
59:8-60:7
60:20-23
60:24-61:16
77:11-21
78:2-14
79:1-80:6
81:21-83:12
84:14-85:23
88:3-13
88:19-90:6
94:16-95:2
95:23-96:5
97:20-98:15
103:3-19
104:23-105:4
107:23-108:5
114:9-22
115:21-117:14
132:14-133:9
137:20-24

**Esther Newberg**

57

5:14-18
14:22-25
15:8-11 and 18-22
16:11-21
18:7-14
23:18-21
24:12-25:8

**Dr. William O'Grady**

4:2-4:6
7:21-9:15
10:21-12:13
15:19-17:18
22:7-10
29:13-30:2

**Joseph "Hutch" Parker**

6:12-21
18:12-19:16
21:5-21
58:9-60:2

**Robert Parsons**

8:2-14
12:1-6
13:15-22
18:15-19:4
21:19-22:21
27:7-16
30:7-13
31:13-32:3
32:13-33:18
34:15-35:4
35:13-36:8
36:21-38:6
55:12-21
72:9-18
74:3-10
75:1-11
75:13-14
77:6-17
87:1-17

58

89:9-12
102:6-103:2

**Tom Rothman**

7:18-20
8:7-13
24:23-25:3
49:11-50:10

**Mary Lou Scardapane**

6:8-12
25:1-26:3
55:3-56:10

**Steven Siskind**

8:2-12
12:6-14
15:8-15
17:22-18:6
20:14 - 22:20
24:19-27:1
27:22-28:6
28:18-29:18
33:24-34:23
35:8-21
38:2-15

Discovery reserves the right to call any witness previously disclosed by the parties and to use any deposition transcript taken in this case for rebuttal or impeachment purposes.

**H.   LIST OF EXHIBITS**

**Plaintiff's Exhibits**

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
|  |  |  |

59

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 1. | | Videotape: November 28, 2001 broadcast with advertisements AND Letter dated June 3, 2003 to George Bowles from Constance Pendleton, enclosing the Videotape bates labeled DCI 335 of the November 28, 2001 broadcast with advertisements [DCI 335] |
| 2. | 335A | Transcript of the November 28, 2001 broadcast |
| 3. | 3 | O'Grady Deposition Exhibit No. 3 Hard Cover Book: Return with Honor by Captain Scott O'Grady with Jeff Coplon |
| 4. | 4 | O'Grady Deposition Exhibit No. 4 Paperback Book: Return with Honor by Captain Scott O'Grady with Jeff Coplon |
| 5. | 5 | O'Grady Deposition Exhibit No. 5 Book: Basher Five-Two by Captain Scott O'Grady with Michael French |
| 6. | 11 | O'Grady Deposition Exhibit No. 11 Transcript of Hot Ticket #1011, March 15, 2002 |
| 7. | 18 | O'Grady Deposition Exhibit No. 18 Term Sheet for the Agreement dated January 22, 1996 between Orion Pictures Corporation and Scott O'Grady wit respect to the development/production of a motion picture based upon the book "Return with Honor" [SOG 003211-3216] |
| 8. | 19 | O'Grady Deposition Exhibit No. 19 Letter dated August 21, 2001 to Scott O'Grady from Justin Alvarado Brown (Orion Pictures Corp.), cc: Mary Biebel, Luba Keske, Legal Files, confirming that pursuant to Paragraph 9 of the Term Sheet dated as of January 22, 1996 between Scott O'Grady and Orion, all of OPC's rights acquired under the Agreement in and to the book "Return With Honor" written by you reverted to you as of January 22, 2001. [SOG 003219-3220] |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 9. | 21 | O'Grady Deposition Exhibit No. 21 Standard AFTRA Engagement Contract for Single Television Broadcast and for Multiple Television Broadcasts within one calendar week, between Scott O'Grady c/o Tom Mills with Track Record Entertainment and Paramount Pictures dated November 26, 2001 [SOG 003391-3393] |
| 10. | 22 | O'Grady Deposition Exhibit No. 22 Entertainment Tonight Clip – Behind Enemy Lines dated December 21, 2001 – Interview with Captain Scott O'Grady |
| 11. | 29 | O'Grady Deposition Exhibit No. 29 Letter dated October 22, 2001 from Eric Poticha/Fox Television Studios to Scott O'Grady expressing interest in developing life story into film for television [SOG 003185] |
| 12. | 31 | O'Grady Deposition Exhibit No. 31 Letter dated March 6, 2002 from Beth Luterman to Scott O'Grady re participating in publicity activities [SOG 003199] |
| 13. | 33 | O'Grady Deposition Exhibit No. 33 Letter dated March 15, 2002 from Dorrit Ragosine/Fox to Chaz Corzine w/ outline of PR activities [SOG 004911] |
| 14. | 34 | O'Grady Deposition Exhibit No. 34 Letter dated March 26, 2002 from Dorrit Ragosine to Chaz Corzine w/ further details on PR activities, attaching news release [SOG 003208-3210] |
| 15. | 36 | O'Grady Deposition Exhibit No. 36 Letter dated February 21, 2002 from Melisa Gotto to Scott O'Grady re his availability to participate in publicity activities [SOG 004827] |
| 16. | 37 | O'Grady Deposition Exhibit No. 37 Video – Entertainment Tonight dated December 21, 2001 [SOG 005218] |

61

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 17. | | Transcript of the videotape of Entertainment Tonight, December 21, 2001 (from the video SOG 5218) |
| 18. | 48 | O'Grady Deposition Exhibit No. 48 The Discovery Channel – Telecast History for Behind Enemy Lines [DCI 000152] |
| 19. | 56 | O'Grady Deposition Exhibit No. 56 Behind Enemy Lines shooting draft, w/ handwritten note from ? [FOX 06428-6549] |
| 20. | 57 | O'Grady Deposition Exhibit No. 57 Memo dated September 25, 2001 from Eric Poticha to Peter Liquori stating they are considering the true story of O'Grady [FOX 06402] |
| 21. | 58 | O'Grady Deposition Exhibit No. 58 Email dated October 17, 2001 from Eric Poticha to David Grant re promotional ideas [FOX 06403] |
| 22. | 59 | O'Grady Deposition Exhibit No. 59 Email dated October 19, 2001 from Eric Poticha to Jennifer Freeman re tracking down Scott O'Grady [FOX 06404] |
| 23. | 60 | O'Grady Deposition Exhibit No. 60 Email dated October 23, 2001 from Eric Poticha to David Madden re Scott O'Grady's response to Poticha's proposal [FOX 06408] |
| 24. | 61 | O'Grady Deposition Exhibit No. 61 Email dated October 24, 2001 from David Grant to Eric Poticha re call to Scott O'Grady [FOX 06409] |
| 25. | 62 | O'Grady Deposition Exhibit No. 62 Email dated December 18, 2001 from Eric Poticha to David Grant and David Madden re Scott O'Grady and Chris-Rose Productions [FOX 06410] |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 26. | 63 | O'Grady Deposition Exhibit No. 63 Email dated December 18, 2001 from David Grant to David Madden and Eric Poticha re getting Scott O'Grady story [FOX 06411] |
| 27. | 64 | O'Grady Deposition Exhibit No. 64 Email dated December 18, 2001 from David madden to David Grant and Eric Poticha re changing producers [FOX 06412] |
| 28. | 65 | O'Grady Deposition Exhibit No. 65 Email dated December 18, 2001 from David Grant to David Madden and Eric Poticha re credits and responding to last email [FOX 06413] |
| 29. | 66 | O'Grady Deposition Exhibit No. 66 Email dated December 18, 2001 from Eric Poticha to David Grant listing credits for producers [FOX 06414] |
| 30. | 67 | O'Grady Deposition Exhibit No. 67 Email dated December 26, 2001 from David Grant to David Madden, Eric Poticha and Lisa Demberg re Oliver Gebel [FOX 06416] |
| 31. | 68 | Godsick Deposition Exhibit No. 68 Memo dated July 7, 2000 [FOX 6131] |
| 32. | 69 | Godsick Deposition Exhibit No. 69 Memo dated March 19, 2001 [FOX 6140] |
| 33. | 70 | Godsick Deposition Exhibit No. 70 Memo dated 11/5/01 to Bob Harper from Michelle Marks, Steve Siskind, Leslie Henig, Jeffrey Godsick, re: News Corp "Wish List" Behind Enemy Lines [FOX 5331 – 5333] |
| 34. | 71 | Godsick Deposition Exhibit No. 71 Letter dated November 5, 2001 [FOX 53191] |
| 35. | 72 | Godsick Deposition Exhibit No. 72 E-Mail dated November 12, 2001 [FOX 6173] |

68326:83360 : DALLAS : 1234053.5

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 36. | 73 | Godsick Deposition Exhibit No. 73<br>E-Mail dated November 15, 2001<br>[FOX 6178 – 6179] |
| 37. | 74 | Godsick Deposition Exhibit No. 74<br>Document entitled, "Behind Enemy Lines Navy Premiere, Naval Air Station – North Island, Coronado, Saturday, November 17th .<br>[FOX 5533-5544] |
| 38. | 75 | Godsick Deposition Exhibit No. 75<br>E-Mail dated 11/30/01<br>[FOX 504] |
| 39. | 78 | Grane Deposition Exhibit No. 78<br>Handwritten note from Tom Grane to Bob attaching Owen Wilson Fox TV Host Script<br>[FOX 03053-3055] |
| 40. | 79 | Grane Deposition Exhibit No. 79<br>Email dated November 6, 2001 from Meredith Lipsky to April Florentino, Cathy Hodges, Field, Lisa Jenkinson, Marni Flans, NY Office re Behind Enemy Lines junket<br>[FOX 00135-00136] |
| 41. | 80 | Grane Deposition Exhibit No. 80<br>Emails dated September 3, 2002 between Robert Alan Anderson and Kelly Patterson re gathering materials for Behind Enemy Lines special vignettes<br>[DCI 27-28] |
| 42. | 81 | McClinton Deposition Exhibit No. 81<br>Email dated February 5, 2002 from Beth Luterman to Anna Dodd re locating Scott O'Grady<br>[FOX 03280] |
| 43. | 82 | McClinton Deposition Exhibit No. 82<br>Email dated February 8, 2002 from Melisa Gotto to Beth Luterman and Shari Rosenblum attaching revised plan for PR activities<br>[FOX 02599-2609] |
| 44. | 83 | McClinton Deposition Exhibit No. 83<br>Email dated February 4, 2002 from Melisa Gotto to Beth Luterman and Shari Rosenblum attaching plan for PR activities<br>[FOX 02572-2582] |

68326:83360 : DALLAS : 1234053.5

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 45. | 84 | McClinton Deposition Exhibit No. 84 Email dated February 20, 2002 from Beth Luterman to Melisa Gotto advising that Owen Wilson is unavailable; wanting Scot O'Grady [BHI 000001] |
| 46. | 85 | McClinton Deposition Exhibit No. 85 Email dated February 27, 2002 from Steve Feldstein to Beth Luterman attaching email considering using Scott O'Grady [FOX 00850-851] |
| 47. | 86 | McClinton Deposition Exhibit No. 86 Email dated February 27, 2002 from Beth Luterman to Brenda Ciccone, Melisa Gotto, Nan Rohr and Shawna Lynch re OK to move forward with Scott O'Grady [BHI 00007] |
| 48. | 87 | McClinton Deposition Exhibit No. 87 Email dated February 27, 2002 from Melisa Gotto to Shari Rosenblum and Beth Luterman attaching Behind Enemy Lines consumer release [FOX 02617-2621] |
| 49. | 88 | McClinton Deposition Exhibit No. 88 Email dated March 1, 2002 from Melisa Gogtto to Beth Luterman, Shari Rosenblum, Brenda Ciccone, Nan Rohr, Deborah Peters, Gina Sangeorge and Khadine Kubal re call from Washington Speakers Bureau w/ attached information re O'Grady from internet [FOX 02801-2803] |
| 50. | 89 | McClinton Deposition Exhibit No. 89 Email dated March 5, 2002 from Melisa Gotto to Beth Luterman and Shari Rosenblum re payment to Scott O'Grady [FOX 02804-2805] |
| 51. | 90 | McClinton Deposition Exhibit No. 90 Email dated March 5, 2002 from Beth Luterman to Melisa Gotto and Shari Rosenblum re payment to Scott O'Grady [BHI 00002] |

65

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 68. | 107 | Patterson Deposition Exhibit No. 107 Emails dated November 15, 2001 between Robert Alan Anderson and Kelly Patterson re Behind Enemy Lines – naming of the night [DCI 000024] |
| 69. | 108 | Patterson Deposition Exhibit No. 108 Email dated November 15, 2001 from Michelle Marks to Robert Anderson approving script for promo [DCI 000025] |
| 70. | 110 | Patterson Deposition Exhibit No. 110 Emails dated November 20, 2001 between Robert Alan Anderson, Michelle Marks and Kelly Patterson re vignettes [DCI 000022-23] |
| 71. | 111 | Patterson Deposition Exhibit No. 111 Emails dated November 28, 2001 between Robert Alan Anderson, Kelly Patterson, Michelle Marks re final mixes and comp reel [DCI 000019-20] |
| 72. | 113 | Patterson Deposition Exhibit No. 113 Bump outs and bump ins [DCI 00001-12] |
| 73. | 114 | Patterson Deposition Exhibit No. 114 Videotape entitled, "Scott O'Grady, Behind Enemy Lines, Compilation Reel, 11/28/01" [DCI 285] |
| 74. | 116 | Patterson Deposition Exhibit No. 116 The Discovery Channel Telecast History - June 1, 1997 – November 28, 2001 [DCI 000152] |
| 75. | 117 | Patterson Deposition Exhibit No. 117 Powerpoint presentation – Behind Enemy Lines [DCI 000079-82] |
| 76. | 118 | Patterson Deposition Exhibit No. 118 Interstitial Value – BEL – November 28, 2001 Discovery Channel [DCI 000284] |
| 77. | 119 | Patterson Deposition Exhibit No. 119 Chart/Report re November 28, 2001 Discovery Channel Program re Behind Enemy Lines [DCI 000283] |

68

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 78. | 121 | Patterson Deposition Exhibit No. 121 Discovery Channel Demographic Detail Report Broadcast 4th Quarter 2001 (Deal S-21) [DCI 000267-278] |
| 79. | 122 | Patterson Deposition Exhibit No. 122 Discovery Channel Demographic Detail Report Broadcast 4th Quarter 2001 (Deal S-22) [DCI 000259-266] |
| 80. | 126 | Patterson Deposition Exhibit No. 126 Letter dated November 6, 2001 from Christa Catanoso to Jenny Rhoades re DSC 4Q01 Scatter Agreement for Behind Enemy Lines w/ attached flow charts, spreadsheets and deal summaries [DCI 000136-150] |
| 81. | 135 | Parson Deposition Exhibit No. 135 Speaking Engagements for Calendar Year 2000 for Scott O'Grady [WSB 00017] |
| 82. | 136 | Parson Deposition Exhibit No. 136 Speaking Engagements for Calendar Year 2001 for Scott O'Grady [WSB 00018-19] |
| 83. | 137 | Parson Deposition Exhibit No. 137 Speaking Engagements for Calendar Year 2002 for Scott O'Grady [WSB 00020] |
| 84. | 142 | Parson Deposition Exhibit No. 142 Scott O'Grady's Engagements with Religious Organizations (1999-2003) [WSB 00016] |
| 85. | 143 | Parson Deposition Exhibit No. 143 Washington Speakers Bureau – List of Most Requested Speakers [WSB 00012] |
| 86. | 144 | Parson Deposition Exhibit No. 144 Washington Speakers Bureau Brochure re Scott O'Grady (from WSB Website) [WSB 00006] |
| 87. | 147 | Parson Deposition Exhibit No. 147 Washington Speakers Bureau general information sheet re Scott O'Grady [WSB 00007] |

69

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 88. | 152 | Anderson Deposition Exhibit No. 152 Programme Complete for BBC 999 Special [DCI 000176 – 252] |
| 89. | 153 | Baquet Deposition Exhibit No. 153 Email dated October 23, 2001 @6:17 am to Kelly Patterson from Mary Baquet, cc: Marc Goodman, re: BEL [DCI 000036] |
| 90. | 180 | Mills Deposition Exhibit No. 180 Various letters from Tom Mills to Scott O'Grady [TRI 00001-7] |
| 91. | 201 | Parker Deposition Exhibit No. 201 Memo dated January 28, 2000 from Emma Watts to Tom Rothman and Hutch Parker re David Veloz draft [FOX 06914-06916] |
| 92. | 204 | Parker Deposition Exhibit No. 204 Memo dated May 15, 2001 from Emma Watts to John Moore re notes on BEL – 5/8/01 director's cut [FOX 06710-06712] |
| 93. | 205 | Parker Deposition Exhibit No. 205 Memo dated May 24, 2001 from Emma Watts to John Moore re notes on BEL  - 5/21/01 directors cut [FOX 06811-06813] |
| 94. | 206 | Parker Deposition Exhibit No. 206 Note dated  6/13/01 from Emma to Hutch attaching Zak's BEL notes [FOX 06822-06826] |
| 95. | 207 | Parker Deposition Exhibit No. 207 Fax transmittal dated June 27, 2001 to Bob Harper w/ attached memo from Ted Gagliano to John Moore and Martin Smith re MPAA notes on BEL [FOX 03179-03181] |
| 96. | 208 | Parker Deposition Exhibit No. 208 September 6, 2001 National Research Group Recruited Audience Survey, w/ attached memo dated September 7, 2001 from Anne Robison to Jim Gianopulos, et al transmitting survey [FOX 03256-03274] |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 97. | 209 | Parker Deposition Exhibit No. 209 Survey sheet/questionnaire [FOX 06851-06852] |
| 98. | 210 | Parker Deposition Exhibit No. 210 Memo dated September 10, 2001 from Tom, Hutch and Emma to John Moore re Notes on BEL preview 09/06/01 [FOX 06804-06807] |
| 99. | 211 | Parker Deposition Exhibit No. 211 Memo dated September 20, 1002 from Tom, Hutch and Emma to John Moore re notes on BEL preview 09/06/01 [FOX 06800-06803] |
| 100. | 212 | Parker Deposition Exhibit No. 212 October 23, 2001 National Research Group Recruited Audience Survey, w/ attached memo dated October 24, 2001 from Ray Ydoyaga to Jim Gianopulos, et al transmitting survey [FOX 03235] |
| 101. | 213 | Parker Deposition Exhibit No. 213 Press release dated November 15, 2001 – "Fox to Host Premiere Screening of Behind Enemy Lines at Naval Air State North Island, in San Diego" [FOX 00165] |
| 102. | 214 | Parker Deposition Exhibit No. 214 Fax transmittal dated October 25, 2001 to Hutch Parker re BEL LMPAA attaching letter from Ted Gagliano to Joan Graves re re-screening [FOX 06629-06630] |
| 103. | 215 | Parker Deposition Exhibit No. 215 Memo dated November 30, 2001 from Peter Lozito to Allison Kramer and Flo Grace attaching newspaper article mentioning BEL [FOX 06621-06622] |
| 104. | 216 | Parker Deposition Exhibit No. 216 Memo dated November 21, 2001 from Clifton Tibbetts to Jim Gianopulos, Tom Rothman re Pre-released estimates – BEL [FOX 06618-06620] |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 105. | 217 | Parker Deposition Exhibit No. 217<br>Memo dated October 29, 2001 from Tom, Hutch and Emma to John Moore re ADR and caption notes on BEL preview 10/23/01<br>[FOX 06626] |
| 106. | 220 | Marks Deposition Exhibit No. 220<br>Email dated November 5, 2001 from Michelle Marks, et al to Bob Harper re News Corp "Wish List" BEL<br>[FOX 05331-05333] |
| 107. | 222 | Marks Deposition Exhibit No. 222<br>Emails between Robert-Alan Anderson and Kelly Patterson dated September 6, 2002 re BEL – Naming of the Night<br>[DCI 000024-000025] |
| 108. | 224 | Marks Deposition Exhibit No. 224<br>Email dated November 30, 2001 from Bob Harper to Aaron Miller, et al, congratulating marketing department on job well done<br>[FOX 00504] |
| 109. | 225 | Marks Deposition Exhibit No. 225<br>Agenda/schedule of November 17, 2001 Navy Premiere<br>[FOX 05533-05544] |
| 110. | 226 | Marks Deposition Exhibit No. 226<br>National Promotions Wrap Up Report – Media Promotions and Third Party Marketing Strategies<br>[FOX 07194-07258] |
| 111. | 251 | Rothman Deposition Exhibit No. 251<br>Article from Daily Variety dated November 12, 1996 re BEL – Scott O'Grady story<br>[FOX 06226-06227] |
| 112. | 257 | Rothman Deposition Exhibit No. 257<br>National Research Group – Recruited Audience Survey dated September 6, 2001, w/ attached memo from Anne Robison to Jim Gianopulos, et al transmitting report/survey<br>[FOX 03256-03274] |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 113. | 258 | Rothman Deposition Exhibit No. 258<br>Email dated November 1, 2001 from Branden Miller to Bruce Snyder and Tom Rothman re impending date change and trailer placement [FOX 06163] |
| 114. | 259 | Rothman Deposition Exhibit No. 259<br>Email dated November 5, 2001 from Tom Rothman to Scott Sherman re BEL [FOX 06167] |
| 115. | 264 | Rothman Deposition Exhibit No. 264<br>Email dated November 21, 2001 from Tom Rothman to Scott Sherman re Hollywood Variety article [FOX 06188-06189] |
| 116. | 266 | Rothman Deposition Exhibit No. 266<br>Memo dated November 21, 2001 from Clifton Tibbetts to Jim Gianopulos and Tom Rothman re pre-release estimates – BEL, w/ attachment [FOX 06618-06620] |
| 117. | 267 | Rothman Deposition Exhibit No. 267<br>Email dated November 28,  2001 from Tom Rothman re Newscorp BEL screening [FOX 06193] |
| 118. | 268 | Rothman Deposition Exhibit No. 268<br>Email dated November 29, 2001 from Tom Rothman to Bill Tennis, et al re BEL movie review [FOX 06198] |
| 119. | 269 | Rothman Deposition Exhibit No. 269<br>Email dated November 30, 2001 from Tom Rothman to Sam Harper re good comments on radio [FOX 06201] |
| 120. | 270 | Rothman Deposition Exhibit No. 270<br>Email dated November 29, 2001 from Tom Rothman to John Balto re movie review [FOX 06200] |
| 121. | 271 | Davis Deposition Exhibit No. 271<br>Letter dated October 22, 2001 from Eric Poticha to Scott O'Grady expressing interest in developing life story [SOG 003185] |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 122. | 272 | Davis Deposition Exhibit No. 272<br>Twentieth Century Fox Technical – Interviews with John Davis and Wyck Godfrey dated January 30, 2002<br>[FOX 00732-00803] |
| 123. | 273 | Moore Deposition Exhibit No. 273<br>Broad Review of Script Development and Proposed Direction<br>[DAVIS 00087-00091] |
| 124. | 274 | Moore Deposition Exhibit No. 274<br>Fax transmittal dated January 14, 2000 from Jennifer Danska/Wyck Godfrey to Emma, w/ attached memo from John Davis and Wyck Godfrey to John Moore and David Veloz w/ concerns and suggestions re draft<br>[FOX 06942-06943] |
| 125. | 275 | Moore Deposition Exhibit No. 275<br>Memo dated May 15, 2000 from Wyck Godfrey to Zak Penn re BEL script changes<br>[DAVIS 00020-00021] |
| 126. | 276 | Moore Deposition Exhibit No. 276<br>Fax transmission dated September 21, 2000 from Stephanie Austin to Wyck Godfrey, attaching memo from Stephanie Austin to Jimmy Dodson, et al re BEL pre-shoots<br>[DAVIS 00229-00250] |
| 127. | 280 | Moore Deposition Exhibit No. 280<br>Newsweek article re BEL dated December 3, 2001<br>[FOX 00340-00343] |
| 128. | 283 | Moore Deposition Exhibit No. 283<br>Fax transmittal dated March 15, 2002 from Dorrit Ragosine to Chaz Corzine with letter re PR activities for Scott O'Grady |
| 129. | 326 | Gelb Deposition Exhibit No. 326<br>Expert Report of Gabriel M. Gelb |
| 130. | Part of Ex. 326 | Portion of Gelb Deposition Exhibit No. 326 - Resume of Gabriel M. Gelb |
| 131. | 356 | Roesler Deposition Exhibit No. 356<br>Expert Opinion of Mark Roesler dated May 15, 2003 |
| 132. | Portion of Exhibit 356 | Portion of Roesler Deposition Exhibit 356 - Curriculum Vitae of Mark Roesler |

74

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 133. | 358 | Roesler Deposition Exhibit No. 358<br>§ 7.03 "Celebrity Licensing" by Mark A. Roesler<br>[ROESLER 00017-27] |
| 134. | 367 | Roesler Deposition Exhibit No. 367<br>CMG Worldwide Client List printed from Internet Website |
| 135. | 375 | Roesler Deposition Exhibit No. 375<br>Letter dated November 29, 1999 from Vernon Chu/BBC Worldwide to Victoria Williams/Discovery Communications enclosing execution copies of amendment to addendum for Discovery Channel Scott O'Grady program<br>[DCI 00112-00123] |
| 136. | 388 | Julie Nielsen Deposition Exhibit No. 388<br>Videotape |
| 137. | 389 | Julie Nielsen Deposition Exhibit No. 389<br>Handwritten note dated December 6, 2001 from Julie Nielsen/Everett Golf & Country Club transmitting video about Discovery Channel's "Behind Enemy Lines" program |
| 138. | 392 | Julie Nielsen Deposition Exhibit No. 392<br>Letter dated July 15, 2003 from Corinne Blankenship to Julie Nielsen enclosing tape of November 28, 2001 Discovery Channel broadcast of documentary |
| 139. | 394 | Lyon Deposition Exhibit No. 394<br>Notice of Deposition of Herbert L. "Pete" Lyon |
| 140. |  | Twentieth Century Fox Movie: Behind Enemy Lines<br>[DVD & VHS] |
| 141. |  | Transcript of the DVD Commentaries by Director John Moore and Editor Martin Smith<br>[SOG 5516-5610] |
| 142. | 397 | Lyon Deposition Exhibit No. 397<br>Herbert Lyon's Work Product Book One |
| 143. | 398 | Lyon Deposition Exhibit No. 398<br>Letter dated July 17, 2003 to George Bowles from Nancy Hamilton, re: transmitting expert reports |

75

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 144. | 399 | Lyon Deposition Exhibit No. 399 20th Century Fox BEL Stunt Night Promotion Economic Profit Analysis dated April 30, 2003, total pretax profit $102,140 |
| 145. | 400 | Lyon Deposition Exhibit No. 400 20th Century Fox Film-BEL Stunt Night Promotion Economic Profit Analysis, not dated, total pretax profit $213,504 |
| 146. | 401 | Lyon Deposition Exhibit No. 401 Twentieth Century Fox-BEL Press Kit |
| 147. | 402 | Lyon Deposition Exhibit No. 402 Google search for "Operation Deny Flight" |
| 148. | 403 | Lyon Deposition Exhibit No. 403 Testimonial Letters [WSB 00072 – 00139] |
| 149. | 404 | Lyon Deposition Exhibit No. 404 Entertainment Tonight December 21, 2001 Interview with Scott O'Grady - Transcription of Videotape [HCG 06286] |
| 150. | 405 | Lyon Deposition Exhibit No. 405 Hot Ticket  March 15, 2002 Interview with Scott O'Grady – Transcription of Videotape [HGG 06283 – 6285] |
| 151. | | Transcript of the DVD Commentaries by Producer John Davis and Wyck Godfrey [SOG 5611-5685] |
| 152. | 407 | Blair Deposition Exhibit No.  407 Notice of Deposition of Edward A. Blair |
| 153. | 408 | Blair Deposition Exhibit No.  408 Edward A. Blair Invoice for Expert Fee Services, $20,670 dated July 1, 2003 |
| 154. | | Letter dated April 30, 2003 to Lisa Hallerman (J. Friendly Productions, Inc.) from Steven Kaplan and attached participation statement for the period ended February 28, 2003 for Behind Enemy Lines [FOX 7194 - 7196] |
| 155. | 410 | Blair Deposition Exhibit No.  410 Edward Blair's Analysis of Discovery Broadcast Demographic, Pl. Ex. 119, DCI 283 |

68326:83360 : DALLAS : 1234053.5

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 156. | 411 | Blair Deposition Exhibit No. 411<br>3000 Series Bosnia Questionnaires by Gelb Consulting Group, Inc. dated March 24, 2003 [GELB 195 – 359] |
| 157. | 448 | Philip Johnson Deposition Exhibit No. 448<br>Letter and Notice of Deposition of Philip Johnson |
| 158. | | Gelb Deposition Exhibit No. 328<br>Combined Videotape of the November 28, 2001 Program |
| 159. | | Twentieth Century Fox Film Corporation Payment Summary, "Draft", [FOX 7182-7193] |
| 160. | 451 | Philip Johnson Deposition Exhibit No. 451<br>Revised Analysis of Discovery Broadcast Demographic based on Depo. Ex. 119 (DCI 283) |
| 161. | 452 | Freeman Deposition Exhibit No. 452<br>Notice of Deposition of Neill Freeman |
| 162. | | Videotape of Scott O'Grady "Behind Enemy Lines", Compilation Reel 11/28/01, [DCI 285] |
| 163. | 454 | Freeman Deposition Exhibit No. 454<br>Invoices for Services by Neill Freeman, dated May 5, 2003; June 5, 2003; July 9, 2003 [FOX 07513 – 7529] |
| 164. | 455 | Freeman Deposition Exhibit No. 455<br>June 12, 2000 Accounting by Producers of Distributor of Films (Statement of Position 00-2) by American Institute of Certified Public Accountants |
| 165. | 456 | Freeman Deposition Exhibit No. 456<br>SEC Form 10-K for Fox Entertainment Group, Inc. for the year ended June 30, 2002 |
| 166. | | Declaration of Vernon G. Chu, Esq. And exhibits A-E |
| 167. | | Fox News Channel article dated August 4, 2003, entitled "Maker of Nutella Spread Ditches Kobe Bryant" |
| 168. | | Business Data for Behind Enemy Lines (2001) from the website, http://uk.imdb.com/title/tt0159273/business |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 169. | | Memo dated Sept. 5, 2000 to Emma Watts from Stephanie Austin, re: Arkan/Time Setting with attached Behind Enemy Lines Arkan Back Story dated August 10, 2000 [DAVIS 00197 – 200] |
| 170. | | Summary of Twentieth Century Fox' Documents Regarding Screenplays for "Behind Enemy Lines" [SOG 5506-5512] |
| 171. | | All Screenplays produced and the following bates numbers [FOX 3683-5317, 1107-2372, 2816-2931, 2454-2560, 2373-2453, 5795-5929, 2937-2940, 5930-6123, 6428-6549] |
| 172. | | Summary of Twentieth Century Fox' Documents Regarding Writer Borrowing Agreements for "Behind Enemy Lines" [SOG 5513-5515] |
| 173. | | All Writer's Agreements produced and the following bates numbers [6392-6399, 3481-3555, 3459-3460, 3561-3632, 3633-3636, 3558-3560, 3646-3662, 3385-3456, 3356-3359, 3556-3557, 3367-3384, 3364-3366, 3360-3363, 3663-3677, 3638-3662, 3372-3384] |
| 174. | | Videotape: Missing in Action – A BBC 999 Special [SOG 5187] |
| 175. | | Recorded Answers of survey participants [GELB 195-1204] |
| 176. | | Gelb electronic data and transmittal letter to Cedric Scott from Stephen Wilson dated 7/31/03 [GELB 1208] |
| 177. | | Behind Enemy Lines National Promotions Wrap Up Report [FOX 7194-7258] |
| 178. | | Letters to actors and writers [FOX 7194-7207] |
| 179. | | Letter dated 11/12/01 to Jenny Rhoades from Christa Catanoso, re: DSC 4Q01 Scatter Agreement [DCI 000124-125] |

| TRIAL EXHIBIT NO. | Deposition Exhibit No. | Description |
|---|---|---|
| 180. | | 20th Century Fox Behind Enemy Lines and Discovery Channel's Post Buy Analysis 4Q01 Scatter [DCI 000286-295] |
| 181. | | Financial Report entitled , Behind Enemy Lines Spending in Ultimate [FOX 0003073] |
| 182. | | Interoffice Memo and Breaks and News Articles [FOX 00101-107] |
| 183. | | Digitized CD of: 1.     Scott O'Grady "Behind Enemy Lines", Compilation Reel 11/28/01, DCI 285

2.     Nov. 28, 2001 – Broadcast of DCI Documentary Behind Enemy Lines: The Scott O'Grady Story with ADS, DCI 335 |
| 184. | | Gabe Gelb Documents [GELB 0001 – 1208] |
| 185. | | Disclaimer in Credits in the Twentieth Century Fox Movie of  Behind Enemy Lines [DVD & VHS] |
| 186. | 115 | Patterson Deposition Exhibit No. 115 Videotape entitled, "BEHIND ENEMY LINES Soundbites [DCI 157] |
| 187. | | Letter dated April 30, 2003 to John Forsey (Three Dog Day, Inc.) from Steven Kaplan with attached participation statement for the period ended February 28, 2003 for Behind Enemy Lines [FOX 7197-7198] |
| 188. | | Letter dated April 30, 2003 to Billy Rose (Point Road, Inc.) from Steven Kaplan with attached participation statement for the period ended February 28, 2003 for Behind Enemy Lines [FOX 7199-7205] |
| 189. | | Motion Picture Group Ultimates – FY 2002 Releases, April 2003 for Behind Enemy Lines [FOX 7206- 7207] |

Scott O'Grady reserves the right to use as exhibits any documents that  were marked as deposition exhibits following the date of this Trial Exhibit List or that are received from

the court reporter after the date of this Trial Exhibit List.  Scott O'Grady also reserves the right to use as exhibits any documents that are produced after the date of its initial Trial Exhibit List.  Scott O'Grady also reserves the right to use additional documents for rebuttal if necessary.

**Defendant Twentieth Century Fox's Exhibits**

A.   **Twentieth Century Fox Film Corporation Expects to Offer the Following Exhibits at Trial:**

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|--------|------------|--------------|
| 6 | Collection of News Articles<br><br>(MSJ Exhibit No. 6) | | | | |
| 6A | Collection of transcripts of television broadcasts regarding O'Grady Rescue<br><br>(MSJ Exhibit No. 6A) | | | | |
| 6B | News releases and briefings by Government Agencies regarding O'Grady<br><br>(MSJ Exhibit No. 6B) | | | | |
| 7 | Video Stills from the DVD "Behind Enemy Lines"<br><br>(O'Grady Deposition Exhibit No. 7) | | | | |
| 8 | DVD of the Movie "Behind Enemy Lines"<br><br>(O'Grady Deposition Exhibit No. 8 and MSJ Exhibit No. 8) | | | | |
| 8A | VHS of the Movie "Behind Enemy Lines"<br><br>(MSJ Exhibit No. 8A) | | | | |
| 9 | Transcript of the House National Security Committee Hearing 104-36 July 1995)<br><br>(MSJ Exhibit No. 9) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 10 | 03/15/2002 - Videotape of *Hot Ticket*, March 15, 2002<br><br>Bates No. SOG 005179<br><br>(O'Grady Deposition Exhibit No. 10 and MSJ Exhibit No. 10) | | | | |
| 11A | Transcript of *Hot Ticket*<br><br><br>(O'Grady Deposition Exhibit No. 11A and MSJ Exhibit No. 11A) | | | | |
| 12 | Internet articles regarding other pilots shot down in Bosnia and later rescued<br><br>(MSJ Exhibit No. 12) | | | | |
| 13 | *"Good to Go" The Rescue of Scott O'Grady from Bosnia* by Mary Pat Kelly<br><br><br>(O'Grady Deposition Exhibit No. 13 and MSJ Exhibit No. 13) | | | | |
| 14 | DVD of Video News Clips from Vanderbilt News Archive (Exhibits Nos. 14.1 thru 14.21)<br><br>(MSJ Exhibit No. 14) | | | | |
| 14A | Transcripts of Video News Clips from Vanderbilt News Archive (Exhibits Nos. 14.1A thru 14.21A)<br><br>(MSJ Exhibits Nos. 14.1A thru 14.21A) | | | | |
| 14B | DVD of Video of ABC's *Nightline* at 11:30 p.m. on June 8, 1995<br><br>(MSJ Exhibit No. 14B) | | | | |
| 14C | Transcript of ABC's *Nightline* at 11:30 p.m. on June 8, 1995<br><br>(MSJ Exhibit No. 14C) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|--------|------------|--------------|
| 15 | 07/18/1995 Letter Agreement Between Scott O'Grady and International Creative Management, Inc. (ICM)<br><br>Bates Nos. SOG 003222 thru 3223 – Confidential<br><br>(O'Grady Deposition Exhibit No. 15) | | | | |
| 17 | December 2, 2001, *Spokane Spokesman Review* article<br><br>and<br><br>Etonline.com Celebrities Entertainment Tonight Online Interview of Scott O'Grady<br><br>(MSJ Exhibit No. 17) | | | | |
| 18 | 01/22/1996 Term Sheet for the Agreement between Orion Pictures Corporation and Scott O'Grady<br><br>Bates Nos. SOG 003211 thru 3216<br><br>Confidential<br><br>(O'Grady Deposition Exhibit No. 18 and MSJ Exhibit No. 18) | | | | |
| 19 | 08/21/2001 Letter to Scott O'Grady from Justin Alvarado Brown of Orion Pictures Corporation<br><br>Bates Nos. SOG 003219 thru 003220<br><br>Confidential<br><br>(O'Grady Deposition Exhibit No. 19 and MSJ Exhibit 19) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 20 | 09/26/2001 Letter to Scott O'Grady from Justin Alvarado Brown of Orion Pictures Corporation<br><br>Bates No. SOG 003221<br><br>Confidential<br><br>(O'Grady Deposition Exhibit No. 20 and MSJ Exhibit No. 20) | | | | |
| 21 | 11/26/2001 Standard AFTRA Engagement Contract for Single Television Broadcast and For Multiple Television Broadcasts Within One Calendar Week between Scott O'Grady and Paramount Pictures<br><br>Bates Nos. SOG 003391 thru 3393 – Confidential<br><br>(O'Grady Deposition Exhibit No. 21 and MSJ Exhibit No. 21) | | | | |
| 23 | Graphic – O'Grady Engagement Revenue<br><br>(O'Grady Deposition Exhibit No. 23) | | | | |
| 24 | Graphic – O'Grady Speaking Engagements<br><br>(O'Grady Deposition Exhibit No. 24) | | | | |
| 33 | 03/15/2002 Letter to Chaz Corzine from Dorrit Ragosine<br><br>Bates No. SOG 004911 – Confidential<br><br>(O'Grady Deposition Exhibit No. 33) (Corzine Deposition Exhibit No. 283) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 34 | 03/26/2002 Letter to Chaz Corzine from Dorrit Ragosine<br><br>Bates No. SOG 003208 - Confidential<br><br>(Corzine Deposition Exhibit 34) | | | | |
| 37 | Videotape entitled "Entertainment Tonight – 21 Dec 01"<br><br>Bates No. SOG 5218<br><br>(O'Grady Deposition Exhibit No. 37 and MSJ Exhibit No. 37) | | | | |
| 37A | Transcript of December 21, 2001 *Entertainment Tonight* (Only that portion concerned with Scott O'Grady)<br><br>(MSJ Exhibit No. 37A) | | | | |
| 38 | 01/07/2002 Facsimile to Scott O'Grady from Tom Mills of Track Record Enterprises attaching signed Letter Agreement<br><br>Bates Nos. SOG 005061 – 5063<br><br>Confidential<br><br>(O'Grady Deposition Exhibit No. 38) | | | | |
| 44 | 03/22/2002 Facsimile to Scott O'Grady from David Crockford of BBC South Contracts Department attaching copy of agreement signed by O'Grady for "999" series in 1996<br><br>Bates Nos. SOG 003188 thru 003191 – Confidential<br><br>(O'Grady Deposition Exhibit No. 44 and MSJ Exhibit No. 44) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 45 | 05/14/1996 Agreement between British Broadcasting Corporation and Scott O'Grady and Memo from Anna Gol to Chris Stone And Draft to Lloyds Bank for $500.00 Bates Nos. DCI 000083 thru 00086 (O'Grady Deposition Exhibit No. 45 and MSJ Exhibit No. 45) | | | | |
| 47 | Dust Jacket of *The Public Burning* (MSJ Exhibit No. 47) | | | | |
| 48 | The Discovery Channel Telecast History – Behind Enemy Lines:  The Scott O'Grady Story Bates No. DCI 000152 (O'Grady Deposition Exhibit No. 48 and MSJ Exhibit No. 48) | | | | |
| 49 | Washington Speakers Bureau brochure with Biographical information re Scott O'Grady Bates Nos. SOG 003379 thru SOG 003390 (O'Grady Deposition Exhibit No. 49 and MSJ Exhibit No. 49) | | | | |
| 55 | Partial Script of November 28 Discovery Channel Broadcast of *Behind Enemy Lines – The Scott O'Grady Story* Bates Nos. DCI 000001 thru DCI 000012 (O'Grady Deposition Exhibit No. 55) | | | | |

85

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 116 | "The Discovery Telecast History, Behind Enemy Lines: The Scott O'Grady Story"<br><br>Bates No. DCI 000152<br><br>(Patterson Deposition Exhibit No. 116 and MSJ Exhibit No. 116) | | | | |
| 117 | Document entitled "Behind Enemy Lines, 20th Century Fox Production<br><br>Bates Nos. DCI 00079 – DCI 00082<br><br>(Patterson Deposition Exhibit No. 117) | | | | |
| 118 | *Behind Enemy Lines* Interstitial Value<br><br>Bates No. DCI 000284<br><br>(Patterson Deposition Exhibit No. 118) | | | | |
| 129 | 10/2003/1995 - Term Sheet as of October 3, 1995 between Savoy Pictures and Scott O'Grady<br><br>Bates Nos.  ICM 010 – ICM 014<br><br>(Cairns Deposition Exhibit No. 129) | | | | |
| 133 | 04/30/2003 Subpoena in a Civil Case for Robert Parsons and Notice of Oral and Videotaped Deposition of Robert Parsons<br><br>(Parsons Deposition Exhibit No. 133) | | | | |

86

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 134 | 03/27/2000  Fax from Renata Thompson of the Washington Speakers Bureau, Inc. to Scott O'Grady with 1999 Speaking Engagements and fees<br><br>SOG 004245 – SOG 004249<br><br>(Parsons Deposition Exhibit No. 134 and MSJ Exhibit No. 134) | | | | |
| 135 | 2000 - Chart – Speaking Engagements for Calendar Year 2000 for Scott O'Grady<br><br>Bates No. WSB 00017<br><br>(Parsons Deposition Exhibit No. 135 and MSJ Exhibit No. 135) | | | | |
| 136 | 2001 - Chart – Speaking Engagements for Calendar Year 2001 for Scott O'Grady<br><br>Bates Nos. WSB 00018 - 00019<br><br>(Parsons Deposition Exhibit No. 136 and MSJ Exhibit No. 136) | | | | |
| 137 | 2002 - Chart – Speaking Engagements for Calendar Year 2002 for Scott O'Grady<br><br>Bates Nos. WSB 00020 - 00021<br><br>(Parsons Deposition Exhibit No. 137 and MSJ Exhibit No. 137) | | | | |
| 138 | 05/03/2002 Contract for Washington Speakers Bureau for Scott O'Grady<br><br>Bates Nos. SOG 004803 - 004804<br><br>(Parsons Deposition Exhibit No. 138) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|--------|------------|--------------|
| 140 | 03/13/2002 Contract for Washington Speakers Bureau for Scott O'Grady<br><br>Bates Nos. SOG 004737 - 004738<br><br>(Parsons Deposition Exhibit No. 140) | | | | |
| 141 | 01/25/2002 Contract for Washington Speakers Bureau for Scott O'Grady<br><br>Bates Nos. SOG 004759 - 004760<br><br>(Parsons Deposition Exhibit No. 141) | | | | |
| 142 | 1999 to 2003 - Chart – Scott O'Grady's Engagements with Religious Organizations (1999 – 2003)<br><br>Bates No. WSB 00016<br><br>(Parsons Deposition Exhibit No. 142) | | | | |
| 143 | 02/27/2003 Internet Printout from Washington Speakers Bureau Website "Most Requested Speakers"<br><br>Bates No. WSB 00012<br><br>(Parsons Deposition Exhibit No. 143) | | | | |
| 144 | 02/26/2003 Internet Printout from Washington Speakers Bureau Website re Scott O'Grady<br><br>Bates No. WSB 00006<br><br>(Parsons Deposition Exhibit No. 144 and MSJ Exhibit No. 144) | | | | |
| 146 | Invitation to Washington Speakers Bureau 2003 Spring Speakers Showcase<br><br>Bates Nos. WSB 00058 - 00071<br><br>(Parsons Deposition Exhibit No. 146) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 148 | 2003 Washington Speakers Bureau Brochure<br><br>Bates Nos. WSB 00033 – 00035<br><br>(Parsons Deposition Exhibit No. 148 and MSJ Exhibit No. 148) | | | | |
| 155 | 05/17/1996 Letter to Dr. O'Grady from Sally Dyas, Researcher<br><br>(W. O'Grady Deposition Exhibit No. 155)<br><br>Also Bates No. BBC 000373 | | | | |
| 156 | 07/25/1996 Letter to Dr. O'Grady from Sally Dyas, Researcher<br><br>(W. O'Grady Deposition Exhibit No. 156 and MSJ Exhibit No. 156)<br><br>Also Bates No. BBC000374-357 | | | | |
| 158 | 08/12/1996 Letter from Sally Dyas of BBC South to Dr. O'Grady<br><br>Also Bates No. BBC 000376<br>(W. O'Grady Deposition Exhibit No. 158) | | | | |
| 159 | 08/27/1996 Letter from Sally Dyas, Researcher, BBC South to Dr. O'Grady<br><br>(W. O'Grady Deposition Exhibit No. 159)<br><br>Also Bates No. BBC 000377 | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 160 | 00/00/2000 Book Proposal of *GOOD TO GO: The Planning, Search, and Rescue of Air Force Pilot Scott O'Grady in Bosnia* by Mary Pat Kelly<br><br>Bates Nos. NIP 00001 - 00002<br><br>(M.P. Kelly Deposition Exhibit No. 160) | | | | |
| 163 | Handwritten review of *Good to Go* by Mary Pat Kelly<br><br>Bates Nos. NIP 00148 – 00149<br><br>(M.P. Kelly Deposition Exhibit No. 163) | | | | |
| 165 | 08/29/1996 Note from Susan Brook to Mary Pat Kelly enclosing photo of O'Grady<br><br>Bates Nos. NIP 00164 - 00165<br><br>(M.P. Kelly Deposition Exhibit No. 165) | | | | |
| 175 | 01/04/1996 Letter to Alan Sokol from Diane Cairns<br><br>Bates No. ICM 082<br><br>(E. Newberg Deposition Exhibit No. 175) | | | | |
| 176 | 11/27/1995 Letter to Esther Newberg from Bill Thomas enclosing Correspondence with Col. George Day<br><br>Bates Nos. ICM 087 - 094<br><br>(Newberg Deposition Exhibit No. 176 and MSJ Exhibit No. 176) | | | | |

90

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 178 | 01/07/1997  Memorandum of Agreement Signed by Scott O'Grady and Tom Mills<br><br>Bates Nos. SOG 005054 – 005055<br><br>(Mills Deposition Exhibit No. 178 and MSJ Exhibit No. 178) | | | | |
| 179 | 01/15/1998  Memorandum of Agreement Signed by Scott O'Grady and Tom Mills<br><br>Bates Nos. SOG 005057 – 005058<br><br>(Mills Deposition Exhibit No. 179 and MSJ Exhibit No. 179) | | | | |
| 180 | 03/25/2002  Letters to and  from Tom Mills and Scott O'Grady<br><br>Bates Nos. TRE 00001 – 00007<br><br>(Mills Deposition Exhibit No. 180) | | | | |
| 181 | 04/2003/1997  Representation Agreement Signed by Scott O'Grady and David Barlow<br><br>Bates No. SOG 005060<br><br>(Mills Deposition Exhibit No. 181 and MSJ Exhibit No. 181) | | | | |
| 182 | 05/19/1998  Letter to Tom Mills from Kay Ferguson<br><br>Bates Nos. SOG 005069 – 005072<br><br>(Mills Deposition Exhibit No. 182 and MSJ Exhibit No. 182)<br>(O'Grady Deposition Vol. II,  Exhibit No. 311) | | | | |

91

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|--------|------------|--------------|
| 185 | 01/15/1998  Letter from Tom Mills to Scott O'Grady<br><br>Bates No. SOG 005056<br><br>(Mills Deposition Exhibit No. 185) | | | | |
| 186 | 02/11/1997  Memorandum of Agreement<br><br>Bates No. SOG 005059<br><br>(Mills Deposition Exhibit No. 186) | | | . | |
| 188 | 04/10/1997  Fax to Sally Dyas from Rebecca Child re Discovery Channel video "Missing in Action"<br><br>(Mills Deposition Exhibit No. 188)<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 298)<br><br>Also Bates No. BBC 000371 | | | | |
| 213 | 11/15/2001  Media Release – "Fox to Host Premiere Screening of *Behind Enemy Lines* at Naval Air Station North Island, In San Diego<br><br>Bates No. FOX 00165<br><br>(Parker Deposition Exhibit No. 213) | | | | |
| 226 | 05/19/2003  National Promotion Wrap Up Report – Behind Enemy Lines<br><br>Bates Nos. FOX 07194 – 07258<br><br>(Marks Deposition Exhibit No. 226) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 227 | 11/23/2001  New Hampshire 300 presented by Behind Enemy Lines<br><br>Bates Nos. FOX 07259 – 07299<br><br>(Marks Deposition Exhibit No. 227) | | | | |
| 228 | License Agreements between BBC and DCI<br><br>Bates Nos. DCI 000112 through 123)<br><br>(MSJ Exhibit No. 228) | | | · | |
| 272 | 00/2000/2000  Twentieth Century Fox Technical<br>Story Slug: Behind Enemy Lines: Producer's Commentary<br><br>Bates Nos. FOX 00732 – FOX 00803<br><br>(Davis Deposition Exhibit No. 272) | | | | |
| 281 | 05/19/2003 Notice of Oral and Videotaped Deposition of Chaz Corzine<br><br>(C. Corzine Deposition Exhibit No. 281) | | | | |
| 282 | 03/06/2002 Fax from Beth Luterman to Capt. Scottt O'Grady<br><br>(C. Corzine Deposition Exhibit No. 282) | | | | |
| 288 | 02/29/1996  Letter to Captain Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 288)<br><br>Also Bates Nos. BBC 000356-357 | | | | |

93

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|--------|------------|--------------|
| 289 | 08/2003/1995  Letter to Captain Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 289)<br><br>Also Bates Nos. BBC 000358-359 | | | | |
| 290 | 03/26/1996  Letter to Captain Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 290)<br><br>Also Bate Nos. BBC 000360 | | | | |
| 291 | 04/15/1996  Letter to Captain Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 291)<br><br>Also Bates No. BBC 000361 | | | | |
| 292 | 04/18/1996  Letter to Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 292)<br><br>Also Bates No. BBC 000362 | | | | |
| 293 | 06/27/1996  Letter to Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 293)<br><br>Also Bates Nos. BBC 000363-364 | | | | |

94

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 295 | 08/27/1996  Letter to Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 295)<br><br>Also Bates Nos. BBC 000367-368 | | | | |
| 296 | 09/04/1996  Letter to Scott O'Grady c/o Rebecca Child from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 296)<br><br>Also Bates No. BBC 000369 | | | | |
| 297 | 03/25/1997  Note to Scott O'Grady from Sally Dyas<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 297)<br><br>Also Bates no. BBC 000370 | | | | |
| 299 | 06/10/1997  Fax from Scott O'Grady to Sally Dyas<br><br>(O'Grady Deposition  Vol. II, , Exhibit No. 299 and MSJ Exhibit No. 299)<br><br>Also Bates No. BBC 000372 | | | | |
| 301 | 06/05/2003  Internet Printout from Library of Congress Online Catalog<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 301) | | | | |

95

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 304 | 06/10/2003  Internet Printout from Amazon.com showing results for: behind enemy lines<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 304 and MSJ Exhibit No. 304) | | | | |
| 306 | 11/2002/1995  Letter to Jack Hoeft, President of Bantam-Doubleday from Co. George E. Day, Author of "Return with Honor"<br><br>Bates No. ICM 094<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 3 | | | | |
| 307 | 11/08/1995  Letter to Colonel Day from Katherine Trager<br><br>Bates Nos. ICM 090 – 092<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 307) | | | | |
| 308 | 11/20/1995  Letter to Katherine Trager from Col. George Day<br><br>Bates Nos. ICM 088 – 089<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 308) | | | | |
| 313 | 03/11/2002  Fax from George Buston of Film*Roos* to Scott O'Grady<br><br>Bates Nos. SOG 004898 – 004899<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 313 and MSJ Exhibit No. 313) | | | | |
| 317 | Video: "Escape! Escape from Bosnia – Scott O'Grady Story"<br><br>(O'Grady Deposition Vol. II,  Exhibit No. 317 and MSJ Exhibit No. 317) | | | | |

96

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 317A | Transcript of The History Channel Documentary "Escape! Escape from Bosnia: The Scott O'Grady Story" (MSJ Exhibit No. 317A) | | | | |
| 319 | 05/27/1997 United Artists Overview of Fourth Revision of "Return with Honor"<br><br>Bates Nos. MGM 0115 – 0119<br><br>(O'Grady Deposition Vol. II, Exhibit No. 319) | | | | |
| 332 | 03/06/2002 Draft of Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 032 – 036<br><br>(Gelb Deposition Exhibit No. 332) | | | | |
| 333 | 00/2000/2000 Copies of pages from Webster's Seventh New Collegiate Dictionary and Internet Printout from Yahoo Dictionary<br><br>Bates Nos.<br><br>(Gelb Deposition Exhibit No. 333) | | | | |
| 341 | 03/24/2003 Completed Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 195 – 199; 215 – 219; 225 – 251; 264 – 269; 276 – 310; 316 – 318; 320 – 330; 336 – 344; 350 – 354; 380 – 395; 401 – 410; 416 – 420; 441 – 451; 458 – 463<br><br>(Gelb Deposition Exhibit No. 341) | | | | |

97

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 342 | 03/24/2003  Completed Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 669 – 673; 664 – 668; 654 – 658; 649 – 653; 644 – 648; 634 – 638; 629 – 633; 609 – 613; 604 – 608; 584 – 588; 579 – 583; 574 – 578; 564 – 568; 544 – 548; 534 – 538; 514 – 518; 509 – 513; 494 – 498; 484 – 488; 479 – 483<br><br>(Gelb Deposition Exhibit No. 342) | | | | |
| 343 | 03/24/2003  Completed Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 987 – 991; 1012 – 1016; 1022 – 1030; 1036 – 1040; 1046 – 1055; 1076 – 1080; 1086 – 1095; 1101 – 1115; 1131 – 1139; 1145 – 1149; 1170 – 1174; 1180 – 1184; 1200 – 1204<br><br>(Gelb Deposition Exhibit No. 343) | | | | |
| 358 | 00/2000/2000  § 7.03 Celebrity Licensing of article written by Mark A. Roesler<br><br>Bates Nos. ROESLER 000017 – 000027<br><br>(Roesler Deposition Exhibit No. 358) | | | | |
| 360 | 00/2000/2000 Copy of § 10:19 – Exclusive Licenses from *Rights of Publicity and Privacy* by McCarthy<br><br>Bates Nos. ROESLER 000015 – 000016<br><br>(Roesler Deposition Exhibit No. 360) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 361 | 00/2000/2000  Various Excerpts from *Licensing Royalty Rates* by Gregory Battersby and Charles Grimes<br><br>Bates Nos. ROESLER 000012 – 000014<br><br>(Roesler Deposition Exhibit No. 361) | | | | |
| 367 | 06/19/2003  Printout of CMG Worldwide Celebrity Client List from CMG Web Site<br><br>(Roesler Deposition Exhibit No. 367) | | | | |
| 500 | 06/14/1995 *Time* magazine article entitled "All for One" | | | | |
| 501 | *Primary Colors* by Anonymous | | | | |
| 502 | *Primary Colors* (the movie) | | | | |
| 503 | *Look Homeward, Angel* by Thomas Wolfe | | | | |
| 504 | *Hell to Pay – The unfolding story of Hillary Rodham Clinton* by Barbara Olson | | | | |
| 505 | *Living History* by Hillary Clinton | | | | |
| 506 | *The Clinton Wars* by Sidney Blumenthal | | | | |
| 507 | Declaration of Vernon Chu and Exhibits | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 508 | 09/25/1996 Co-Production Agreement between The British Broadcasting Corporation and BBC Worldwide Americas, Inc.<br><br>(Exhibit A to the Declaration of Vernon Chu – Appendix II to MSJ) | | | | |
| 509 | 03/26/1997 Amendment to Co-Production Agreement between The British Broadcasting Corporation and BBC Worldwide Americas, Inc.<br><br>(Exhibit B to the Declaration of Vernon Chu – Appendix II to MSJ) | | | | |
| 510 | 46 History Today 48 (1996)<br><br>(MSJ Exhibit No. 24) | | | | |
| 511 | Videotape entitled November 28, 2001 Broadcast of the Discovery Channel Documentary "Behind Enemy Lines:  The Scott O'Grady Story" including all advertisements<br><br>Bates No. DCI 00335<br><br>(MSJ Exhibit No. 335) | | | | |
| 512 | Certified transcript of Videotape MSJ Exhibit No. 335 | | | | |
| 513 | Discovery Communications Website<br><br>(MSJ Exhibit No. 336) | | | | |
| 514 | Collection of news articles concerning DCI's awards<br><br>(MSJ Exhibit No. 337A) | | | | |
| 515 | Collection of News Articles Concerning Discovery Channel's programs<br><br>(MSJ Exhibit No. 337B) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 516 | Declaration of Susie Kunzle and exhibits | | | | |
| 517 | 5.11.03 Lives – "Behind Enemy Lines – What was left when the Iraqi Army retreated? " from *The New York Times Magazine* dated 5/11/03 | | | | |
| 518 | 05/15/2003 Letter to George Bowles from Philip J. Hacker<br><br>Bates Nos. SOG 005229 -005231 | | | | |
| 519 | 03/05/2003 Letter to George Bowles from Mark Roesler<br><br>Bates No. SOG 005357 | | | | |
| 520 | 02/06/2002 Letter to Jenny Rhoades from Christa Catanoso attaching MSA post buy analysis for 4th quarter 2001<br><br>Bates nos. DCI 000126 – DCI 000135 | | | | |
| 521 | Discovery Channel Invoices and Affidavits to Fox Filmed Entertainment<br><br>Bates Nos. FOX 07531 – 07553 | | | | |
| 522 | 12/05/01 Email to Allison Kramer, et al from Peter Lozito<br><br>Bates Nos. FOX 00390 – 00431 | | | | |
| 523 | Behind Enemy Lines Promotional Report – Midwest Region<br><br>Bates Nos. FOX 00439 - 00479 | | | | |
| 524 | 05/08/2003 Twentieth Century Fox Film Corporation Project Cost Report for 1/1/1900(?) – 7/1/2000<br><br>Bates Nos. FOX 07479 - 07511 | | | | |
| 525 | *Behind Enemy Lines* DVD Cover<br><br>Bates No. Fox 01103 | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 526 | *Behind Enemy Lines* stills from the movie<br><br>Bates Nos. FOX 01104 - 01106 | | | | |
| 527 | 03/05/2002 Email to Beth Luterman, et al from Anna Dodd attaching summary of promotional activities 'wish list'<br><br>Bates Nos. FOX 02628 - 02632 | | | . | |
| 528 | *Behind Enemy Lines* tipsheet<br><br>Bates Nos. FOX 05525 - 05526 | | | | |
| 529 | 09/25/2000 Letter to Wyck Godfrey from Philip M. Strub, Special Assistant for Entertainment Media, Office of the Assistant Secretary of Defense<br><br>Bates Nos. DAVIS 00320 - 00321 | | | | |
| 530 | Washington Speaker's Bureau 2001 Brochure for Scott O'Grady<br><br>Bates Nos. WSB 00023 - 00027 | | | | |
| 531 | Videotape entitled *Wings: "Whispering Death"*<br><br>Bates No. DCI 000336 | | | | |
| 532 | Appearance Release – SHE Productions signed by Scott O'Grady<br><br>Bates No. DCI 000338 | | | | |
| 533 | 07/29/2003 Email to Alan G. Goedde from Viewer Relations at A&E<br><br>Bates No. Fox 07530 | | | | |
| 534 | 03/25/1997 Letter to Dr. O'Grady from Sally Dyas, BBC (unsigned)<br><br>Bates No. BBC 000158 | | | | |
| 535 | Electronic Press Kit<br><br>Bates No. FOX 07554 | | | | |

102

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 536 | 08/21/02 Videotape Twentieth Century Home Entertainment "Behind Enemy Lines" 1. Home Video Trailer 2. "With Honor" 3. "With Honor" 4. "Combo Black Knight/Behind Enemy Lines" 5. "Combo Behind Enemy Lines/NASCAR "6 6. Behind Enemy Lines 7. "Action Ride-Sell Through" Bates No. FOX 01074 | | | | |
| 537 | Videotape Fox 11 Behind Enemy Lines (7 stories) Bates No. Fox 01079 | | | | |
| 538 | Videotape – Behind Enemy Lines – Owen Wilson – Fox Night Hosting Bates No. FOX 01076 | | | | |
| 539 | Videotape – Leach Entertainment, "Heroes America", Stereo !&2, Final Mixed, Viewing Copy Bates No. SOG 005110 | | | | |
| 540 | Curriculum Vitae of Neil Freeman | | | | |
| 541 | Exhibits (Tabs 2 through 7) to the Expert Report of Neil Freeman | | | | |
| 542 | Curriculum Vitae of Herbert Lyon | | | | |
| 543 | Curriculum Vitae of Alan Goedde | | | | |
| 544 | Curriculum Vitae of Philip Johnson | | | | |
| 545 | Curriculum Vitae of Edward Blair | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 546 | Appendix One to Expert Report of Edward A. Blair and Herbert L. Lyon | | | | |
| 547 | 04/30/2003 Letter to J. Friendly Productions, Inc. from Steven P. Kaplan<br><br>Bates Nos. Fox 07300 – 07313<br>(Bates Nos. HCG 3965 – 03978) | | | | |
| 548 | 1996 Speaking Engagement Contracts – Scott O'Grady<br>Bates Nos. SOG 003935 – SOG 004006<br>(Bates Nos. HCG 06549 – HCG 06619) | | | | |
| 549 | 1997 Speaking Engagement Contracts – Scott O'Grady<br><br>Bates Nos. SOG 004007 – 004095<br>(Bates Nos. HCG 06620 – HCG 06705) | | | | |
| 550 | 1998 Speaking Engagement Contracts – Scott O'Grady<br><br>Bates Nos. SOG 004098 – 004227<br><br>(Bates Nos. HCG 06706 – 06837) | | | | |
| 551 | Financials related to *Behind Enemy Lines*<br><br>Bates Nos. FOX 07478 – 07508<br>(HCG 06462 – 06493) | | | | |
| 552 | 05/05/2002 Letter to Scott O'Grady from John Page<br><br>Bates No. SOG 003182 - 03183 | | | | |
| 553 | 06/14/2002 Email from John Naber to Zuluf16 (Scott O'Grady)<br><br>Bates No. SOG 003184 | | | | |
| 554 | Form 10-Q Fox Entertainment Group, Inc.<br><br>Bates No. FEG 00001 - 00029 | | | | |

B.    **Twentieth Century Fox Film Corporation May Offer the Following Exhibits at Trial:**

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 76 | Document entitled "Behind Enemy Lines, Spending in Ultimate" and attached documentation<br><br>FOX 03073 - FOX 03178<br>(Bound under separate cover)<br><br>(Siskind Deposition Exhibit No. 76) | | | | |
| 214 | 10/25/2001  Fax from Ted Gagliano to Hutch Parker<br><br>Bates Nos. FOX 06629 – 06630<br><br>(Parker Deposition Exhibit No. 214) | | | | |
| 275 | 05/15/2000  Memo to Zak Penn from Wyck Godfrey<br><br>Bates Nos. DAVIS 00020 – 00021<br><br>(Moore Deposition Exhibit No. 275) | | | | |
| 279 | 11/30/2001  Memo to Those Concerned from Carol Sewell<br><br>Bates Nos. FOX 00038 – 00056<br><br>(Moore Deposition Exhibit No. 279) | | | | |
| 280 | 12/2003/2001  Article "Hollywood Goes to War"<br><br>Bates Nos. FOX 00340 – 00343<br><br>(Moore Deposition Exhibit No. 280 | | | | |

105

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 294 | 08/21/1996 Handwritten note to Sally from Stacy<br><br>(O'Grady Deposition Vol. II, Exhibit No. 294)<br><br>Also Bates Nos. BBC 000365-366 | | | | |
| 309 | 00/2000/2000 Handwritten Notes on Washington Speakers Bureau Paper<br><br>Bates Nos. SOG 003935, 004007, 004098, 004099, 004380, 004381, 004486, 004634<br><br>(O'Grady Deposition Vol. II, Exhibit No. 309) | | | | |
| 312 | 03/09/2002 Email from auto-confirm@amazon.com to zuluf16@aol.com re purchase of "Escape from Bosnia: The Scott O'Grady Story-Escape!" VHS<br><br>Bates Nos. SOG 003179 – 003181<br><br>(O'Grady Deposition Vol. II, Exhibit No. 312 and MSJ Exhibit No. 312) | | | | |
| 318 | 03/31/1997 Script of "Return with Honor" Fourth Revision<br><br>Bates Nos. MGM 0001 – 0111<br><br>(O'Grady Deposition Vol. II, Exhibit No. 318) | | | | |
| 321 | 06/17/2003 Internet Printout from Hacker, Douglas, & Company of Article "Less Than Zero" Studio Accounting Practices in Hollywood<br><br>Bates Nos.<br><br>(Hacker Deposition Exhibit No. 321) | | | | |

106

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 323 | 05/13/2003  Chart:  Comparison of Ultimates to Actuals @ 04/30/2003 Prepared by Fox Accounting Presented to Phil Hacker on 05/13/2003<br><br>Bates No. HACKER 00014<br><br>(Hacker Deposition Exhibit No. 323) | | | | |
| 324 | 05/15/2003  Letter from Philip Hacker to George Bowles<br><br>Bates No. HACKER 000015<br><br>(Hacker Deposition Exhibit No. 324) | | | | |
| 327 | 02/04/2003  Letter to Gabriel Gelb from Peter Flynn<br><br>Bates Nos. SOG 005259 – 005260<br><br>(Gelb Deposition Exhibit No. 327) | | | | |
| 329 | 03/31/2003; 04/30/2003; 06/16/2003 Invoices from Gabriel Gelb to C.W. Flynn<br><br>Bates Nos. GELB 1205 - 1207<br><br>(Gelb Deposition Exhibit No. 329) | | | | |
| 330 | 02/12/2002  Draft of Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 037 – 040<br><br>(Gelb Deposition Exhibit No. 330) | | | | |
| 334 | 06/06/2003  Email from C.W. Flynn to Scott Hastings re "3-6 revised Q"<br><br>Bates Nos. SOG 005466 – 005471<br><br>(Gelb Deposition Exhibit No. 334) | | | | |

107

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 358 | 00/2000/2000 § 7.03 Celebrity Licensing Mark A. Roesler<br><br>Bates Nos. ROESLER 000017 – 000027<br><br>(Roesler Deposition Exhibit No. 358) | | | | |
| 360 | 00/2000/2000 Copy of § 10:18 – Exclusive Licenses<br><br>Bates Nos. ROESLER 000015 – 000016<br><br>(Roesler Deposition Exhibit No. 360) | | | | |
| 361 | 00/2000/2000 Various Excerpts from *Licensing Royalty Rates* by Gregory Battersby and Charles Grimes<br><br>Bates Nos. ROESLER 000012 – 000014<br><br>(Roesler Deposition Exhibit No. 361) | | | | |
| 367 | 06/19/2003 Printout of CMG Worldwide Client List from CMG Web Site<br><br>(Roesler Deposition Exhibit No. 367) | | | | |
| 372 | 09/26/2001 Letter from Justin Brown to Scott O'Grady re "Return with Honors"<br><br>Bates No. ROESLER 000040<br><br>(Roesler Deposition Exhibit No. 372) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 600 | 09/09/1996 Addendum to License Agreement Dated October 7, 1993 between The Learning Channel, Inc. and BBC Worldwide Americas, Inc.<br><br>(Exhibit D to the Declaration of Vernon Chu – Appendix II to MSJ) | | | | |
| 601 | 11/29/1999 Letter from BBC to Discovery Communications, Inc. attaching executed 09/09/1996 Addendum to License Agreement<br><br>(Exhibit E to the Declaration of Vernon Chu – Appendix II to MSJ) | | | | |
| 602 | Collection of News Articles Concerning Discovery Channel's programs<br><br>(MSJ Exhibit No. 337B) | | | | |
| 603 | Ann Hodges, "Discovery Channel Airs O'Grady's Documentary, " *The Houston Chronicle*, May 30, 1997 at 1<br><br>(MSJ Exhibit No. 338) | | | | |
| 604 | Upcomingmovies.com website<br><br>(MSJ Exhibit No. 339) | | | | |
| 605 | Still from interstitial of title of Fox Movie, *Behind Enemy Lines*<br><br>(MSJ Exhibit No. 340A) | | | | |
| 606 | Stills from Documentary displaying Discovery Channel logo<br><br>(MSJ Exhibit No. 340B) | | | | |

110

| EX. NO. | DESCRIPTION | OFFER | OBJECT | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 607 | Stills from Documentary displaying "Walking with Prehistoric Beasts" logo<br><br>(MSJ Exhibit No. 340C) | | | | |
| 608 | Still from interstitial displaying Discovery Channel Logo<br><br>(MSJ Exhibit No. 340D) | | | | |
| 609 | Still from interstitial displaying Documentary title, *Behind Enemy Lines: The Scott O'Grady Story*<br><br>(MSJ Exhibit No. 340E) | | | | |
| 610 | Still from interstitial displaying Fox logo<br><br>(MSJ Exhibit No. 340F) | | | | |
| 611 | Stills from opening interstitial<br><br>(MSJ Exhibit No. 340G) | | | | |
| 612 | Stills from factoid on nutritional facts from interstitial "Bump Out"<br><br>(MSJ Exhibit No. 340H) | | | | |
| 613 | Stills from factoid on U.S.S. *Carl Vinson* from interstitial "Bump Out"<br><br>(MSJ Exhibit No. 340I) | | | | |
| 614 | Transcription of Tape #1 – Coplon and O'Grady<br><br>Bates Nos. SOG 000001 – SOG 000101 | | | | |
| 615 | 10/12/2003 *New York Times* article entitled "I seek Dead People" | | | | |

**Defendant Discovery Communications, Inc.'s Exhibits**

A.    **Discovery Communications, Inc. Expects to Offer the Following Exhibits at Trial:**

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 6 | Collection of news articles about O'Grady<br><br>(JA Ex. 6) | | | | |
| 6A | Collection of transcripts of television broadcasts regarding O'Grady rescue<br><br>(JA Ex. 6A) | | | | |
| 6B | News releases and briefings by government agencies regarding O'Grady<br><br>(JA Ex. 6B) | | | | |
| 8 | DVD of the Movie *Behind Enemy Lines*<br><br>(O'Grady Deposition No. 8 and JA Ex. 8) | | | | |
| 8A | VHS of the Movie *Behind Enemy Lines*<br><br>(JA Ex. 8A) | | | | |
| 9 | Certified copy of transcript of House National Security Committee Hearing 104-36 July 1995<br><br>(JA Ex. 9) | | | | |
| 10 | Videotape of *Hot Ticket*, March 15, 2002<br><br>Bates No. SOG 005179<br><br>(O'Grady Deposition Exhibit No. 10 and JA Ex. 10) | | | | |

112

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 11A | Transcript of March 15, 2002 *Hot Ticket* appearance<br><br>JA Ex. 11A | | | | |
| 13 | "Good to Go – The Rescue of Scott O'Grady from Bosnia" by Mary Pat Kelly<br><br>(O'Grady Deposition Exhibit No. 13 and JA Ex. 13) | | | | |
| 14 | DVD of video news clips from Vanderbilt News Archive (Exhibit Nos. 14.1A thru 14.21A)<br><br>JA Ex. 14 | | | | |
| 14A | Transcripts of video news clips from Vanderbilt News Archive (Exhibit Nos. 14.1A thru 14.21A)<br><br>JA Ex. 14 | | | | |
| 14B | DVD of Video of ABC's *Nightline* at 11:30 p.m. on June 8, 1995<br><br>JA Ex. 14B | | | | |
| 14C | Transcript of of ABC's *Nightline* at 11:30 p.m. on June 8, 1995<br><br>JA Ex. 14C | | | | |
| 15 | 7/18/1995 Letter Agreement between Scott O'Grady and International Creative Management, Inc. (ICM)<br><br>Bates Nos. SOG 003222 thru 3223 – Confidential<br><br>(O'Grady Deposition Exhibit No. 15) | | | | |

113

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 17 | December 20, 2001, *Spokane Spokesman Review* article<br><br>and<br><br>Etonline.com Celebrities Entertainment Tonight Online Interview of Scott O'Grady<br><br>(MSJ Exhibit No. 17) | | | | |
| 18 | Term Sheet for the Agreement between Orion Pictures Corporation and Scott O'Grady<br><br>Bates Nos. SOG 03211 thru 3216 – Confidential<br><br>(O'Grady Deposition Exhibit No. 18 and JA Ex. 18) | | | | |
| 19 | 8/21/2001 letter to Scott O'Grady from Justin Alvarado Brown of Orion Pictures Corporation (rights under agreement revert back to O'Grady)<br><br>Bates Nos. SOG 003219 thru 003220 – Confidential<br><br>(O'Grady Deposition Exhibit No. 19 and JA Ex. 19) | | | | |
| 20 | 9/26/01 Letter to Scott O'Grady from Justin Alvarado Brown of Orion Pictures Corporation<br><br>Bates No. SOG 03221 – Confidential | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 21 | 11/26/01 Standard AFTRA Engagement Contract for single Television Broadcast and For Multiple Television Broadcasts Within One Calendar Week between Scott O'Grady and Paramount Pictures<br><br>Bates Nos. SOG 003391 thru 3393 – Confidential<br><br>(O'Grady Deposition Exhibit No. 21 and JA Exhibit No. 21) | | | | |
| 23 | Graphic – O'Grady Engagement Revenue<br><br>(O'Grady Deposition Exhibit No. 23) | | | | |
| 24 | Chart: O'Grady's Speaking Engagements<br><br>O'Grady Deposition Exhibit 24 | | | | |
| 33 | 3/15/02 letter to Chaz Corzine from Dorrit Ragosine (re: involvement in publicity for DVD release of the movie)<br><br>Bates No. SOG 004911- Confidential<br><br>O'Grady Dep. Ex. 33 | | | | |
| 34 | 03/26/2002 Letter to Chaz Corzine from Dorrit Ragosine with attached Press Release<br><br>Bates Nos. SOG 003208 – 003210<br><br>(O'Grady Deposition Exhibit No. 34) | | | | |

115

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 37 | Videotape of December 21, 2001 *Entertainment Tonight*<br><br>Bates Nos. SOG 5218<br><br>(O'Grady Deposition Exhibit No. 37 and JA Ex. 37) | | | | |
| 37A | Transcript of December 21, 2001 *Entertainment Tonight* (only that portion concerned with Scott O'Grady)<br><br>JA Ex. 37A | | | | |
| 38 | 01/07/2002 Facsimile to Scott O'Grady from Tom Mills of Track Record Enterprises attaching signed Letter Agreement<br><br>Bates Nos. SOG 005061-005063<br><br>(O'Grady Deposition Exhibit No. 38) | | | | |
| 41 | 07/29/1996 Agreement between Stacy O'Grady and British Broadcasting Corporation<br><br>Bates Nos. DCI 000087 thru 88<br><br>(O'Grady Deposition Exhibit No. 41 and JA Ex. 41) | | | | |
| 44 | 03/22/2002 letter to Scott O'Grady from David Crockford of BBC South Contracts Department attaching copy of agreement signed by O'Grady for "999" series in 1996<br><br>Bates Nos. SOG 003188 thru 3191 – Confidential<br><br>(O'Grady Deposition Exhibit No. 44 and JA Ex. 44) | | | | |

116

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 45 | 05/14/1996 Agreement between British Broadcasting Corporation and Scott O'Grady<br><br>Bates Nos. DCI 000083 thru 86<br><br>(O'Grady Deposition Exhibit No. 45 and JA Ex. 45) | | | | |
| 46 | 8/3/1996 Agreement between British Broadcasting Corporation and William P. O'Grady<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 46 and JA Ex. 46) | | | | |
| 48 | The Discovery Channel Telecast History – Behind Enemy Lines: The Scott O'Grady Story<br><br>Bates No. DCI 000152<br><br>(O'Grady Deposition Exhibit No. 48 and JA Ex. 48) | | | | |
| 49 | Washington Speakers Bureau Brochure mentioning DCI Documentary<br><br>Bates Nos. SOG 003379 thru 003390<br><br>(O'Grady Deposition Exhibit No. 49 and JA Ex. 49) | | | | |
| 50 | Washington Speakers Bureau synopsis of Scott O'Grady from WSB mentioning DCI Documentary<br><br>(O'Grady Deposition Exhibit No. 50 and JA Ex. 50) | | | | |

117

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 52 | 2/11/1997 Contract between Washington Speakers Bureau, Inc. and Scott O'Grady<br><br>Bates Nos. SOG 004040 thru 4041<br><br>(O'Grady Deposition Exhibit No. 52) | | | | |
| 53 | 7/30/1996 Contract between Washington Speakers Bureau, Inc. and Scott O'Grady<br><br>Bates Nos. SOG 004038 thru 4039<br><br>(O'Grady Deposition Exhibit No. 53) | | | | |
| 55 | Partial Script of November 28 Discovery Channel Broadcast of Behind Enemy Lines – The Scott O'Grady Story<br><br>Bates Nos. DCI 000001 – DCI 000012<br><br>(O'Grady Deposition Exhibit No. 55) | | | | |
| 68 | 07/07/2000 E-mail to Bob Harper and Tom Sherak from Tom Rothman<br><br>Bates No. FOX 06131<br><br>(Godsick Deposition Exhibit No. 68) | | | | |

118

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 69 | 03/19/2001 E-mail to Bob Harper, Jim Gianopulos and Tom Rothman from Jeffrey Godsick (Sarah Coombs)<br><br>Bates No.  FOX 06140<br><br>(Godsick Deposition Exhibit No. 69) | | | | |
| 70 | 11/05/2001 E-mail to Bob Harper from Michelle Marks, Steve Siskind, Leslie Henig, Jeffrey Godsick<br><br>Bates Nos.  FOX 05331 - FOX 05333<br><br>(Godsick Deposition Exhibit No. 70) | | | | |
| 71 | 11/05/2001 Letter to Owen Wilson from Jeffrey Godsick<br><br>Bates No.  FOX 05319l<br><br>(Godsick Deposition Exhibit No. 71) | | | | |
| 72 | 11/12/2001 E-mail to Florence Grace from Tom Rothman<br><br>Bates No.  FOX 06173<br><br>(Godsick Deposition Exhibit No. 72) | | | | |
| 73 | 11/15/2001 E-mail to Mr. and Mrs. Gene Hackman at Internet: eyeview@aol.com from Tom Rothman<br><br>Bates No.  FOX 06178 - FOX 06179<br><br>(Godsick Deposition Exhibit No. 73) | | | | |

119

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 76 | Document entitled "Behind Enemy Lines, Spending in Ultimate"<br><br> FOX 03073 - FOX 03178<br>(Bound under separate cover)<br><br>(Siskind Deposition Exhibit No. 76) | | | | |
| 96 | 10/09/2001 E-mail between Robert Alan Anderson, Mary Baquet, Kelly Patterson, Roger Henry<br><br>Bates Nos. DCI 000038 – DCI 000039<br><br>(Patterson Deposition Exhibit No. 96) | | | | |
| 99 | 10/23/01 Email from Kelly Patterson to Naomi Kahne, Liz Miltello, Jenny Rhoades, Michelle Marks, Marc Goodman and Christa Catanoso<br><br>Bates Nos. FOX 00883 to FOX 00888<br><br>Patterson Dep. Ex. 99 | | | | |
| 100 | 11/01/2001 E-mail from Jenny Rhoades of Fox to Christa Catanoso of Discovery<br><br>Bates No. DCI 000078<br><br>(Patterson Deposition Exhibit No. 100) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 101 | Document entitled "Behind Enemy Lines, 20th Century Fox Production"<br><br>Bates Nos. DCI 000014-16<br><br>(Patterson Deposition Exhibit No. 101) | | | | |
| 105 | 11/09/2001 E-mail between Michelle Marks, Kelly Patterson, Robert Alan Anderson, Cathy Hodges, Jason Groff, Tom Grane<br><br>Bates Nos. DCI 000027 – DCI 000028<br><br>(Patterson Deposition Exhibit No. 105 and JA Exhibit No. 105) | | | | |
| 108 | 11/15/2001 email from Michelle Marks to Robert Anderson with copy to Kelly Patterson<br><br>Bates Nos. DCI 000025<br><br>(Patterson Deposition Exhibit No. 108 and JA Ex. 108) | | | | |
| 109 | 11/26/2001 E-mail from Mr. Anderson to Michelle Marks, with a copy to Kelly Patterson<br><br>Bates No. DCI 000021<br><br>(Patterson Deposition Exhibit No. 109) | | | | |
| 111 | 11/28/2001 E-mail from Michelle Marks to Robert Anderson with a copy to Kelly Patterson<br><br>Bates Nos. DCI 000019 – DCI 000020<br><br>(Patterson Deposition Exhibit No. 111) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 113 | Document entitled "1st Break Bump Out"<br><br>Bates Nos. DCI 000001 – DCI 000012<br><br>(Patterson Deposition Exhibit No. 113) | | | | |
| 114 | 11/28/2001 Videocassette entitled "Scott O'Grady, Behind Enemy Lines, Compilation Reel 11/28/01"<br><br>Bates No. DCI 0000285<br><br>(Patterson Deposition Exhibit No. 114 and JA Ex. 114) | | | | |
| 114A | Transcript of JA Ex. 114 (Compilation Reel 11/28/01)<br><br>JA Ex. 114A | | | | |
| 115 | Portions of Fox Film's Electronic Press Kit – videocassette entitled "Behind Enemy Lines Sound bites TRT: 19 minutes, 25 seconds, B roll (short version TRT 14.00)<br><br>Bates No. DCI 000157<br><br>(Patterson Deposition Exhibit No. 115) | | | | |
| 116 | Document entitled "The Discovery Channel Telecast History, Behind Enemy Lines: The Scott O'Grady Story"<br><br>Bates No. DCI 000152<br><br>(Patterson Deposition Exhibit No. 116 and JA Ex. 116)<br><br>Confidential | | | | |

122

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 119 | Document entitled "Behind Enemy Lines: The Scott O'Grady Story"<br><br>Actual and Estimated number of households that tuned in to *Behind Enemy Lines: The Scott O'Grady Story* on November 28, 2001 on The Discovery Channel<br><br>Bates No. DCI 000283<br><br>(Patterson Deposition Exhibit No. 119 and JA Ex. 119)<br><br>Confidential | | | | |
| 125-A | Document entitled "Discovery Channel Deal Summary Page Deal-to-Date thru March 2002"<br><br>Bates Nos. DCI 000253-254<br><br>(Patterson Deposition Exhibit No. 125A)<br><br>Confidential | | | | |
| 126 | 11/6/2001 letter from Christa Catanoso to Jenny Rhoades<br><br>Bates No. DCI 000136-150<br><br>(Patterson Deposition Exhibit No. 126) | | | | |
| 133 | 04/30/2003 Subpoena in a Civil Case for Robert Parsons and Notice of Oral and Videotape Deposition of Robert Parsons<br><br>Bates Nos.<br><br>(Parsons Deposition Exhibit No. 133) | | | | |

123

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 134 | 3/27/00 fax from Renata Thompson of the Washington Speakers Bureau to Scott O'Grady<br><br>Bates Nos. SOG 004245-4249<br><br>(Parsons Deposition Exhibit No. 134 and JA Ex. 134)<br><br>Confidential | | | | |
| 135 | 2000 – Chart - Speaking Engagements for Calendar Year 2000 for Scott O'Grady<br><br>Bates Nos. WSB 00017<br><br>(Parsons Deposition Exhibit No. 135 and JA Ex. 135) | | | | |
| 136 | 2001 – Chart – Speaking Engagements for Calendar Year 2001 for Scott O'Grady<br><br>Bates Nos. WSB 00018-19<br><br>(Parsons Deposition Exhibit No. 136 and JA Ex. 136) | | | | |
| 137 | 2002 – Chart – Speaking Engagements for Calendar Year 2002 for Scott O'Grady<br><br>Bates Nos. WSB 00020-21<br><br>(Parsons Deposition Exhibit No. 137 and JA Ex. 137) | | | | |
| 144 | 02/26/2003 Internet Printout from Washington Speakers Bureau Website regarding Scott O'Grady, mentioning DCI Documentary<br><br>Bates Nos. WSB 00006<br><br>(Parsons Deposition Exhibit No. 144) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 146 | Invitation to Washington Speakers Bureau Spring Speaker Showcase<br><br>Bates Nos. WSB 00058-00071<br><br>(Parsons Deposition Exhibit No. 146) | | | | |
| 148 | 2003 Washington Speakers Bureau Brochure mentioning DCI Documentary<br><br>Bates Nos. WSB 00033 - 00035<br><br>(Parsons Deposition Exhibit No. 148 and JA Ex. 148) | | | | |
| 152 | Programme Complete for BBC – 999 Special<br><br>Bates Nos. DCI 000176 – DCI 000252<br><br>(Anderson Deposition Exhibit No. 152) | | | | |
| 155 | 05/17/1996 Letter to O'Grady from Sally Dyas<br><br>Also Bates Nos. BBC 000373<br><br>(W. O'Grady Deposition Exhibit No. 155) | | | | |
| 156 | 7/25/96 letter to Dr. William P. O'Grady from Sally Dyas<br><br>Bates Nos. BBC 0000374-375<br><br>(W. O'Grady Deposition Exhibit No. 156 and JA Ex. 156) | | | | |
| 157 | 7/29/96 BBC contract signed by Dr. William O'Grady<br><br>Bates No. DCI 000089<br><br>(W. O'Grady Deposition Exhibit No. 157 and JA Ex. 157) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 158 | 08/12/1996 Letter from Sally Dyas to Dr. O'Grady<br><br>Bates No. BBC 000376<br><br>(W. O'Grady Deposition Exhibit No. 158) | | | | |
| 159 | 08/27/1996 Letter from Sally Dyas to Dr. O'Grady<br><br>Bates No. BBC 000377<br><br>(W. O'Grady Deposition Exhibit No. 159) | | | | |
| 176 | 11/27/1995 letter to Esther Newberg from Bill Thomas enclosing correspondence with Col. George Day<br><br>Bates Nos. ICM 087-94<br><br>(Newberg Deposition Exhibit No. 176 and JA Ex. 176)<br><br>Confidential | | | | |
| 178 | 1/7/97 Memorandum Agreement between Scott O'Grady and Thomas Mills of Track Record Enterprises<br><br>Bates Nos. SOG 005054 – 005055<br><br>(Mills Depositions Exhibit No. 178 and JA Ex. 178)<br><br>Confidential | | | | |

126

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 179 | 1/15/98 Memorandum Agreement between Scott O'Grady and Thomas Mills of Track Record Enterprises<br><br>Bates Nos. SOG 005057 - 005058<br><br>(Mills Deposition Exhibit No. 179 and JA Ex. 179)<br><br>Confidential | | | | |
| 180 | 03/25/2002 Letters to and from Tom Mills and Scott O'Grady<br><br>Bates Nos. TRE 00001-00007<br><br>(Mills Deposition Exhibit No. 180) | | | | |
| 181 | 4/3/97 Representation Agreement signed by Scott O'Grady and David Barlow of Sport, Education and Values Foundation<br><br>Bates No. SOG 005060<br><br>(Mills Deposition Exhibit No. 181 and JA Ex. 181)<br><br>Confidential | | | | |
| 182 | 5/19/98 letter to Tom Mills from Kay Ferguson (re: Ingalls Shipbuilding)<br><br>Bates Nos. SOG 005069-5072<br><br>(Mills Depositions Exhibit No. 182 and JA Ex. 182)<br><br>Confidential | | | | |

127

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 183 | 5/26/98 Track Record Enterprises invoice to Kay Ferguson re: Ingalls Shipbuilding payment to Tom Mills and Scott O'Grady<br><br>Bates No. SOG 005068<br><br>(Mills Deposition Exhibit No. 183 and JA Ex. 183)<br><br>Confidential | | | | |
| 186 | 02/11/1997 Memorandum of Agreement<br><br>Bates No. SOG 005059<br><br>(Mills Deposition Exhibit No. 186) | | | | |
| 187 | Notice of Deposition of T. Mills | | | | |
| 188 | 04/10/1997 Fax to Sally Dyas from Rebecca Child re: Discovery Channel video "Missing in Action"<br><br>Also Bates Nos. BBC 000371<br><br>(Mills Deposition Exhibit No. 188) | | | | |
| 222 | 09/03/02 E-mail to Robert Alan Anderson to Kelly Patterson<br><br>Bates Nos. DCI 000024 - 000025<br><br>(Marks Deposition Exhibit No. 222) | | | | |
| 288 | 2/29/1996 letter to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates No. BBC 000356-357<br><br>(O'Grady Deposition Exhibit No. 288) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 289 | 8/3/1995 letter to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates Nos. BBC 000358-359<br><br>(O'Grady Deposition Exhibit No. 289) | | | | |
| 290 | 3/26/1996 letter to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates No. BBC 00360<br><br>(O'Grady Deposition Exhibit No. 290) | | | | |
| 291 | 4/15/1996 letter to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates No. BBC 000361<br><br>(O'Grady Deposition Exhibit No. 291) | | | | |
| 292 | 4/18/1996 letter to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates No. BBC 000362<br><br>(O'Grady Deposition Exhibit No. 292) | | | | |
| 293 | 6/27/1996 letter to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates Nos. BBC 000363-364<br><br>(O'Grady Deposition Exhibit No. 293) | | | | |
| 294 | 08/21/1996 Handwritten note to Sally from Stacy<br><br>Also Bates Nos. BBC 000365-366<br><br>(O'Grady Deposition Exhibit No. 294) | | | | |

129

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 295 | 8/27/1996 letter to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates Nos. BBC 000367-368<br><br>(O'Grady Deposition Exhibit No. 295) | | | | |
| 296 | 9/4/1996 letter to Captain Scott O'Grady c/o Rebecca Child from Sally Dyas<br><br>Also Bates No. BBC 000369<br><br>(O'Grady Deposition Exhibit No. 296) | | | | |
| 297 | 3/25/1996 note to Captain Scott O'Grady from Sally Dyas<br><br>Also Bates No. BBC 000370<br><br>(O'Grady Deposition Exhibit No. 297) | | | | |
| 298 | 04/10/1997  Fax from Rebecca Child to Sally Dyas<br><br>Also Bates No. BBC 000371<br><br>(O'Grady Deposition Exhibit No. 298) | | | | |
| 299 | 6/10/1997 fax to Sally Dyas from Scott O'Grady<br><br>Also Bates No. BBC 000372<br><br>(O'Grady Deposition Exhibit No. 299 and JA Ex. 299) | | | | |
| 301 | 06/05/2003  Internet Printout from Library of Congress Online Catalog<br><br>(O'Grady Deposition Exhibit No. 301) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 302 | 6/12/03 Internet printout from Amazon.com of "Behind Enemy Lines" by Cindy Dees (Silhouette Intimate Moments, No. 1176)<br><br>(O'Grady Deposition Exhibit No. 302 and JA Ex. 302) | | | | |
| 303 | 6/12/03 Internet printout from Amazon.com of "BEL – A Field Manual for God's Army" by Chuck Dean<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 303 and JA Ex. 303) | | | | |
| 304 | 06/10/2003  Internet Printout from Amazon.com showing results for: behind enemy lines<br><br>(O'Grady Deposition Exhibit No. 304 and JA Ex. 304) | | | | |
| 305 | 10/24/1996 Article from USA Today – "Military aircraft series 'Wings' takes a turn for the dramatic"<br><br>(O'Grady Deposition Exhibit No. 305) | | | | |
| 306 | 11/2002/1995  Letter to Jack Hoeft, President of Bantam-Doubleday from Col. George E. Day, Author of "Return with Honor"<br><br>Bates No. ICM 094<br><br>(O'Grady Deposition Exhibit No. 306 | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|-----------|--------------|
| 307 | 11/08/1995  Letter to Colonel Day from Katherine Trager<br><br>Bates Nos. ICM 090 – 092<br><br>(O'Grady Deposition Exhibit No. 307) | | | | |
| 308 | 11/20/1995  Letter to Katherine Trager from Col. George Day<br><br>Bates Nos. ICM 088 – 089<br><br>(O'Grady Deposition Exhibit No. 308) | | | | |
| 313 | 03/11/2002  Fax from George Buston of Film*Roos* to Scott O'Grady<br><br>Bates Nos. SOG 004898 – 004899<br><br>(O'Grady Deposition Exhibit No. 313 and JA Ex. 313) | | | | |
| 317 | Video: "Escape! Escape from Bosnia – Scott O'Grady Story"<br><br>(O'Grady Deposition Exhibit No. 317 and JA Ex. 317) | | | | |
| 317A | Transcript of The History Channel Documentary "Escape! Escape from Bosnia:  The Scott O'Grady Story"<br><br>(JA Ex. 317A) | | | | |
| 416A | Henninger Video invoice reflecting production costs of special programming event (DCI 000302-314)<br><br>Franklin Johnson Dep. Ex. 416 | | | | |
| 416B | Allison Hurst invoice reflecting production costs of special programming event (DCI 000295-301) | | | | |

132

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 442 | 04/27/1999  Handwritten Note to Mary Lou Scardapane from Sally at BBC.<br><br>Also Bates No. BBC 000390<br><br>(Scardapane Deposition Exhibit No. 442) | | | | |
| 443 | 03/07/2002  Letter to BBC from Mary Lou Scardapane<br><br>Also Bates No. BBC 000391<br><br>(Scardapane Deposition Exhibit No. 443) | | | | |
| 444 | 04/17/1999  Letter From Mary Lou Scardapane to Sally Dyas<br><br>Also Bates No. BBC 000392<br><br>(Scardapane Deposition Exhibit No. 444) | | | | |
| 446 | 05/11/1997  Handwritten Thank You Note from Stacy to Sally<br><br>Also Bates No. BBC 000393<br><br>(Scardapane Deposition Exhibit No. 446) | | | | |
| 447 | 10/29/1997  Letter from Sally Dyas to Mary Lou Scardapane<br><br>Also Bates No. BBC 000394<br><br>(Scardapane Deposition Exhibit No. 447) | | | | |
| 458 | 07/01/1996 Letter to  Stacy O'Grady from Sally Dyas of the BBC South<br><br>Also Bates No. BBC 00378<br><br>(S. Dietschak Deposition Exhibit No. 458) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 461 | 08/21/1996 Letter to Sally (Dyas) from Stacy (O'Grady)<br><br>Also Bates Nos. BBC 000383-384<br><br>(S. Dietschak Deposition Exhibit No. 461) | | | | |
| 462 | 08/30/1996 Letter to Stacy O'Grady from Sally Dyas of BBC South<br><br>Also Bates No. BBC 000385<br><br>Bates Nos. BBC 000383-384<br><br>(S. Dietschak Deposition Exhibit No. 462) | | | | |
| 463 | 01/12/1997 Letter to Sally (Dyas) from Stacy (O'Grady)<br><br>Also Bates Nos. BBC 000386-387<br><br>(S. Dietschak Deposition Exhibit No. 463) | | | | |
| 464 | 03/25/1997 Letter to Stacy (O'Grady) from Sally Dyas of BBC South<br><br>Also Bates No. BBC 000388<br><br>(S. Dietschak Deposition Exhibit No. 464) | | | | |
| 513 | Certified transcript of videotape Ex. 335<br><br>JA Ex. 335A | | | | |
| 514 | Discovery Communications, Inc. website<br><br>JA Ex. 336 | | | | |

134

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 522 | 2/6/2002 Letter from Christa Catanoso to Jenny Rhoades re 20th Century Fox – "Behind Enemy Lines" Discovery Communications Post Buy Analysis 4Q01 Scatter Bates No. DCI 000286-294 | | | | |
| 533 | Videotape of "Wings (Cobra) Whispering Death" Bates No. DCI 000336 | | | | |
| 546 | Curriculum Vitae of Philip Johnson | | | | |
| 602 | Certified transcript of Videotape MSJ Exhibit No. 335 | | | | |
| 603 | Discovery Communication Website (MSJ Exhibit No. 336) | | | | |
| 604 | Collection of news articles concerning Discovery's awards (MSJ Exhibit No. 337A) | | | | |
| 606 | Anne Hodges, "Discovery Channel Airs O'Grady's Documentary, *The Houston Chronicle*, May 30, 1997 at 1 JA Ex. 338 | | | | |
| 607 | upcomingmovies.com website JA Ex. 339 | | | | |
| 608 | Still from interstitial of title of Fox Movie, *Behind Enemy Lines* JA Ex. 340A | | | | |
| 609 | Stills from Documentary displaying Discovery Channel logo JA Ex. 340B | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 610 | Stills from Documentary displaying "Walking with Prehistoric Beasts" logo<br><br>JA Ex. 340C | | | | |
| 611 | Still from interstitial displaying Discovery Channel logo<br><br>JA Ex. 340D | | | | |
| 612 | Still from interstitial displaying documentary title, *"Behind Enemy Lines: The Scott O'Grady Story*<br><br>JA Ex. 340E | | | | |
| 613 | Still from interstitial displaying Fox logo<br><br>JA Ex. 340F | | | | |
| 614 | Stills from opening interstitial<br><br>JA Ex. 340G | | | | |
| 615 | Stills from factoid on nutrition facts from interstitial "Bump Out"<br><br>JA Ex. 340H | | | | |
| 616 | Stills from factoid on *U.S.S. Carl Vinson* from interstitial "Bump Out"<br><br>JA Ex. 340I | | | | |
| 616 | 05/15/1996 Agreement between BBC and Scott O'Grady with original signature | | | | |
| 617 | Videotape entitled November 28, 2001 Broadcast of the Discovery Channel Documentary 'Behind Enemy Lines: The Scott O'Grady Story" including all advertisements<br><br>Bates No. DCI 00335<br><br>JA Ex. 335 | | | | |

136

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 618 | Curriculum Vitae of Frank Johnson | | | | |
| 619 | Curriculum Vitae of Roger Armstrong | | | | |
| 620 | Video of DCI special programming event "Last Samurai/XMA – Introduction/ Mini Docs/ Bumpers"<br><br>Bates No. DCI 000339 | | | | |
| 621 | Video of DCI special programming event "XMA: X-treme Martial Arts/Last Samurai"<br><br>Bates No. DCI 000340 | | | | |
| 622 | Video of DCI special programming event "U-571 Vignettes, Promos, and Bumps"<br><br>Bates No. DCI 000341 | | | | |
| 623 | Video of DCI special programming event "Ice Age Stunt – The Real Beast of the Ice Age"<br><br>Bates No. DCI 000342 | | | | |
| 624 | Video of DCI special programming event "Mummified"<br><br>Bates No. DCI 000343 | | | | |
| 625 | Video of DCI special programming event "Battle for the Empire" 11/12/03 "Master and Commander: The Far Side of the World"<br><br>Bates No. DCI 000344 | | | | |
| 626 | Video of DCI special programming event "Scorpion King Programming"<br><br>Bates No. DCI 000345 | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 627 | Video of DCI special programming event "Oceans 11"  Bates No. DCI | | | | |
| 628 | 11/12/01 Letter from Catanoso to Rhoades (re: additional $125,000 ad buy)  (DCI 000124-135 CONFIDENTIAL ) | | | | |
| 629 | Air Date Report for "Wings (Cobra) Whispering Death"  Bates No. DCI 000337 | | | | |
| 630 | "Air Master: Cut to Clock Tape" of Documentary *Behind Enemy Lines: The Scott O'Grady Story*  (DCI 000338) | | | | |
| 631 | Transcript of tune-ins and interstitials | | | | |
| 632 | List of DCI Documentary Air Dates  Bates No. DCI 000013 | | | | |
| 633 | Articles about Discovery Documentary showing title  Bates Nos. DCI 000315-334 | | | | |
| 634 | 3/22/2002 letter from David Crockford at BBC to Scott O'Grady faxing copy of agreement for "999" series  Bates No. DCI 000095 | | | | |
| 635 | Photos of Scott O'Grady and Sally Dyas and various other BBC personnel  Bates Nos. BBC 000001-8 | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 636 | RECCE Sched as of 17 May 1996 – schedule of travel, filming and interviews for June, 1996<br><br>Bates Nos. BBC 000013-16 | | | | |
| 637 | "Scott O'Grady" Filming Schedule Wednesday 31 July - Wednesday 7 August<br><br>Bates Nos. BBC 000059-75 | | | | |
| 638 | 6/3/96 fax from Anna Gol to Sally Dyas<br><br>Bates Nos. BBC 000079-99 | | | | |
| 639 | List of who to send tapes to<br><br>Bates Nos. BBC 000124-140 | | | | |
| 640 | 3/25/1997 letters from Sally Dyas to General Berndt, Sgt. Pfister, Col. Tarbutton, Major Mykleby, TO Hanford, Bob [Wright], Dr. O'Grady, and blank form letter<br><br>Bates Nos. BBC 000152-159 | | | | |
| 641 | Handwritten notes<br><br>Bates Nos. BBC 000161-164 | | | | |
| 642 | Receipt from Lloyds Bank<br><br>Bates No. BBC 000165 | | | | |
| 643 | 8/12/96 letters from Sally Dyas, et al. to personnel at Mt. Vernon Hospital<br><br>Bates Nos. BBC 000166-168 | | | | |
| 644 | USA Today article on Discovery Channel airing of "Whispering Death"<br><br>Bates No. BBC 000179 | | | | |
| 645 | 11/5/96 letter from Sally Dyas to Major Nancy La Luntas<br><br>Bates Nos. BBC 000183-184 | | | | |

139

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 646 | 8/12/96 letters from Sally Dyas, et al. to Major Mykleby, Sgt. Pfister and Col. Tarbutton<br><br>Bates No. BBC 000190-192 | | | | |
| 647 | Diagram of seating arrangements<br><br>Bates No. BBC 000206 | | | | |
| 648 | 11/6/96 letter from Sally Dyas, et al. to Major Bob Wright<br><br>Bates No. BBC 000242-243 | | | | |
| 649 | 7/1/96 letter from Sally Dyas to Major Ken Warren<br><br>Bates No. BBC 000265 | | | | |
| 650 | 5/15/96 letter from Sally Dyas to Major Ken Warren at Hill AFB, Utah<br><br>Bates Nos. BBC 000267-269 | | | | |
| 651 | 12/1/95 fax cover sheet from Sally Dyas to Msgt. C. Segal with letter<br><br>Bates Nos. BBC 000274-275 | | | | |
| 652 | 11/7/96 letter from Sally Dyas, et al. to Master Sgt. D. Dick at USAF Survival School<br><br>Bates No. BBC 000277 | | | | |
| 653 | 11/7/96 letter from Sally Dyas to Sgt. Conrad at Fairchild AFB<br><br>Bates No. BBC 000278 | | | | |
| 654 | 11/7/96 letter from Sally Dyas, et al. to Lt. Col. Osborne, USAF Survival School<br><br>Bates No. BB C 000279 | | | | |
| 655 | 7/7/95 letter to Capt . Mitchell, Allied Forces South Europe (sender not identified), with fax cover sheet from Sally Dyas<br><br>Bates Nos. BBC 000339-340 | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 656 | 7/10/95 letter from Sally Dyas to Major Balmer (Fairchild AFB)<br><br>Bates Nos. BBC 000342-343 | | | | |
| 657 | 7/10/95 fax cover sheet from Sally Dyas to Brig. Gen. Sconyers<br><br>Bates No. BBC 000344 | | | | |
| 658 | 7/24/95 letter from Sally Dyas to Brig. Gen. Sconyers<br><br>Bates Nos. BBC 000346-347 | | | | |
| 659 | 7/10/95 fax from SMSgt. Joe Lavigne<br><br>Bates No. BBC 000348 | | | | |
| 660 | 8/2/95 letter from Sally Dyas to Major C. Geisel<br><br>Bates No. BBC 000350-353 | | | | |
| 661 | 10/14/95 letter from Sally Dyas to Major C. Geisel<br><br>Bates No. BBC 000354-355 | | | | |
| 662 | Undated handwritten note from Major Bob "Wilbur" Wright to Sally<br><br>Bates No. BBC 000395 | | | | |
| 663 | 4/7/1997 letter from Major Kenneth E. Warren, Chief of Public Affairs, Department of the Air Force, to Sally Dyas<br><br>Bates No. BBC 000396 | | | | |
| 664 | 4/2/1997 email from SM Sgt. Dale Warman to Sally Dyas, with cc: Thomas Hanford and Michael Paoli<br><br>Bates No. BBC 000397 | | | | |
| 665 | 5/17/1996 letter from Sally Dyas to Mr. [William] O'Grady<br><br>Bates No. BBC 000398 | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 666 | 12/2/1996 letter from Sally Dyas to Captain TO Hanford<br><br>Bates No. BBC 000399 | | | | |
| 667 | 8/12/1996 letter from Sally Dyas, et al. to Major R. Wright<br><br>Bates No. BBC 000400 | | | | |
| 668 | 10/30/1995 letter from MSgt. Catherine A. Segal, Department of the Air Force to Sally Dyas<br><br>Bates No. BBC 000403 | | | | |
| 669 | 4/14/1997 letter from Sally Dyas to Ms. S. O'Grady<br><br>Bates No. BBC 000404 | | | | |
| 670 | 7/10/1995 fax cover sheet from Sally Dyas to Major C. Ballmer with an address at Fairchild Air Force Base<br><br>Bates No. BBC 000406 | | | | |
| 671 | 6/20/1995 letter from Tony Salmon, Director, BBC, to Commander in Chief, U .S. Naval Forces Europe<br><br>Bates No. BBC 000407-408 | | | | |
| 672 | 7/10/1995 letter from Sally Dyas to Brigadier General Sconyers, Secretary Air Force<br><br>Bates No. BBC 000409-410 | | | | |
| 673 | 2/13/1996 letter from Sally Dyas to Jim Kout, Assistant Director of the Directorate of Defense Information<br><br>Bates Nos. BBC 000411-412 | | | | |
| 674 | 4/12/91996 letter from James P. Kout, Assistant Director, Directorate for Defense Information to Sally Dyas<br><br>Bates No. BBC 000413 | | | | |

142

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 675 | 5/15/1996 fax cover sheet from Sally Dyas to Lauralee Hill<br><br>Bates No. BBC 000414 | | | | |
| 676 | 5/17/1996 letter from Sally Dyas to Lauralee Hill<br><br>Bates No. BBC 000415 | | | | |
| 677 | 7/22/1996 (and re-sent 11/18/1996) from Sally Dyas to Mr. S. Schear, Assistant Press Secretary for Television News<br><br>Bates Nos. BBC 000416-417 | | | | |
| 678 | 7/1/1996 letter from Sally Dyas to Stacey O'Grady<br><br>Bates No. BBC 000418 | | | | |
| 679 | 8/12/1996 letter from Sally Dyas, Tony Salmon, Bruce Abrahams to Stacy O'Grady<br><br>Bates No. BBC 000419 | | | | |
| 680 | 10/12/03 *New York Times* article entitled "I seek Dead People" | | | | |

143

**B.**   **Discovery Communications, Inc. May Offer the Following Exhibits at Trial:**

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 3 | *Return with Honor* by Captain Scott O'Grady with Jeff Coplon (Hardback Copy) <br><br> (O'Grady Deposition Exhibit No. 3 and JA Ex. 3) | | | | . |
| 4 | *Return with Honor* by Scott O'Grady with Jeff Coplon (Soft Cover) <br><br> (O'Grady Deposition Exhibit No. 4 and JA Ex. 4) | | | | |
| 5 | *Basher Five-Two The True Story of F-16 Fighter Pilot Captain Scott O'Grady* by Captain Scott O'Grady with Michael French <br><br> (O'Grady Deposition Exhibit No. 5 and JA Ex. 5) | | | | |
| 7 | Fox's video stills No. 7 – 7.45 <br><br> (O'Grady Deposition Exhibit No. 7) | | | | |
| 12 | Internet articles regarding other pilots shot down in Bosnia and later rescued <br><br> (MSJ Exhibit No. 12) | | | | |
| 20 | Collection of video covers, Internet printout of available books and CDs using the phrase "Behind Enemy Lines" <br><br> JA Ex. 20 | | | | |
| 24 | 46 History Today 48 (1996) <br><br> (JA Ex.24) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 25 | 1999 U.S. Individual Income Tax Return – Form 1040 – Scott O'Grady<br><br>Bates Nos. SOG 003867 thru 3895 – Confidential<br><br>(O'Grady Deposition Exhibit No. 25) | | | | . |
| 26 | 07/26/2000 Letter to Andrew McDirmid from Suzanne Warren of Washington Speakers Bureau, Inc. enclosing 1099 for Scott O'Grady<br><br>Bates Nos. SOG 004241 thru 4242 – Confidential<br><br>(O'Grady Deposition Exhibit No. 26) | | | | |
| 27 | 2000 U.S. Individual Income Tax Return – Form 1040 – Scott O'Grady<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 27) | | | | |
| | | | | | |
| 28 | 2001 U.S. Individual Income Tax Return – Form 1040 – Scott O'Grady<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 28) | | | | |
| | | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 42 | 03/07/2002 Letter to British Broadcasting Corporation from Mary Lou Scardapane requesting copy of Release O'Grady signed and 04/27/1999 Notes to Mrs. Scardapane from BBC<br><br>Bates No. SOG 003186<br><br>(O'Grady Deposition Exhibit No. 42) | | | | |
| 43 | 03/08/? Note to Scott re fax to BBC<br><br>Bates No. SOG 003187<br><br>(O'Grady Deposition Exhibit No. 43) | | | | |
| 97 | 10/22/2001 E-mail between Robert Alan Anderson, Mary Baquet, Kelly Patterson, Adam Stewart<br><br>Bates Nos. DCI 000037<br><br>(Patterson Deposition Exhibit No. 97) | | | | |
| 98 | 10/23/2001 E-mail between Robert Alan Anderson, Mary Baquet, Kelly Patterson<br><br>Bates No. DCI 000035<br><br>(Patterson Deposition Exhibit No. 98) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 102 | 11/05/2001 E-mail from Mary Baquet to Adam Stewart, with copies to Kelly Patterson and Roger Henry<br><br>Bates Nos. DCI 000031 – DCI 000032<br><br>(Patterson Deposition Exhibit No. 102) | | | | |
| 103 | 11/05/2001 E-mail between Michelle Marks, Kelly Patterson, Robert Alan Anderson, Mary Baquet, Mark Goodman, Jenny Rhoades, Liz Miltello, Naomi Kahne<br><br>Bates Nos. DCI 000033 – DCI 000034<br><br>(Patterson Deposition Exhibit No. 103) | | | | |
| 104 | 11/08/2001 E-mail between Kelly Patterson, Michael Yavorsky, Robert-Alan Anderson, Mary Baquet, Lisa Miller, Raul Barragan, Edward Henderzak at Discovery<br><br>Bates No. DCI 000029<br><br>(Patterson Deposition Exhibit No. 104) | | | | |
| 106 | 11/11/2001 E-mail between Mary Baquet, Kelly Patterson, and Robert Anderson<br><br>Bates No. DCI 000026<br><br>(Patterson Deposition Exhibit No. 106) | | | | |

147

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 107 | 11/15/2001 E-mail between Robert Anderson, Kelly Patterson, and Mary Baquet<br><br>Bates No. DCI 000024<br><br>(Patterson Deposition Exhibit No. 107) | | | | |
| 110 | 11/20/2001 E-mails between Michelle Marks, Robert Alan Anderson, Kelly Patterson, and Mary Baquet<br><br>Bates Nos. DCI 000022 – DCI 000023<br><br>(Patterson Deposition Exhibit No. 110) | | | | |
| 112 | 12/06/2001 E-mail from Robert Anderson to Kelly Patterson<br><br>Bates Nos. DCI 000017 – DCI 000018<br><br>(Patterson Deposition Exhibit No. 112) | | | | |
| 117 | Document entitled "Behind Enemy Line, 20th Century Fox Production<br><br>Bates Nos. DCI 00079 – DCI 00082<br><br>(Patterson Deposition Exhibit No. 117) | | | | |
| 118 | Document entitled "Behind Enemy Lines: The Scott O'Grady Story, Interstitial Value"<br><br>Bates No. DCI 000284<br><br>(Patterson Deposition Exhibit No. 118) | | | | |

148

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 120 | Document entitled "Discovery Channel Demographic Detail Report Broadcast 1st Quarter 2002"<br><br>Bates Nos. DCI 000279-282<br><br>(Patterson Deposition Exhibit No. 120)<br><br>Confidential | | | | |
| 121 | Document entitled "Discovery Channel Demographic Detail Report Broadcast 4th Quarter 2001"<br><br>Bates Nos. DCI 000267 – DCI 0000278   Confidential<br><br>(Patterson Deposition Exhibit No. 121) | | | | |
| 122 | Document entitled "Discovery Channel Demographic Detail Report Broadcast 4th Quarter 2001"<br><br>Bates Nos. DCI 000259 – DCI 0000266   Confidential<br><br>(Patterson Deposition Exhibit No. 122) | | | | |
| 123 | Document entitled "Discovery Channel Deal Summary Page Deal-to-Deal thru December 2001"<br><br>Bates Nos. DCI 000257 – DCI 0000258   Confidential<br><br>(Patterson Deposition Exhibit No. 123) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 124 | Document entitled "Discovery Channel Deal Summary Page Deal-to-Deal thru December 2001"<br><br>Bates Nos. DCI 000255 – DCI 0000256   Confidential<br><br>(Patterson Deposition Exhibit No. 124) | | | | |
| 128 | Document entitled "Subpoena in a Civil Case"<br><br>Bates Nos.<br><br>(Cairns Deposition Exhibit No. 128) | | | | |
| 129 | 10/03/1995 – Term Sheet as of October 3, 1995 between Savoy Pictures and Scott O'Grady<br><br>Bates Nos.<br><br>(Cairns Deposition Exhibit No. 129) | | | | |
| 138 | 05/03/2002 Contract for Washington Speakers Bureau for Scott O'Grady<br><br>Bates Nos. SOG 004803 – 004804<br><br>(Parsons Deposition Exhibit No. 138) | | | | |
| 140 | 03/13/2002 Contract for Washington Speakers Bureau for Scott O'Grady<br><br>Bates Nos. SOG 004737 – 004738<br><br>(Parsons Deposition Exhibit No. 140) | | | | |

150

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 141 | 01/25/2002 Contract for Washington Speakers Bureau for Scott O'Grady<br><br>Bates Nos. SOG 004759 – 004760<br><br>(Parsons Deposition Exhibit No. 141) | | | | |
| 142 | 1999 to 2003 – Chart – Scott O'Grady's Engagements with Religious Organizations (1999-2003)<br><br>Bates No. WSB 00016<br><br>(Parsons Deposition Exhibit No. 142) | | | | |
| 143 | 02/17/2003 Internet Printout from Washington Speakers Bureau Website "Most Requested Speakers"<br><br>Bates Nos. WSB 00012<br><br>(Parsons Deposition Exhibit No. 143) | | | | |
| 160 | 00/00/2000 Book Proposal of *GOOD TO GO: The Planning, Search, and Rescue of Air Force Pilot Scott O'Grady in Bosnia* by Mary Pat Kelly<br><br>Bates Nos. NIP 00001 – NIP 00002<br><br>(Kelly Deposition Exhibit No. 160) | | | | |

151

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 163 | 00/00/2000 Handwritten Notice re *Good to Go* Signed by Mary Pat Kelly<br><br>Bates No. NIP 00148 -- NIP 000149<br><br>(Kelly Deposition Exhibit No. 163) | | | | |
| 165 | 08/29/1996 Note from Susan Brook to Mary Pay Kelly enclosing photo of O'Grady<br><br>Bates Nos. NIP 00164 -- NIP 000165<br><br>(Kelly Deposition Exhibit No. 165) | | | | |
| 171 | 03/08/1996 Letter from Susan Artigiani to Rita Rich<br><br>Bates Nos. NIP 00250 -- NIP 000251<br><br>(Kelly Deposition Exhibit No. 171) | | | | |
| 172 | 00/00/2000 Mary Pat Kelly Tape List<br><br>Bates No. NIP 00014<br><br>(Kelly Deposition Exhibit No. 172) | | | | |
| 174 | 08/08/1995 Memo to Esther Newberg from Barry Greenberg<br><br>Bates No. ICM 041<br><br>(Newberg Deposition Exhibit No. 174) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 175 | 01/04/1996 Letter to Alan Sokol from Diane Cairns<br><br>Bates No. ICM 082<br><br>(Newberg Deposition Exhibit No. 175 and JA Ex. 175) | | | | |
| 180 | 03/25/2002 Letters to and from Tom Mills and Scott O'Grady<br><br>Bates Nos. TRE 00001 – 00007<br><br>(Mills Deposition Exhibit No. 180) | | | | |
| 185 | 01/15/1998 Letter from Tom Mills to Scott O'Grady<br><br>Bates No. SOG 005056<br><br>(Mills Deposition Exhibit No. 185) | | | | |
| 189 | 05/26/1998 Letter to Scott O'Grady from Tom Mills<br><br>Bates Nos. SOG 005066 – 005067<br><br>(Mills Deposition Exhibit No. 189) | | | | |
| 213 | 11/15/01 Media Release – "Fox to Host Premiere Screening of *Behind Enemy Lines* at Naval Air Station North Island, In San Diego"<br><br>Bates No. FOX 00165<br><br>(Parker Deposition Exhibit No. 213) | | | | |

153

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 214 | 10/25/01 Fax from Ted Gagliano to Hutch Parker<br><br>Bates Nos. FOX 06629 - 06630<br><br>(Parker Deposition Exhibit No. 214) | | | | |
| 220 | 11/05/01 E-mail from Michelle Marks and various others to Bob Harper<br><br>Bates Nos. FOX 05331 – 05333<br><br>(Marks Deposition Exhibit No. 220) | | | | |
| 223 | 11/09/01 E-mail from Wendy Merry to Lisa Licht, Meredith Lipsky and Michele Marks<br><br>Bates No. FOX 00517<br><br>(Marks Deposition Exhibit No. 223) | | | | |
| 227 | 11/23/01 New Hampshire 300 presented by Behind Enemy Lines<br><br>Bates Nos. FOX 07259 - 07299<br><br>(Marks Deposition Exhibit No. 227) | | | | |
| 228 | License Agreements between BBC and DCI<br><br>Bates Nos. DCI 000112 through 123<br><br>(JA Ex. 228) | | | | |

154

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 272 | 00/00/00 Twentieth Century Fox Technical Story Slug: Behind Enemy Lines: Producer's Commentary <br><br> Bates Nos. FOX 00732 – FOX 00803 <br><br> (Davis Deposition Exhibit No. 272) | | | | |
| 273 | 11/05/99 "Behind Enemy Lines" A Broad Review of Script Development and Proposed Direction from John Moore <br><br> Bates Nos. <br><br> (Moore Deposition Exhibit No. 273) | | | | |
| 275 | 05/15/00 Memo to Zak Penn from Wyck Godfrey <br><br> Bates Nos. DAVIS 00020 – 00021 <br><br> (Moore Deposition Exhibit No. 275) | | | | |
| 279 | 11/30/01 Memo to Those Concerned from Carol Sewell <br><br> Bates Nos. FOX 00038 – 00056 <br><br> (Moore Deposition Exhibit No. 279) | | | | |

155

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 280 | 12/03/01 Article "Hollywood Goes to War"<br><br>Bates Nos. FOX 00340 – 00343<br><br>(Moore Deposition Exhibit No. 280) | | | | |
| 282 | 03/06/02 Fax from Beth Luterman to Capt. Scott O'Grady<br><br>Bates Nos.<br><br>(Corzine Deposition Exhibit No. 282) | | | | |
| 283 | 03/15/02 Fax from Dorrit v to Chaz Corzine<br><br>Bates Nos.<br><br>(Corzine Deposition Exhibit No. 283) | | | | |
| 286 | Amended Joint Notice of Oral and Videotaped Deposition of Scott O'Grady<br><br>O'Grady Deposition Exhibit 286 | | | | |
| 287 | Plaintiff's Objections and Responses to Defendant Discovery Communications, Inc.'s Requests for Admission<br><br>O'Grady Deposition Exhibit 287 | | | | |
| 300 | 06/12/2003  Internet Printout from Amazon.com – "Scott O'Grady Behind Enemy Lines" by Jil Fine<br><br>(O'Grady Deposition Exhibit No. 300) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 309 | 00/2000/2000  Handwritten Notes on Washington Speakers Bureau Paper<br><br>Bates Nos. SOG 003935, 004007, 004098, 004099, 004380, 004381, 004486, 004634<br><br>(O'Grady Deposition Exhibit No. 309) | | | | |
| 311 | 05/19/1998  Letter to Tom Mills from Kay Ferguson<br><br>Bates Nos. SOG 005069 - 005072<br><br>(O'Grady Deposition Exhibit No. 311) | | | | |
| 312 | 03/09/2002  Email from auto-confirm@amazon.com to zuluf16@aol.com re purchase of "Escape from Bosnia: The Scott O'Grady Story-Escape!" VHS<br><br>Bates Nos. SOG 003179 – 003181<br><br>(O'Grady Deposition Exhibit No. 312 and JA Ex. 312) | | | | |
| 318 | 03/31/1997  Script of "Return with Honor" Fourth Revision<br><br>Bates Nos. MGM 0001 – 0111<br><br>(O'Grady Deposition Exhibit No. 318) | | | | |

157

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 319 | 05/27/1997  United Artists Overview of Fourth Revision of "Return with Honor"<br><br>Bates Nos. MGM 0115 – 0119<br><br>(O'Grady Deposition Exhibit No. 319) | | | | |
| 321 | 6/17/2003 Internet Printout from Hacker, Douglas & Company of Article "Less Than Zero" Studio Accounting Practices in Hollywood<br><br>Bates Nos.<br><br>(Hacker Deposition Exhibit No. 321) | | | | |
| 323 | 5/13/2003 Chart:  Comparison of Ultimates to Actuals @ 04/30/2003 Prepared by Fox Accounting Presented to Phil Hacker on 5/13/2003<br><br>Bates No. HACKER 00014<br><br>(Hacker Deposition Exhibit No. 323) | | | | |
| 327 | 02/04/2003  Letter to Gabriel Gelb from Peter Flynn<br><br>Bates Nos. SOG 005259 – 005260<br><br>(Gelb Deposition Exhibit No. 327) | | | | |
| 328 | Video<br><br>Bates No. SOG 5505<br><br>(Gelb Deposition Exhibit No. 328) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 329 | 03/31/2003; 04/30/2003; 06/16/2003  Invoices from Gabriel Gelb to C.W. Flynn<br><br>Bates Nos. GELB 1205 - 1207<br><br>(Gelb Deposition Exhibit No. 329) | | | | |
| 330 | 02/12/2002  Draft of Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 037 – 040<br><br>(Gelb Deposition Exhibit No. 330) | | | | |
| 331 | 06/06/2003  Email from C.W. Flynn to Scott Hastings re O'Grady Questionnaire<br><br>Bates Nos. SOG 005472 – 05476<br><br>(Gelb Deposition Exhibit No. 331) | | | | |
| 332 | 03/06/2002  Draft of Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 032 – 036<br><br>(Gelb Deposition Exhibit No. 332) | | | | |
| 333 | 00/2000/2000  Copies of pages from Webster's Seventh New Collegiate Dictionary and Internet Printout from Yahoo Dictionary<br><br>Bates Nos.<br><br>(Gelb Deposition Exhibit No. 333) | | | | |

159

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 334 | 06/06/2003  Email from C.W. Flynn to Scott Hastings re "3-6 revised Q"  Bates Nos. SOG 005466 – 005471  (Gelb Deposition Exhibit No. 334) | | | | |
| 335 | 03/24/2003  Bosnia Questionnaire from Gelb Consulting Group, Inc.  Bates Nos. GELB 823 – 827; 834 – 837; 863 – 867; 868 – 872; 903 – 907; 958 – 961  (Gelb Deposition Exhibit No. 335) | | | | |
| 336 | 06/06/2002  Draft of Bosnia Questionnaire from Gelb Consulting Group, Inc.  Bates Nos. GELB 718 – 822; 839 – 842  (Gelb Deposition Exhibit No. 336) | | | | |
| 337A | Collection of news articles concerning DCI's awards  JA Ex. 337A | | | | |
| 337 | 03/06/2003   Draft of Bosnia Questionnaire from Gelb Consulting Services  Bates Nos. GELB 072 – 077  (Gelb Deposition Exhibit No. 337) | | | | |

160

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT | |
|---------|-------------|-------|------|------------|--------------|---|
| 337B | Collection of news articles concerning Discovery Channel's programs<br><br>JA Ex. 337B | | | | | |
| 338 | 06/06/2003  Email from C.W. Flynn to Scott Hastings re Bosnia Pre-Test Tab<br><br>Bates Nos. SOG 005460 – 005465<br><br>(Gelb Deposition Exhibit No. 338) | | | | | |
| 339 | 03/20/2003  Email from Gabe Gelb to gebowles@lockliddell.com re Bosnia Pre-Test Tab<br><br>Bates Nos. SOG 005360 – 005365<br><br>(Gelb Deposition Exhibit No. 339) | | | | | |
| 340 | 03/24/2003 Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 066 – 071<br><br>(Gelb Deposition Exhibit No. 340) | | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 341 | 03/24/2003  Bosnia Questionaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 195 – 199; 215 – 219; 225 – 251; 264 – 269; 276 – 310; 316 – 318; 320 – 330; 336 – 344; 350 – 354; 380 – 395; 401 – 410; 416 – 420; 442 – 451; 458 – 463<br><br>(Gelb Deposition Exhibit No. 341) | | | | |
| 342 | 03/24/2003  Bosnia Questionaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 669 – 673; 664 – 668; 654 – 658; 649 – 653; 644 – 648; 634 – 638; 629 – 633; 610 – 613; 604 – 608; 584 – 588; 579 – 583; 574 – 578; 564 – 568; 544 – 548; 534 – 538; 514 – 518; 509 – 513; 494 – 498; 484 – 488; 479 – 483<br><br>(Gelb Deposition Exhibit No. 342) | | | | |
| 343 | 03/24/2003  Bosnia Questionnaire from Gelb Consulting Group, Inc.<br><br>Bates Nos. GELB 987 – 991; 1012 – 1016; 1022 – 1030; 1036 – 1040; 1046 – 1055; 1076 – 1080; 1086 – 1095; 1101 – 1115; 1131 – 1139; 1145 – 1149; 1170 – 1174; 1180 – 1184; 1200 – 1204<br><br>(Gelb Deposition Exhibit No. 343) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 344 | 00/2000/2000  Bosnia Code List<br><br>Bates Nos. GELB 056 – 059<br><br>(Gelb Deposition Exhibit No. 344) | | | | |
| 345 | Video:<br><br>Bates Nos. DCI 000078; GELB 001<br><br>(Gelb Deposition Exhibit No. 345) | | | | |
| 346 | 04/2000/2003  Bosnia Study - #1092 from Gelb Consulting Group, Inc.  Bosnia Video Study<br><br>Bates Nos. GELB 0193 – 194<br><br>(Gelb Deposition Exhibit No. 346) | | | | |
| 347 | 04/09/2003  Email from Gabe Gelb to cwflynn@lockeliddell.com; gebowles@lockeliddell.com; rwhardin@lockeliddell.com<br><br>Bates Nos. SOG 005377 – 005386<br><br>(Gelb Deposition Exhibit No. 347) | | | | |
| 348 | 04/28/2003  Gelb Memo to Mary Bates at MARS Research re Validation Calls – "Bosnia" Gelb PO #1092<br><br>Bates No. GELB 184<br><br>(Gelb Deposition Exhibit No. 348) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 349 | 05/12/2003  Memo from Becky Hanner at Consumer Pulse to Marilyn MacRill re Recruiting Information<br><br>Bates Nos. GELB 185 – 188<br><br>(Gelb Deposition Exhibit No. 349) | | | | |
| 350 | 05/06/2003  Email from mbates@marstexas.com to Marilyn Macrill re Validating<br><br>Bates No. GELB 192<br><br>(Gelb Deposition Exhibit No. 350) | | | | |
| 351 | 06/06/2003  Email from C.W. Flynn to Scott Hastings re Bosnia report and tables<br><br>Bates Nos. SOG 005396 – 005420<br><br>(Gelb Deposition Exhibit No. 351) | | | | |
| 352 | 05/15/2003  Email from Gabe Gelb to cwflynn@lockeliddell.com re Bosnia report 5-15<br><br>Bates Nos. GELB 009 – 026<br><br>(Gelb Deposition Exhibit No. 352) | | | | |
| 353 | 06/06/2003  Email from C.W. Flynn to Scott Hastings re Bosnia report revised<br><br>Bates Nos. SOG 005442 – 005450<br><br>(Gelb Deposition Exhibit No. 353) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 354 | 05/29/2003  Memo to Marilyn MacRill from Mary Bates re Validation Statement – Bosnia Project<br><br>Bates Nos. GELB 189 – 190<br><br>(Gelb Deposition Exhibit No. 354) | | | | |
| 357 | 06/04/2003  Email from Mark Roesler to Wes Zirkle re O'Grady<br><br>Bates No. ROESLER 000038<br><br>(Roesler Deposition Exhibit No. 357) | | | | |
| 358 | 00/2000/2000  § 7.03  Celebrity Licensing<br>Mark A. Roesler<br><br>Bates Nos. ROESLER 000017 – 000027<br><br>(Roesler Deposition Exhibit No. 358) | | | | |
| 360 | 00/2000/2000 Copy of § 10:18 – Exclusive Licenses<br><br>Bates Nos. ROESLER 000015 – 000016<br><br>(Roesler Deposition Exhibit No. 360) | | | | |
| 361 | 00/2000/2000  Various Excerpts from *Licensing Royalty Rates* by Gregory Battersby and Charles Grimes<br><br>Bates Nos. ROESLER 000012 – 000014<br><br>(Roesler Deposition Exhibit No. 361) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 362 | 03/17/2003  Letter to George Bowles from Mark Roesler re Retainer Agreement<br><br>Bates Nos. SOG 005241 – 005247<br><br>(Roesler Deposition Exhibit No. 362) | | | | |
| 363 | 02/10/2003  Email from Wes Zirkle to gbowles@lockeliddell.com re Mark Roesler<br><br>Bates Nos. ROESLER 000032 – 000036<br><br>(Roesler Deposition Exhibit No. 363) | | | | |
| 365 | 05/13/2003  Email from Wes Zirkle to rhardin@lockeliddell.com re Expert Opinion Secure Link//Strictly Confidential<br><br>Bates No. SOG 005487<br><br>(Roesler Deposition Exhibit No. 365) | | | | |
| 366 | 04/08/2003  Email from Wes Zirkle to gbowles@lockeliddell.com re Mark Roesler's Biography and CV<br><br>Bates Nos. ROESLER 000037; SOG 005372 – 005376<br><br>(Roesler Deposition Exhibit No. 366) | | | | |

166

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|-------|------|------------|--------------|
| 367 | 06/19/2003  Printout of CMG Worldwide Client List from CMG Web Site<br><br>(Roesler Deposition Exhibit No. 367) | | | | |
| 371 | 01/22/1996  Agreement between Orion Pictures and Scott O'Grady<br><br>Bates Nos. ROESLER 000006 – 000011<br><br>(Roesler Deposition Exhibit No. 371) | | | | |
| 372 | 09/26/2001  Letter from Justin Brown to Scott O'Grady re "Return with Honors"<br><br>Bates No. ROESLER 000040<br><br>(Roesler Deposition Exhibit No. 372) | | | | |
| 373 | 10/06/1995  Letter to Alan Sokol from Diane Cairns<br><br>Bates Nos. ROESLER 000142; 000121 – 000000124<br><br>(Roesler Deposition Exhibit No. 373) | | | | |
| 374 | 01/04/1996  Letter from Diane Cairns to Alan Sokol<br><br>Bates No. ICM 082<br><br>(Roesler Deposition Exhibit No. 374) | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 376 | 00/2000/2000 Copy of the History Channel Videotape "Escape! Escape from Bosnia – The Scott O'Grady Story<br><br>Bates Nos.<br><br>(Roesler Deposition Exhibit No. 376) | | | | |
| 377 | 05/14/2003  Fax from Corinne Blankenship to Mark Roesler Attaching Ingalls Shipbuilding Agreement Dated 05/27/1998<br><br>Bates Nos. ROESLER 000268 – 000271<br><br>(Roesler Deposition Exhibit No. 377) | | | | |
| 378 | 04/2003/1997  Agreement between Sport, Education & Values Foundation and Captain Scott O'Grady<br><br>Bates No. ROESLER 000272<br><br>(Roesler Deposition Exhibit No. 378) | | | | |
| 379 | 06/18/2003  Printout from markroesler.com of Famous Domain Names<br><br>(Roesler Deposition Exhibit No. 379) | | | | |
| 382 | 07/11/2003  Handwritten Notes of Bill Flanagan<br><br>(Flanagan Deposition Exhibit No. 382) | | | | |
| 388 | ?<br><br>(Nielsen Deposition Exhibit No. 388) | | | | |

168

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 389 | 12/06/2001  Handwritten Note from Julie Nielsen to Scott O'Grady transmitting recorded video<br><br>(Nielsen Deposition Exhibit No. 389) | | | | |
| 392 | 07/15/2003  Letter from Corinne Blankenship of Locke Liddell to Julie Nielsen enclosing copy of original videotape and handwritten note to Scott O'Grady<br><br>(Nielsen Deposition Exhibit No. 392) | | | | |
| 393 | 07/22/2003  Handwritten Notes by Julie Nielsen on Locke Liddell envelope<br><br>Bates Nos.<br><br>(Nielsen Deposition Exhibit No. 393) | | | | |
| 423 | Kelly Patterson's special programming events book<br><br>Bates Nos. Armstrong 00002-198 | | | | |
| 426 | 3/18/2003 Behind Enemy Lines Press Kit for DVD Release<br><br>Bates Nos. FOX 01081-01196<br><br>(Armstrong Deposition Exhibit No. 426) | | | | |
| 428 | 7/28//2003 Various Critical Reviews of Behind Enemy Lines<br><br>Bates Nos.<br><br>(Armstrong Deposition Exhibit No. 428) | | | | |

68326:83360 : DALLAS : 1234053.5

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 459 | 07/17/1996 Letter to Stacy O'Grady from Sally Dyas of the BBC South<br><br>Also Bates Nos. BBC 000379-381<br><br>(S. Dietschak Deposition Exhibit No. 459) | | | | |
| 460 | 08/12/1996 Letter to Stacy O'Grady from Tony Salmon of the BBC South<br><br>Also Bates No. BBC 000382<br><br>(S. Dietschak Deposition Exhibit No. 460) | | | | |
| 500 | 06/14/1995 *Time* magazine article entitled "All for One" | | | | |
| 507 | Declaration of Vernon Chu<br><br>Appendix I of JA (under seal) | | | | |
| 508 | 9/25/1996 co-production agreement between The British Broadcasting corporation and BBC Worldwide Americas, Inc.<br><br>(Ex. A to the Declaration of Vernon Chu -- Appendix II of JA (under seal)) | | | | |
| 509 | 3/26/1997 amendment to co-production agreement between the British Broadcasting Corporation and BBC Worldwide Americas, Inc.<br><br>(Ex. B. to the Declaration of Vernon Chu -- Appendix II of JA (under seal)) | | | | |

170

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 510 | 1/24/1994 letter to Lionheart Television International, Inc. from The Learning Channel<br><br>(Ex. C to the Declaration of Vernon Chu -- Appendix II of JA (under seal)) | | | | |
| 511 | 9/9/1996 addendum to License Agreement dated October 7, 1993 between The Learning Channel, Inc. and BBC Worldwide Americas, Inc.<br><br>(Ex. D to the Declaration of Vernon Chu -- Appendix II of JA (under seal)) | | | | |
| 512 | 11/29/1999 letter from BBC to Discovery Communications, Inc. attaching executed 9/9/1996 Addendum to License Agreement<br><br>(Ex. E to the Declaration of Vernon Chu -- Appendix II of JA (under seal)) | | | | |
| 542 | Curriculum Vitae of Neil Freeman | | | | |
| 545 | Curriculum Vitae of Alan Goedde | | | | |
| 547 | Curriculum Vitae of Edward Blair | | | | |
| 614 | Transcription of Tape #1 – Coplon and O'Grady<br><br>Bates Nos. SOG 000001 – SOG 000101 | | | | |
| 681 | Washington Speakers Bureau 2001 contracts – Confidential<br><br>(JA Ex. 27) | | | | |

171

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 682 | Washington Speakers Bureau 2002 contracts - Confidential  JA Ex. 28 | | | | |
| 683 | "Scott O'Grady" Filming Schedule Tuesday 3 December – Sunday 8 December  Bates Nos. BBC 000017-19 | | | | |
| 684 | Daily Schedule for Tuesday 3 December 96 through Sunday 8 December 96  Bates Nos. BBC 000021-25 | | | | |
| 685 | "Scott O'Grady" Frankfurt – Schedule Wednesday 20 November – Thursday 21 November  Bates No. BBC 000026 | | | | |
| 686 | Itinerary for BBC Production of O'Grady Rescue – December 4-6  Bates No. BBC 000027 | | | | |
| 687 | "Scott O'Grady" Filming Schedule Monday 21 October – Thursday 31 October  Bates No. BBC 000029 | | | | |
| 688 | General phone numbers  Bates Nos. BBC 000030-32 | | | | |
| 689 | Travel schedules for Tuesday 15 October 96 – Thursday 31 October 96  Bates Nos. BBC 000033-50 | | | | |
| 690 | "Scott O'Grady" Filming Schedule Wednesday 14 August – Sunday 18 August | | | | |

172

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | Bates Nos. BBC 000052-55 | | | | |
| 691 | Copy of envelope from GIFT to Sally Dyas postmarked 5/28/97<br><br>Bates No. BBC 000110 | | | | |
| 692 | Postcard notice that O'Grady has moved as of June 1, 1997<br><br>Bates No. BBC 000111 | | | | · |
| 693 | Names, addresses and phone numbers for O'Grady family and others<br><br>Bates Nos. BBC 000114-123 | | | | |
| 694 | Lists of "O'Grady Contacts" and business cards<br><br>Bates Nos. BBC 000141-151 | | | | |
| 695 | Bio of Captain Scott F. O'Grady from 2/96<br><br>Bates No. BBC 000173 | | | | |
| 696 | 12/17/96 letter to 1st Lt. S. R. Quimby from Sally Dyas/Tony Salmon<br><br>Bates No. BBC 000176 | | | | |
| 697 | Copy of clearance from Lt. Quimby<br><br>Bates Nos. BBC 000177-178 | | | | |
| 698 | 10/2/96 letter to Lt. Quimby from Sally Dyas<br><br>Bates Nos. BBC 000180-182 | | | | |
| 699 | Undated letter to Captain S. Cubbler<br><br>Bates No. BBC 000186 | | | | |
| 700 | 8/12/96 letter from Sally Dyas, et al. to Brigadier General M. R. Berndt | | | | |

173

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | Bates No. BBC 000187 | | | | |
| 701 | 8/12/96 letter from Sally Dyas, et al. to Cpl. Brock<br><br>Bates No. BBC 000188 | | | | |
| 702 | 8/12/96 letter from Sally Dyas, et al. to Lt. Quimby<br><br>Bates No. BBC 000189 | | | | |
| 703 | Note from Lt. Quimby to Capt. Johnson<br><br>Bates No. BBC 000193 | | | | |
| 704 | 7/22/96 letter from Sally Dyas to Cpl. Brock<br><br>Bates No. BBC 000194-196 | | | | |
| 705 | 6/14/96 letter from Sally Dyas to Gunnery Sgt. Gethicker<br><br>Bates Nos. BBC 000200-201 | | | | |
| 706 | Fax cover sheet from Gethicker to Sally Dyas attaching 5/3/96 memo<br><br>Bates Nos. BBC 000211-212 | | | | |
| 707 | Advance Information : "Good to Go" The Rescue of Scott O'Grady from Bosnia by Mary Pat Kelly<br><br>Bates No. BBC 000213 | | | | |
| 708 | 4/30/96 letter from Sally Dyas to Major Steve Little<br><br>Bates No. BBC 000214-215 | | | | |
| 709 | 8/23/96 letters from Sally Dyas to Lt. D. Albritton, Capt. Gershon, Col. Riley, Lt. Fahy, Col. Natonski<br><br>Bates Nos. BBC 000217-221 | | | | |
| 710 | 7/26/96 letters from Sally Dyas | | | | |

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | to personnel on USS Kearsarge<br><br>Bates Nos. BBC 000226-227 | | | | |
| 711 | 5/3/96 letter from Sally Dyas to LCDR Rob Newell, Chief of Information, USN<br><br>Bates Nos. 000231-233 | | | | |
| 712 | Undated letter to D. Warman<br><br>Bates No. BBC 000241 | | | | |
| 713 | 11/7/96 letter from Sally Dyas to Maj. Thompson, Air Force Office of Public Affairs<br><br>Bates No. BBC 0002042 | | | | |
| 714 | 9/26/96 letter from Sally Dyas to Lt. Col. McGinley<br><br>Bates No. BBC 000253-255 | | | | |
| 715 | 9/26/96 letter from Bruce Abahams to Gill Whitecell at Wright Patterson AFB<br><br>Bates No. BBC 000256 | | | | |
| 716 | 9/26/96 letter from Bruce Abrahams to Major James Bolling at Springfield AFB<br><br>Bates Nos. BBC 000257-259 | | | | |
| 717 | 8/12/96 letter from Bruce Abrahams, et al. to Major Milord<br><br>Bates No. BBC 000261 | | | | |
| 718 | 7/19/96 letter from Sally Dyas to Major Guy Thompson<br><br>Bates No. BBC 000262-263 | | | | |
| 719 | 7/1/96 letter from Sally Dyas to Sgt. Brooks<br><br>Bates No. BBC 000264 | | | | |
| 720 | 5/3/96 letter from Sally Dyas to | | | | |

175

| EX. NO. | DESCRIPTION | OFFER | OBJ. | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | Major Guy Thompson<br><br>Bates Nos. BBC 000270-272 | | | | |
| 721 | 7/2/96 letter from Sally Dyas to Lt. Col. Osborne<br><br>Bates Nos. BBC 000280-281 | | | | |
| 722 | 7/2/96 letter from Sally Dyas to Ssgt. Conrad, Fairchild AFB<br><br>Bates Nos. BBC 000282-283 | | | | |
| 723 | 7/22/96 letter from Sally Dyas to Mr. S. Schear at The White House<br><br>Bates Nos. BBC 000296-297 | | | | |
| 724 | "999 Specials Press Release" about "Missing in Action"<br><br>Bates Nos. BBC 000304-307 | | | | |
| 725 | 1/30/97 email from Sally Dyas to MSgt. Dale Warman<br><br>Bates No. BBC 000323 | | | | |
| 726 | Notes on "Conversation with Capt. TO Hanford: 17 May 1996"<br><br>Bates No. BBC 000334-335 | | | | |
| 727 | Franklin R. Johnson – Entertainment Industry Engagements | | | | |
| 728 | Franklin R. Johnson – Litigation Counseling and Expert Testimony Engagements Involving Disputes Primarily in the Entertainment Industry | | | | |

## I.    LIST OF ANY PENDING MOTIONS

Defendant Twentieth Century Fox Film Corporation's Motion for Summary Judgment

Defendants Discovery Communications, Inc.'s Motion for Summary Judgment

Defendant Twentieth Century Fox Film Corporation's Objections to Plaintiff's Summary Judgment Evidence

Defendants' Joint Motion to Exclude Testimony by Expert Witness Mark A. Roesler

Defendants' Joint Motion to Exclude Testimony by Expert Witness Gabriel Gelb

O'Grady's Objections to the Declaration of Laura Handman dated August 29, 2003 Filed in Support of Defendants' Joint Motion to Exclude Testimony by Expert Witness Mark A. Roesler

### J.   PROBABLE LENGTH OF TRIAL

The parties believe the case should take approximately 60 trial hours divided equally between the Plaintiff and the Defendants. The parties request that the time required to show the jury the November 28 broadcast of *Behind Enemy Lines: the Scott O'Grady Story*, the tune-ins for that broadcast, and the movie *Behind Enemy Lines* should not be counted against either sides trial time.

### K.   MANAGEMENT CONFERENCE LIMITATIONS

None.

### L.   CERTIFICATIONS

The undersigned counsel for each of the parties to this action do hereby certify and acknowledge the following:

(1)   Full and complete disclosure has been made in accordance with the Federal Rules of Civil Procedure and the Court's orders;

(2)   Discovery limitations set forth in the Federal Rules of Civil Procedure, the Local Rules, and the Court's orders have been complied with and not altered by agreement or otherwise;

(3)   Each exhibit in the List of Exhibits herein:

(a)   is in existence;

(b)   is numbered; and

177

(c)     has been disclosed and shown to opposing counsel.

Approved as to form and substance:

George E. Bowles
  State Bar No. 02743300
  Attorney in Charge
C. W. Flynn
  State Bar No. 07196580
Roy W. Hardin
  State Bar No. 08968300
W. Scott Hastings
  State Bar No. 24002241
Stephen D. Wilson
  State Bar No. 24003187
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone (214) 740-8000
Facsimile (214) 740-8800
gbowles@lockeliddell.com

G. William Lavender
  State Bar No. 11999590
Lavender Law Firm
P. O. Box 1938
Texarkana, Arkansas 75504
Telephone (870) 773-3187
Facsimile (870) 773-3181

ATTORNEYS FOR PLAINTIFF
SCOTT O'GRADY

Approved as to form and substance:

Charles L. Babcock
    State Bar No. 01479500
Nancy W. Hamilton
    State Bar No. 11587925
Cedric D. Scott
    State Bar No. 24013474
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone (713) 752-4200
Facsimile (713) 752-4221

George L. McWilliams
PATTON, HALTOM, ROBERTS,
McWILLIAMS & GREER, LLP
2900 St. Michael Drive, 4th Floor
Texarkana, Texas 75503
Telephone (903) 334-7000
Facsimile (903) 334-7007

ATTORNEYS FOR DEFENDANT
TWENTIETH CENTURY FOX
FILM CORPORATION

Approved as to form and substance:

Laura R. Handman (admitted *pro hac vice*)
Constance M. Pendleton (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272
Telephone (202) 508-6600
Facsimile (202) 508-6699

Victor Hlavinka
   TX State Bar No. 09734000
   AR State Bar No. 62033
ATCHLEY, RUSSELL, WALDROP
& HLAVINKA, L.L.P.
1710 Moores Lane – P.O. Box 5517
Texarkana, Texas 75505-5517
Telephone (903) 792-8246
Facsimile (903) 792-5801

ATTORNEYS FOR DEFENDANT
DISCOVERY COMMUNICATIONS,
INC.

This Joint Pre-Trial Order is hereby approved this ___ day of _____, _____

_____

United States District Judge