IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SCOTT O'GRADY, | § § | CIVIL ACTION NO. 5:02CV173 |
| Plaintiff, | § § | |
| | § | |
| v. | § | "JURY" |
| | § | |
| TWENTIETH CENTURY FOX FILM CORP. and DISCOVERY COMMUNICATIONS, INC., | § § § | JUDGE DAVID FOLSOM |
| Defendants. | § | |

## PLAINTIFF SCOTT O'GRADY'S OBJECTIONS TO DEFENDANT DISCOVERY COMMUNICATIONS, INC.'S THIRD AMENDED EXHIBIT LIST

**A.    Objections to the Exhibits Discovery Communications, Inc. Expects to Offer at Trial:**

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 23 | Graphic – O'Grady Engagement Revenue<br><br>(O'Grady Deposition Exhibit No. 23) | | Foundation<br>Misleading<br>Summary<br>Hearsay | | |
| 24 | Chart: O'Grady's Speaking Engagements<br><br>O'Grady Deposition Exhibit 24 | | Foundation<br>Misleading<br>Summary<br>Hearsay | | |
| 41 | 07/29/1996 Agreement between Stacy O'Grady and British Broadcasting Corporation<br><br>Bates Nos. DCI 000087 thru 88<br><br>(O'Grady Deposition Exhibit No. 41 and JA Ex. 41) | | Relevance<br>Hearsay | | |

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|----------------------------|-----------|-----------|--------------|
| 44 | 03/22/2002 letter to Scott O'Grady from David Crockford of BBC South Contracts Department attaching copy of agreement signed by O'Grady for "999" series in 1996<br><br>Bates Nos. SOG 003188 thru 3191 – Confidential<br><br>(O'Grady Deposition Exhibit No. 44 and JA Ex. 44) | | Hearsay on letter re: Release | | |
| 46 | 8/3/1996 Agreement between British Broadcasting Corporation and William P. O'Grady<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 46 and JA Ex. 46) | | Relevance Hearsay | | |
| 156 | 7/25/96 letter to Dr. William P. O'Grady from Sally Dyas<br><br>Bates Nos. BBC 0000374-375<br><br>(W. O'Grady Deposition Exhibit No. 156 and JA Ex. 156) | | Relevance Hearsay | | |
| 175 | 01/04/1996 Letter to Alan Sokol from Diane Cairns<br><br>Bates No. ICM 082<br><br>(Newberg Deposition Exhibit No. 175 and JA Ex. 175) | | Relevance Hearsay | | |

2

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DA TE AD MIT | DATE N/AD MIT |
|---|---|---|---|---|---|
| 176 | 11/27/1995 letter to Esther Newberg from Bill Thomas enclosing correspondence with Col. George Day<br><br>Bates Nos. ICM 087-94<br><br>(Newberg Deposition Exhibit No. 176 and JA Ex. 176)<br><br>Confidential | | **403 (Prejudice)**<br>**Relevance**<br>(this is not the same legal issue and it would confuse the jury)<br>**Hearsay** | | |
| 301 | 06/05/2003  Internet Printout from Library of Congress Online Catalog<br><br>(O'Grady Deposition Exhibit No. 301) | | **403 (Prejudice)**<br>**Relevance**<br>**Hearsay** | | |
| 302 | 6/12/03 Internet printout from Amazon.com of "Behind Enemy Lines" by Cindy Dees (Silhouette Intimate Moments, No. 1176)<br><br>(O'Grady Deposition Exhibit No. 302 and JA Ex. 302) | | **403 (Prejudice)**<br>**Relevance**<br>**Hearsay** | | |
| 303 | 6/12/03 Internet printout from Amazon.com of "BEL – A Field Manual for God's Army" by Chuck Dean<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 303 and JA Ex. 303) | | **403 (Prejudice)**<br>**Relevance**<br>**Hearsay** | | |
| 304 | 06/10/2003  Internet Printout from Amazon.com showing results for: behind enemy lines<br><br>(O'Grady Deposition Exhibit No. 304 and JA Ex. 304) | | **403 (Prejudice)**<br>**Relevance**<br>**Hearsay** | | |

3

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 305 | 10/24/1996 Article from USA Today – "Military aircraft series "Wings" takes a turn for the dramatic" <br><br> (O'Grady Deposition Exhibit No. 305) | | Relevance <br> Hearsay | | |
| 306 | 11/2002/1995 Letter to Jack Hoeft, President of Bantam-Doubleday from Col. George E. Day, Author of "Return with Honor" <br><br> Bates No. ICM 094 <br><br> (O'Grady Deposition Exhibit No. 306 | | 403 (Prejudice) <br> Hearsay <br> Relevance <br> (this is not the same legal issue and it would confuse the jury) | | |
| 307 | 11/08/1995 Letter to Colonel Day from Katherine Trager <br><br> Bates Nos. ICM 090 – 092 <br><br> (O'Grady Deposition Exhibit No. 307) | | 403 (Prejudice) <br> Hearsay <br> Relevance <br> (this is not the same legal issue and it would confuse the jury) | | |
| 308 | 11/20/1995 Letter to Katherine Trager from Col. George Day <br><br> Bates Nos. ICM 088 – 089 <br><br> (O'Grady Deposition Exhibit No. 308) | | 403 (Prejudice) <br> Hearsay <br> Relevance <br> (this is not the same legal issue and it would confuse the jury) | | |
| 312 | 03/09/2002 Email from auto-confirm@amazon.com to zuluf16@aol.com re purchase of "Escape from Bosnia: The Scott O'Grady Story-Escape!" VHS <br><br> Bates Nos. SOG 003179 – 003181 <br><br> (O'Grady Deposition Exhibit No. 312 and JA Ex. 312) | | Relevance <br> Hearsay | | |

4

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE AD MIT | DATE N/AD MIT |
|---|---|---|---|---|---|
| 313 | 03/11/2002  Fax from George Buston of Film*Roos* to Scott O'Grady<br><br>Bates Nos. SOG 004898 – 004899<br><br>(O'Grady Deposition Exhibit No. 313 and JA Ex. 313) | | Relevance (different program) Hearsay | | |
| 319 | 05/27/1997  United Artists Overview of Fourth Revision of "Return with Honor"<br><br>Bates Nos. MGM 0115 – 0119<br><br>(O'Grady Deposition Exhibit No. 319) | | 403 (Prejudice) Relevance | | |
| 461 | 08/21/1996 Letter to Sally (Dyas) from Stacy (O'Grady)<br><br>Also Bates Nos. BBC 000383-384<br><br>(S. Dietschak Deposition Exhibit No. 461) | | Relevance Hearsay | | |
| 464 | 03/25/1997 Letter to Stacy (O'Grady) from Sally Dyas of BBC South<br><br>Also Bates No. BBC 000388<br><br>(S. Dietschak Deposition Exhibit No. 464) | | Relevance Hearsay | | |
| 531 | Videotape of "Wings (Cobra) Whispering Death"<br><br>Bates No. DCI 000336 | | Relevance Hearsay | | |
| 532 | Appearance Release – SHE Productions signed by Scott O'Grady<br><br>Bates No. DCI 00038 | | Relevance 403 (Prejudicial and likely to confuse) Hearsay | | |

5

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 533 | 07/29/2003 E-Mail from Alan G. Goedde from Viewer Relations at A&E re: History Channel Program, "Escape from Bosnia: the Scott O'Grady Story"<br><br>Bates No. FOX 07530 | | Hearsay<br>Relevance | | |
| 556 | Collection of video covers, internet printout of available books, and CDs using the phrase "behind enemy lines"<br><br>MSJ Exhibit No. 20 | | Relevance<br>Hearsay<br>403 (Different legal issue) | | |
| 604 | upcomingmovies.com website<br><br>JA Ex. 339 | | Hearsay | | |
| 739 | Video of DCI special programming event "Last Samurai/XMA – Introduction/ Mini Docs/ Bumpers"<br><br>Bates No. DCI 000339 | | Relevance<br>403<br>Hearsay | | |
| 740 | Video of DCI special programming event "XMA: X-treme Martial Arts/Last Samurai"<br><br>Bates No. DCI 000340 | | Relevance<br>403<br>Hearsay | | |
| 741 | Video of DCI special programming event "U-571 Vignettes, Promos, and Bumps"<br><br>Bates No. DCI 000341 | | Relevance<br>403<br>Hearsay | | |
| 742 | Video of DCI special programming event "Ice Age Stunt – The Real Beast of the Ice Age"<br><br>Bates No. DCI 000342 | | Relevance<br>403<br>Hearsay | | |

6

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 743 | Video of DCI special programming event "Mummified"<br><br>Bates No. DCI 000343 | | Relevance<br>403<br>Hearsay | | |
| 744 | Video of DCI special programming event "Battle for the Empire" 11/12/03 "Master and Commander: The Far Side of the World"<br><br>Bates No. DCI 000344 | | Relevance<br>403<br>Hearsay | | |
| 745 | Video of DCI special programming event "Scorpion King Programming"<br><br>Bates No. DCI 000345 | | Relevance<br>403<br>Hearsay | | |
| 746 | Video of DCI special programming event "Oceans 11"<br><br>Bates No. DCI _____ | | Relevance<br>403<br>Hearsay | | |
| 747 | Air Date Report for "Wings (Cobra) Whispering Death"<br><br>Bates No. DCI 000337 | | Relevance<br>Hearsay | | |
| 751 | 6/3/96 fax from Anna Gol to Sally Dyas<br><br>Bates Nos. BBC 00079-99 | | Relevance<br>Hearsay | | |
| 752 | USA Today article on Discovery Channel airing of "Whispering Death"<br><br>Bates No. BBC 000179 | | Relevance<br>Hearsay | | |

7

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 758 | Uncontraverted Transcript of Tune-ins and Interstitials Excerpted from Discovery Communication, Inc.'s Rule 56 Statement of Uncontested Facts | | **O'Grady does not object to the use accurate transcripts of the tune-ins and interstitials. However, O'Grady objects to the use of excerpts taken from pleadings prepared by defense counsel. Those pleadings are hearsay.** | | |

68326:83360 : DALLAS : 1243032.1

**B.**   <u>Objections to the Exhibits Discovery Communications, Inc. May Offer at Trial:</u>

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 12 | Internet articles regarding other pilots shot down in Bosnia and later rescued<br><br>(MSJ Exhibit No. 12) | | Hearsay<br>Relevance | | |
| 25 | 1999 U.S. Individual Income Tax Return – Form 1040 – Scott O'Grady<br><br>Bates Nos. SOG 003867 thru 3895 – Confidential<br><br>(O'Grady Deposition Exhibit No. 25) | | Relevance<br>403<br>Cumulative | | |
| 26 | 07/26/2000 Letter to Andrew McDirmid from Suzanne Warren of Washington Speakers Bureau, Inc. enclosing 1099 for Scott O'Grady<br><br>Bates Nos. SOG 004241 thru 4242 – Confidential<br><br>(O'Grady Deposition Exhibit No. 26) | | Relevance<br>403<br>Cumulative | | |
| 27 | 2000 U.S. Individual Income Tax Return – Form 1040 – Scott O'Grady<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 27) | | Relevance<br>403<br>Cumulative | | |

68326:83360 : DALLAS : 1243032.1

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DA TE AD MIT | DATE N/AD MIT |
|---|---|---|---|---|---|
| 28 | 2001 U.S. Individual Income Tax Return – Form 1040 – Scott O'Grady<br><br>Bates Nos.<br><br>(O'Grady Deposition Exhibit No. 28) | | Relevance<br>403<br>Cumulative | | |
| 42 | 03/07/2002 Letter to British Broadcasting Corporation from Mary Lou Scardapane requesting copy of Release O'Grady signed and 04/27/1999 Notes to Mrs. Scardapane from BBC<br><br>Bates No. SOG 003186<br><br>(O'Grady Deposition Exhibit No. 42) | | Hearsay | | |
| 155 | 05/17/1996 Letter to O'Grady from Sally Dyas<br><br>Also Bates Nos. BBC 000373<br><br>(W. O'Grady Deposition Exhibit No. 155) | | Relevance<br>Hearsay | | |
| 158 | 08/12/1996 Letter from Sally Dyas to Dr. O'Grady<br><br>Bates No. BBC 000376<br><br>(W. O'Grady Deposition Exhibit No. 158) | | Relevance<br>Hearsay | | |
| 159 | 08/27/1996 Letter from Sally Dyas to Dr. O'Grady<br><br>Bates No. BBC 000377<br><br>(W. O'Grady Deposition Exhibit No. 159) | | Relevance<br>Hearsay | | |

68326:83360 : DALLAS : 1243032.1

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE AD MIT | DATE N/AD MIT |
|---|---|---|---|---|---|
| 160 | 00/00/2000 Book Proposal of GOOD TO GO: *The Planning, Search, and Rescue of Air Force Pilot Scott O'Grady in Bosnia* by Mary Pat Kelly<br><br>Bates Nos. NIP 00001-2<br><br>(Kelly Deposition Exhibit No. 160) | | **Hearsay**<br>**Relevance** | | |
| 163 | 00/00/2000 Handwritten Notice re *Good to Go* Signed by Mary Pat Kelly<br><br>Bates No. NIP 00148 – NIP 000149<br><br>(Kelly Deposition Exhibit No. 163) | | **Hearsay**<br>**Relevance** | | |
| 165 | 08/29/1996 Note from Susan Brook to Mary Pay Kelly enclosing photo of O'Grady<br><br>Bates Nos. NIP 00164 – NIP 000165<br><br>(Kelly Deposition Exhibit No. 165) | | **Hearsay**<br>**Relevance** | | |
| 172 | 00/00/2000 Mary Pat Kelly Tape List<br><br>Bates No. NIP 00014<br><br>(Kelly Deposition Exhibit No. 172) | | **Relevance**<br>**Hearsay** | | |

68326:83360 : DALLAS : 1243032.1

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|---------------------------|-----------|------------|--------------|
| 223 | 11/09/01 E-mail from Wendy Merry to Lisa Licht, Meredith Lipsky and Michele Marks<br><br>Bates No. FOX 00517<br><br>(Marks Deposition Exhibit No. 223) | | **Relevance<br>Hearsay** | | |
| 228 | License Agreements between BBC and DCI<br><br>Bates Nos. DCI 000112 through DCI 123<br><br>JA Ex. 228 | | **Completeness (This exhibit may not be admitted without also admitting the October 7, 1993 agreement)** | | |
| 300 | 06/12/2003  Internet Printout from Amazon.com – "Scott O'Grady Behind Enemy Lines" by Jil Fine<br><br>(O'Grady Deposition Exhibit No. 300) | | **Relevance<br>Hearsay** | | |
| 309 | 00/2000/2000  Handwritten Notes on Washington Speakers Bureau Paper<br><br>Bates Nos. SOG 003935, 004007, 004098, 004099, 004380, 004381, 004486, 004634<br><br>(O'Grady Deposition Exhibit No. 309) | | **Relevance<br>403 (The danger that this will confuse or 403 (Prejudice) the jury substantially outweighs its probative value)** | | |
| 311 | 05/19/1998  Letter to Tom Mills from Kay Ferguson<br><br>Bates Nos. SOG 005069 - 005072<br><br>(O'Grady Deposition Exhibit No. 311) | | **403 (Prejudice)<br>Cumulative<br>Relevance<br>Hearsay** | | |

68326:83360 : DALLAS : 1243032.1

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 318 | 03/31/1997 Script of "Return with Honor" Fourth Revision<br><br>Bates Nos. MGM 0001 – 0111<br><br>(O'Grady Deposition Exhibit No. 318) | | **Relevance** | | |
| 333 | 00/00/2000 Copies of pages from Webster's Seventh New Collegiate Dictionary and Internet Printout from Yahoo Dictionary<br><br>Bates Nos.<br><br>(Gelb Deposition Exhibit No. 333) | | **Hearsay** | | |
| 353 | 06/06/2003 Email from C.W. Flynn to Scott Hastings re Bosnia report revised<br><br>Bates Nos. SOG 005442 – 005450<br><br>(Gelb Deposition Exhibit No. 353) | | **Cumulative** | | |
| 357 | 06/04/2003 Email from Mark Roesler to Wes Zirkle re O'Grady<br><br>Bates No. ROESLER 000038<br><br>(Roesler Deposition Exhibit No. 357) | | **Relevance** | | |
| 360 | 00/2000/2000 Copy of § 10:18 – Exclusive Licenses<br><br>Bates Nos. ROESLER 000015 – 000016<br><br>(Roesler Deposition Exhibit No. 360) | | **Relevance**<br>**Hearsay** | | |

68326:83360 : DALLAS : 1243032.1

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 361 | 00/2000/2000  Various Excerpts from *Licensing Royalty Rates* by Gregory Battersby and Charles Grimes<br><br>Bates Nos. ROESLER 000012 – 000014<br><br>(Roesler Deposition Exhibit No. 361) | | **Hearsay** | | |
| 372 | 09/26/2001  Letter from Justin Brown to Scott O'Grady re "Return with Honors"<br><br>Bates No. ROESLER 000040<br><br>(Roesler Deposition Exhibit No. 372) | | **Hearsay**<br>**Relevance** | | |
| 377 | 05/14/2003  Fax from Corinne Blankenship to Mark Roesler Attaching Ingalls Shipbuilding Agreement Dated 05/27/1998<br><br>Bates Nos. ROESLER 000268 – 000271<br><br>(Roesler Deposition Exhibit No. 377) | | **403 (Prejudice)**<br>**Cumulative**<br>**Relevance** | | |
| 379 | 06/18/2003  Printout from markroesler.com of Famous Domain Names<br><br>(Roesler Deposition Exhibit No. 379) | | **Relevance**<br>**Hearsay** | | |
| 444 | 04/17/1999  Letter From Mary Lou Scardapane to Sally Dyas<br><br>Also Bates No. BBC 000392<br><br>(Scardapane Deposition Exhibit No. 444) | | **Hearsay**<br>  **(regarding others thoughts)**<br>**Relevance** | | |

14

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 458 | 07/01/1996 Letter to Stacy O'Grady from Sally Dyas of the BBC South<br><br>Also Bates No. BBC 00378<br><br>(S. Dietschak Deposition Exhibit No. 458) | | Relevance<br>Hearsay | | |
| 459 | 07/17/1996 Letter to Stacy O'Grady from Sally Dyas of the BBC South<br><br>Also Bates Nos. BBC 000379-381<br><br>(S. Dietschak Deposition Exhibit No. 459) | | Relevance<br>Hearsay | | |
| 460 | 08/12/1996 Letter to Stacy O'Grady from Tony Salmon of the BBC South<br><br>Also Bates No. BBC 000382<br><br>(S. Dietschak Deposition Exhibit No. 460) | | Relevance<br>Hearsay | | |
| 462 | 08/30/1996 Letter to Stacy O'Grady from Sally Dyas of BBC South<br><br>Bates No. BBC 000385<br><br>(S. Dietschak Deposition Exhibit No.  462) | | Relevance<br>Hearsay | | |
| 463 | 01/12/1997 Letter to Sally (Dyas) from Stacy (O'Grady)<br><br>Also Bates Nos. BBC 000386-387<br><br>(S. Dietschak Deposition Exhibit No. 463) | | Relevance<br>Hearsay | | |

15

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE AD MIT | DATE N/AD MIT |
|---|---|---|---|---|---|
| 534 | 03/25/1997 Letter to Dr. O'Grady from Sally Dyas, BBC (unsigned) <br><br> Bates No. BBC 000158 | | Relevance <br> Hearsay | | |
| 640 | 3/25/1997 letters from Sally Dyas to General Berndt, Sgt. Pfister, Col. Tarbutton, Major Mykleby, TO Hanford, Bob [Wright], Dr. O'Grady, and blank form letter <br><br> Bates Nos. BBC 000152-159 | | Relevance <br> 403 <br> Hearsay | | |
| 645 | 11/5/96 letter from Sally Dyas to Major Nancy La Luntas <br><br> Bates Nos. BBC 000183-184 | | Relevance <br> Cumulative <br> Hearsay | | |
| 646 | 8/12/96 letters from Sally Dyas, et al. to Major Mykleby, Sgt. Pfister and Col. Tarbutton <br><br> Bates No. BBC 000190-192 | | Relevance <br> Cumulative <br> Hearsay | | |
| 648 | 11/6/96 letter from Sally Dyas, et al. to Major Bob Wright <br><br> Bates No. BBC 000242-243 | | Relevance <br> Cumulative <br> Hearsay | | |
| 649 | 7/1/96 letter from Sally Dyas to Major Ken Warren <br><br> Bates No. BBC 000265 | | Relevance <br> Cumulative <br> Hearsay | | |
| 650 | 5/15/96 letter from Sally Dyas to Major Ken Warren at Hill AFB, Utah <br><br> Bates Nos. BBC 000267-269 | | Relevance <br> Cumulative <br> Hearsay | | |
| 651 | 12/1/95 fax cover sheet from Sally Dyas to Msgt. C. Segal with letter <br><br> Bates Nos. BBC 000274-275 | | Relevance <br> Cumulative <br> Hearsay | | |

16

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE AD MIT | DATE N/AD MIT |
|---|---|---|---|---|---|
| 654 | 11/7/96 letter from Sally Dyas, et al. to Lt. Col. Osborne, USAF Survival School<br><br>Bates No. BB C 000279 | | Relevance<br>Cumulative<br>Hearsay | | |
| 655 | 7/7/95 letter to Capt . Mitchell, Allied Forces South Europe (sender not identified), with fax cover sheet from Sally Dyas<br><br>Bates Nos. BBC 000339-340 | | Relevance<br>Cumulative<br>Hearsay | | |
| 656 | 7/10/95 letter from Sally Dyas to Major Balmer (Fairchild AFB)<br><br>Bates Nos. BBC 000342-343 | | Relevance<br>Cumulative<br>Hearsay | | |
| 658 | 7/24/95 letter from Sally Dyas to Brig. Gen. Sconyers<br><br>Bates Nos. BBC 000346-347 | | Relevance<br>Cumulative<br>Hearsay | | |
| 659 | 7/10/95 fax from SMSgt. Joe Lavigne<br><br>Bates No. BBC 000348 | | Relevance<br>Cumulative<br>Hearsay | | |
| 660 | 8/2/95 letter from Sally Dyas to Major C. Geisel<br><br>Bates No. BBC 000350-353 | | Relevance<br>Cumulative<br>Hearsay | | |
| 661 | 10/14/95 letter from Sally Dyas to Major C. Geisel<br><br>Bates No. BBC 000354-355 | | Relevance<br>Cumulative<br>Hearsay | | |
| 662 | Undated handwritten note from Major Bob "Wilbur" Wright to Sally<br><br>Bates No. BBC 000395 | | Relevance<br>Cumulative<br>Hearsay<br>Authentication | | |

17

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 663 | 4/7/1997 letter from Major Kenneth E. Warren, Chief of Public Affairs, Department of the Air Force, to Sally Dyas<br><br>Bates No. BBC 000396 | | Relevance<br>Cumulative<br>Hearsay<br>Authentication | | |
| 664 | 4/2/1997 email from SM Sgt. Dale Warman to Sally Dyas, with cc: Thomas Hanford and Michael Paoli<br><br>Bates No. BBC 000397 | | Relevance<br>Cumulative<br>Hearsay<br>Authentication | | |
| 665 | 5/17/1996 letter from Sally Dyas to Mr. [William] O'Grady<br><br>Bates No. BBC 000398 | | Relevance<br>Cumulative<br>Hearsay | | |
| 666 | 12/2/1996 letter from Sally Dyas to Captain TO Hanford<br><br>Bates No. BBC 000399 | | Relevance<br>Cumulative<br>Hearsay | | |
| 667 | 8/12/1996 letter from Sally Dyas et al. to Major R. Wright<br><br>Bates No. BBC 000400 | | Relevance<br>Cumulative<br>Hearsay | | |
| 668 | 10/30/1995 letter from MSgt. Catherine A. Segal, Department of the Air Force to Sally Dyas<br><br>Bates No. BBC 000403 | | Relevance<br>Hearsay | | |
| 669 | 4/14/1997 letter from Sally Dyas to Ms. S. O'Grady<br><br>Bates No. BBC 000404 | | Relevance<br>Hearsay | | |
| 670 | 7/10/1995 fax cover sheet from Sally Dyas to Major C. Ballmer with an address at Fairchild Air Force Base<br><br>Bates No. BBC 000406 | | Relevance<br>Hearsay | | |

18

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 671 | 6/20/1995 letter from Tony Salmon, Director, BBC, to Commander in Chief, U.S. Naval Forces Europe<br><br>Bates No. BBC 000407-408 | | **Relevance Cumulative Hearsay** | | |
| 672 | 7/10/1995 letter from Sally Dyas to Brigadier General Sconyers, Secretary Air Force<br><br>Bates No. BBC 000409-410 | | **Relevance Cumulative Hearsay** | | |
| 673 | 2/13/1996 letter from Sally Dyas to Jim Kout, Assistant Director of the Directorate of Defense Information<br><br>Bates Nos. BBC 000411-412 | | **Relevance Hearsay** | | |
| 674 | 4/12/91996 letter from James P. Kout, Assistant Director, Directorate for Defense Information to Sally Dyas<br><br>Bates No. BBC 000413 | | **Relevance Cumulative Hearsay** | | |
| 675 | 5/15/1996 fax cover sheet from Sally Dyas to Lauralee Hill<br><br>Bates No. BBC 000414 | | **Relevance Cumulative Hearsay** | | |
| 677 | 7/22/1996 (and re-sent 11/18/1996) from Sally Dyas to Mr. S. Schear, Assistant Press Secretary for Television News<br><br>Bates Nos. BBC 000416-417 | | **Relevance Cumulative Hearsay** | | |
| 679 | 8/12/1996 letter from Sally Dyas, Tony Salmon, Bruce Abrahams to Stacy O'Grady<br><br>Bates No. BBC 000419 | | **Relevance Cumulative Hearsay** | | |
| 692 | Postcard notice that O'Grady has moved as of June 1, 1997 | | **Relevance Hearsay** | | |

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---------|-------------|----------------------------|-----------|------------|--------------|
| | Bates No. BBC 000111 | | | | |
| 694 | Lists of "O'Grady Contacts" and business cards  Bates Nos. BBC 000141-151 | | Relevance | | |
| 695 | Bio of Captain Scott F. O'Grady from 2/96  Bates No. BBC 000173 | | Relevance Authentication (hand-writing) Hearsay | | |
| 696 | 12/17/96 letter to 1st Lt. S. R. Quimby from Sally Dyas/Tony Salmon  Bates No. BBC 000176 | | Relevance Cumulative Hearsay | | |
| 697 | Copy of clearance from Lt. Quimby  Bates Nos. BBC 000177-178 | | Relevance Hearsay | | |
| 698 | 10/2/96 letter to Lt. Quimby from Sally Dyas  Bates Nos. BBC 000180-182 | | Relevance Cumulative Hearsay | | |
| 703 | Note from Lt. Quimby to Capt. Johnson  Bates No. BBC 000193 | | Relevance Cumulative Hearsay | | |
| 704 | 7/22/96 letter from Sally Dyas to Cpl. Brock  Bates No. BBC 000194-196 | | Relevance Cumulative Hearsay | | |
| 705 | 6/14/96 letter from Sally Dyas to Gunnery Sgt. Gethicker  Bates Nos. BBC 000200-201 | | Relevance Cumulative Hearsay | | |
| 706 | Fax cover sheet from Gethicker to Sally Dyas attaching 5/3/96 memo  Bates Nos. BBC 000211-212 | | Relevance Cumulative Hearsay | | |
| 707 | Advance Information : "Good to Go" The Rescue of Scott O'Grady from Bosnia by Mary | | Relevance Hearsay | | |

68326:83360 : DALLAS : 1243032.1

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE AD MIT | DATE N/AD MIT |
|---|---|---|---|---|---|
| | Pat Kelly<br><br>Bates No. BBC 000213 | | | | |
| 708 | 4/30/96 letter from Sally Dyas to Major Steve Little<br><br>Bates No. BBC 000214-215 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 711 | 5/3/96 letter from Sally Dyas to LCDR Rob Newell, Chief of Information, USN<br><br>Bates Nos. 000231-233 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 712 | Undated letter to D. Warman<br><br>Bates No. BBC 000241 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 713 | 11/7/96 letter from Sally Dyas to Maj. Thompson, Air Force Office of Public Affairs<br><br>Bates No. BBC 0002042 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 714 | 9/26/96 letter from Sally Dyas to Lt. Col. McGinley<br><br>Bates No. BBC 000253-255 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 715 | 9/26/96 letter from Bruce Abahams to Gill Whitecell at Wright Patterson AFB<br><br>Bates No. BBC 000256 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 716 | 9/26/96 letter from Bruce Abrahams to Major James Bolling at Springfield AFB<br><br>Bates Nos. BBC 000257-259 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 718 | 7/19/96 letter from Sally Dyas to Major Guy Thompson<br><br>Bates No. BBC 000262-263 | | **Relevance<br>Cumulative<br>Hearsay** | | |
| 719 | 7/1/96 letter from Sally Dyas to Sgt. Brooks | | **Relevance<br>Cumulative<br>Hearsay** | | |

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| | Bates No. BBC 000264 | | | | |
| 720 | 5/3/96 letter from Sally Dyas to Major Guy Thompson<br><br>Bates Nos. BBC 000270-272 | | **Relevance**<br>**Cumulative**<br>**Hearsay** | | |
| 721 | 7/2/96 letter from Sally Dyas to Lt. Col. Osborne<br><br>Bates Nos. BBC 000280-281 | | **Relevance**<br>**Cumulative**<br>**Hearsay** | | |
| 722 | 7/2/96 letter from Sally Dyas to Ssgt. Conrad, Fairchild AFB<br><br>Bates Nos. BBC 000282-283 | | **Relevance**<br>**Cumulative**<br>**Hearsay** | | |
| 723 | 7/22/96 letter from Sally Dyas to Mr. S. Schear at The White House<br><br>Bates Nos. BBC 000296-297 | | **Relevance**<br>**Cumulative**<br>**Hearsay** | | |
| 725 | 1/30/97 email from Sally Dyas to MSgt. Dale Warman<br><br>Bates No. BBC 000323 | | **Relevance**<br>**Cumulative**<br>**Hearsay** | | |
| 726 | Notes on "Conversation with Capt. TO Hanford: 17 May 1996"<br><br>Bates No. BBC 000334-335 | | **Relevance**<br>**Hearsay**<br>**Authentication** | | |
| 727 | Franklin R. Johnson – Entertainment Industry Engagements | | **Not Produced**<br>**Hearsay** | | |
| 728 | Franklin R. Johnson – Litigation Counseling and Expert Testimony Engagements Involving Disputes Primarily in the Entertainment Industry | | **Not Produced**<br>**Hearsay** | | |
| 729 | Collection of video covers, internet printout of available books, and CDs using the phrase "behind enemy lines" | | **Relevance**<br>**Hearsay**<br>**403 (Different legal issue)**<br>**Duplicate of 556** | | |

| EX. NO. | DESCRIPTION | On Pl's Trial Exhibit List | OBJECTION | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
|  | MSJ Exhibit No. 20 |  |  |  |  |
| 735 | 9/9/1996 addendum to License Agreement dated October 7, 1993 between the Learning Channel, Inc. and BBC Worldwide Americas, Inc.<br><br>(Ex. D to the Declaration of Vernon Chu – Appendix II of JA (under seal)) |  | **Completeness (This exhibit may not be admitted without also admitting the October 7, 1993 agreement)** |  |  |
| 736 | 11/29/1999 letter from BBC to Discovery Communications, Inc. attaching executed 9/9/1996 addendum to License Agreement<br><br>(Ex. E to the Declaration of Vernon Chu – Appendix II of JA (under seal)) |  | **Completeness (This exhibit may not be admitted without also admitting the October 7, 1993 agreement)** |  |  |
| 754 | RECCE Sched as of 17 May 1996 – schedule of travel, filming and interviews for June, 1996<br><br>Bates Nos. BBC 000013-16 |  | **Relevance**<br>**403 (O'Grady participation in BBC program is not in dispute)**<br>**Hearsay** |  |  |
| 755 | "Scott O'Grady" Filming Schedule Wednesday 31 July - Wednesday 7 August<br><br>Bates Nos. BBC 000059-75 |  | **Relevance**<br>**403 (O'Grady participation in BBC program is not in dispute)**<br>**Hearsay** |  |  |
| 756 | List of who to send tapes to<br><br>Bates Nos. BBC 000124-140 |  | **Relevance**<br>**403 (O'Grady participation in BBC program is not in dispute)**<br>**Hearsay** |  |  |
| 757 | Handwritten notes<br><br>Bates Nos. BBC 000161-164 |  | **Hearsay**<br>**Relevance**<br>**Authentication** |  |  |

68326:83360 : DALLAS : 1243032.1

Respectfully submitted,

*W. Scott Hastings*

George E. Bowles
    State Bar No. 02743300
    Attorney in Charge
C. W. Flynn
    State Bar No. 07196580
Roy W. Hardin
    State Bar No. 08968300
W. Scott Hastings
    State Bar No. 24002241
Stephen D. Wilson
    State Bar No. 24003187
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone (214) 740-8000
Facsimile (214) 740-8800
gbowles@lockeliddell.com

G. William Lavender
    State Bar No. 11999590
Lavender Law Firm
P. O. Box 1938
Texarkana, Arkansas 75504
Telephone (870) 773-3187
Facsimile (870) 773-3181

ATTORNEYS FOR PLAINTIFF
SCOTT O'GRADY

68326:83360 : DALLAS : 1243032.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing "Plaintiff's Objections to Defendant Discovery Communications, Inc.'s Third Amended Exhibit List" was served upon the following counsel of record via facsimile, on this 15th day of January, 2004:

Charles L. Babcock
Nancy Hamilton
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

George L. McWilliams
Patton, Haltom, Roberts, McWilliams,
  & Greer, LLP
2900 St. Michael Drive, 4th Floor
Texarkana, Texas 75503

Laura R. Handman
Davis, Wright, Tremaine, L.L.P.
1500 K Street, N.W., Suite 450
Washington, D.C.  20005-1272

Victor Hlavinka
Atchley, Russell, Waldrop & Hlavinka
P.O. Box 5517
Texarkana, TX 75503-5517

W. Scott Hastings

25