IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SCOTT O'GRADY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:02CV173 |
| | § | |
| TWENTIETH CENTURY FOX | § | |
| FILM CORPORATION, and | § | |
| DISCOVERY COMMUNICATIONS, INC., | § | |
| | § | |
| Defendants | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE HEARD the above-styled and numbered cause, and came Plaintiff, by and through his attorneys of record, and also came Defendants, by and through their attorneys of record, and it was thereupon announced to the Court that all matters and things in controversy herein between Plaintiff and Defendants have been fully settled and compromised. As part of the settlement, it was agreed by and between Plaintiff and Defendants that all of the claims against Defendants asserted herein, or which could have been asserted herein, should be and hereby are dismissed with prejudice to the right of Plaintiff to refile same. The Report and Recommendation of the United States Magistrate Judge dated December 19, 2003 is not adopted by this Court and is of no further effect.

ORDERED that all of Plaintiff's claims against Defendants are hereby dismissed WITH PREJUDICE as to the refiling of same, and that all costs of court be taxed against the party incurring same, and each party shall pay their own attorney's fees.

IT IS SO ORDERED.

Signed this 18TH day of MARCH, 2004.

_____
DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE**:

*/s/ George E. Bowles*
George E. Bowles
C. W. Flynn
Roy W. Hardin
Scott Hastings
Locke Liddell Sapp L.L.P.
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

ATTORNEYS FOR PLAINTIFF
SCOTT O'GRADY

*/s/ Charles L. Babcock (by permission)*
Charles L. Babcock
Nancy W. Hamilton
Cedric D. Scott
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 - Fax

ATTORNEYS FOR DEFENDANT
TWENTIETH CENTURY FOX FILM CORPORATION

*/s/ Laura R. Handman*
Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine L.L.P.
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272
(202) 508-6600
(202) 508-6699 - Fax

ATTORNEYS FOR DEFENDANT
DISCOVERY COMMUNICATIONS, INC.